UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PARIS DIVISION

FILED

U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY  9 2003

DAVID MALAND, CLERK
By
Deputy

|  |  |
|---|---|
| TEXAS INSTRUMENTS<br>INCORPORATED | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| INTERGRAPH CORPORATION, | ) |
| and Z/I IMAGING CORPORATION | ) |
|  | ) |
| Defendants, | ) |
|  | ) |

CIVIL ACTION NO. 3:03CV-21 LD

JURY TRIAL DEMANDED

## COMPLAINT AND JURY DEMAND

Plaintiff Texas Instruments Incorporated, by and through the undersigned attorneys, hereby files this Complaint against Defendants Intergraph Corporation and Z/I Imaging Corporation requesting damages and injunctive relief upon personal knowledge as to its own acts and circumstances and upon information and belief as to the acts and circumstances of others as follows:

### THE PARTIES

1.      Plaintiff Texas Instruments Incorporated ("TI") is a corporation incorporated under the laws of the State of Delaware and has its principal place of business at 12500 TI Boulevard, Dallas, Texas 75243-4136.

2.      Defendant Intergraph Corporation is a corporation incorporated under the laws of the State of Delaware and has its principal place of business in Huntsville, Alabama.

**COMPLAINT AND JURY DEMAND – PAGE 1**

3.     Defendant Z/I Imaging Corporation is a corporation incorporated under the laws of the State of Delaware and has its principal place of business in Huntsville, Alabama. Z/I Imaging Corporation is a wholly owned subsidiary of Intergraph Corporation.

## JURISDICTION AND VENUE

4.     This action arises under the Patent Laws of the United States, 35 U.S.C. § 101 *et seq.* and is being brought to redress the infringement of United States Patent Nos. 5,862,394 ("the '394 patent"), 6,173,409 B1 ("the '409 patent"), and 6,397,340 B2 ("the '340 patent"), all of which are owned by TI. Copies of the '394, '409, and '340 patents are attached hereto as Exhibits 1, 2, and 3, respectively. Accordingly, subject matter jurisdiction over this Complaint is conferred upon this Court pursuant to 28 U.S.C. §§ 1331 and 1338.

5.     Defendants Intergraph Corporation and Z/I Imaging Corporation (collectively referred to herein as "Intergraph") regularly conduct business in this district and have committed acts of infringement of the '394, '409, and '340 patents within this judicial district. Accordingly, this Court has personal jurisdiction over Intergraph, and venue is proper under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

## COUNT ONE

## INFRINGEMENT OF U.S. PATENT NO. 5,862,394

6.     TI incorporates and realleges all of the foregoing paragraphs as if fully set forth herein.

7.     On March 21, 1996, LaVaughn F. Watts and William F. Jergens filed an application for a United States patent directed to an "Electronic Apparatus Having a Software Controlled Power Switch." On January 19, 1999, the United States Patent and Trademark Office duly and legally issued the Watts *et al.* application as the '394 patent.

8.      TI is the owner of all right, title, and interest in and to the invention of the '394 patent by assignment.

9.      Intergraph is directly infringing, contributing to the infringement of, or inducing others to infringe the '394 patent, by making, using, offering to sell, or selling, within this judicial district and elsewhere, products including the Intergraph Video Analyst System, Z/I ImageStation, LSTD-R Command and Display Console, TD-R 2030N Series NEMA Workstation, and TD-R 2030R Series Rack Mountable Workstation.

10.     Intergraph has profited through infringement of the '394 patent. As a result of Intergraph's unlawful infringement of the '394 patent, TI has suffered, and will continue to suffer, grievous damage.

11.     Intergraph's acts of infringement are made with full knowledge of TI's rights in the '394 patent. Such acts constitute willful infringement and make this case exceptional pursuant to 35 U.S.C. §§ 284 and 285 and entitle TI to enhanced damages and reasonable attorneys' fees.

12.     Intergraph will continue its unlawful infringing activity unless enjoined by this Court.

## COUNT TWO

### INFRINGEMENT OF U.S. PATENT NO. 6,173,409 B1

13.     TI incorporates and realleges all of the foregoing paragraphs as if fully set forth herein.

14.     On September 8, 1999, LaVaughn F. Watts, Jr. and Steven J. Wallace filed a continuation application for a United States patent directed to a "Real-Time Power Conservation

for Electronic Device Having a Processor." On January 9, 2001, the United States Patent and Trademark Office duly and legally issued the Watts, Jr. *et al.* application as the '409 patent.

15.     TI is the owner of all right, title, and interest in and to the invention of the '409 patent by assignment.

16.     Intergraph is directly infringing, contributing to the infringement of, or inducing others to infringe the '409 patent, by making, using, offering to sell, or selling, within this judicial district and elsewhere, products including the Intergraph Video Analyst System, Z/I ImageStation, LSTD-R Command and Display Console, TD-R 2030N Series NEMA Workstation, and TD-R 2030R Series Rack Mountable Workstation.

17.     Intergraph has profited through infringement of the claims of the '409 patent. As a result of Intergraph's unlawful infringement of the '409 patent, TI has suffered, and will continue to suffer, grievous damage.

18.     Intergraph's acts of infringement are made with full knowledge of TI's rights in the '409 patent. Such acts constitute willful infringement and make this case exceptional pursuant to 35 U.S.C. §§ 284 and 285 and entitle TI to enhanced damages and reasonable attorneys' fees.

19.     Intergraph will continue its unlawful infringing activity unless enjoined by this Court.

**COUNT THREE**

**INFRINGEMENT OF U.S. PATENT NO. 6,397,340 B2**

20.     TI incorporates and realleges all of the foregoing paragraphs as if fully set forth herein.

21.     On January 9, 2001, LaVaughn F. Watts, Jr. and Steven J. Wallace filed a continuation application for a United States patent directed to a "Real-Time Power Conservation for Electronic Device Having a Processor." On May 28, 2002, the United States Patent and Trademark Office duly and legally issued the Watts, Jr. *et al.* application as the '340 patent.

22.     TI is the owner of all right, title, and interest in and to the invention of the '340 patent by assignment.

23.     Intergraph is directly infringing, contributing to the infringement of, or inducing others to infringe the '340 patent, by making, using, offering to sell, and selling, within this judicial district and elsewhere, products including the Intergraph Video Analyst System, Z/I ImageStation, LSTD-R Command and Display Console, TD-R 2030N Series NEMA Workstation, and TD-R 2030R Series Rack Mountable Workstation.

24.     Intergraph has profited through infringement of the claims of the '340 patent. As a result of Intergraph's unlawful infringement of the '340 patent, TI has suffered, and will continue to suffer, grievous damage.

25.     Intergraph's acts of infringement are made with full knowledge of TI's rights in the '340 patent. Such acts constitute willful infringement and make this case exceptional pursuant to 35 U.S.C. §§ 284 and 285 and entitle TI to enhanced damages and reasonable attorneys' fees.

26.     Intergraph will continue its unlawful infringing activity unless enjoined by this Court.

## JURY DEMAND

27.     TI requests a trial by jury of all claims so triable.

## PRAYER FOR RELIEF

WHEREFORE, TI prays that this Court enter judgment:

1.    That Defendants have infringed U.S. Patent Nos. 5,862,394, 6,173,409 B1, and

6,397,340 B2;

2.    That Defendants' infringement is willful;

3.    That this is an exceptional case;

4.    Permanently enjoining and restraining Defendants and their respective agents,

servants, employees, affiliates, divisions, and subsidiaries, and those in

association with them, from directly or indirectly infringing U.S. Patent Nos.

5,862,394, 6,173,409 B1, and 6,397,340 B2;

5.    Awarding TI damages for Defendants' infringement including costs and pre- and

post-judgment interest as allowed by law;

6.    Awarding TI treble the amount of damages because of the willful nature of

Defendants' conduct;

7.    Awarding TI all costs and reasonable attorneys' fees, including interest; and

8.    Granting TI such other and further relief as the Court may deem just and

equitable.

Dated:  May 9, 2003

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Thomas M. Melsheimer
Texas Bar No. 13922550
Thomas B. Walsh, IV
Texas Bar No. 00785173
Neil J. McNabnay
Texas Bar No. 24002583
1717 Main Street, Suite 5000
Dallas, TX  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Telecopy)

Carl Roth
Texas Bar No. 17312000
The Roth Law Firm
115 N. Wellington, suite 200
Marshall, TX  75670
(903) 935-1665 (Telephone)
(903) 935-1797 (Telecopy)

Glenn Perry
Texas Bar No. 15801500
Perry & Womack
P.O. Box 3266
Longview, TX  75606
(903) 757-9191 (Telephone)
(903) 758-3239 (Telecopy)

Of Counsel:
Linda Kordziel
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC  20005
(202) 783-5070 (Telephone)
(202) 783-2331 (Telecopy)
**Counsel for Plaintiff**
**TEXAS INSTRUMENTS INCORPORATED**

# EXHIBIT  1

US005862394A

# United States Patent [19]

## Watts et al.

[11] **Patent Number:** 5,862,394

[45] **Date of Patent:** Jan. 19, 1999

[54] **ELECTRONIC APPARATUS HAVING A SOFTWARE CONTROLLED POWER SWITCH**

[75] Inventors: **LaVaughn F. Watts**, Temple; **William F. Jergens**, Belton, both of Tex.

[73] Assignee: **Texas Instruments Incorporated**, Dallas, Tex.

[21] Appl. No.: **621,741**

[22] Filed: **Mar. 21, 1996**

[51] Int. Cl.⁶ ................................. **G06F 1/24**; G06F 1/26

[52] U.S. Cl. ................................. **395/750.07**; 395/750.01

[58] Field of Search ............................. 395/750, 750.07, 395/750.01; 364/707; 365/226; 323/271

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,365,290 | 12/1982 | Nelms et al. | 364/707 |
| 4,598,383 | 7/1986 | Leach | 395/750 |
| 4,847,616 | 7/1989 | Gotou et al. | 340/825 |
| 5,167,024 | 11/1992 | Smith et al. | 395/375 |
| 5,287,525 | 2/1994 | Lum et al. | 395/750 |
| 5,450,003 | 9/1995 | Cheon | 323/272 |
| 5,504,910 | 4/1996 | Wisor et al. | 395/750 |
| 5,542,035 | 7/1996 | Kikimis et al. | 395/750 |
| 5,598,567 | 1/1997 | Ninomiya | 395/750 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0730217A1 | 9/1996 | European Pat. Off. | G06F 1/32 |
| 2295040 | 2/1995 | United Kingdom | G06F 1/30 |

#### OTHER PUBLICATIONS

"Method for Determining a Low Battery Condition," IBM Technical Bulletin, vol. 38, No. 6, Jun. 1, 1995 pp. 295–296.

*Primary Examiner*—Gopal C. Ray
*Attorney, Agent, or Firm*—Ronald O. Neerings; James C. Kesterson; Richard L. Donaldson

[57] **ABSTRACT**

This is a system and method of intelligently terminating power to a computing device. The system may comprise: a processing device; a power source connected to the processing device; a switch connected to the power source; and a control system run by the processing device and connected to the power source and the switch. In addition, the system may include a deadman timer which provides a fail-safe operation. Further, the system may include a method and apparatus for executing an orderly shut down procedure for software and hardware. Moreover, the system could be tied to a thermal and/or power management system. Additionally, the system could initiate an orderly shut down of peripheral devices connected to the system serially or by parallel connections. Other devices, systems and methods are also described.

**59 Claims, 119 Drawing Sheets**





FIG. 1

FIG. 2

FIG. 3



*FIG. 4*



*FIG. 5*



FIG. 6



*FIG. 7*



*FIG. 8*

*FIG. 9*



NOTES : UNLESS OTHERWISE SPECIFIED :
1. ALL IC DEVICE TYPES ARE PREFIXED WITH SN74.
2. THE FOLLOWING PREFIX'S ARE ALWAYS USED:
   T IS EQUAL TO "LS"
   AT IS EQUAL TO "ALS":
3. THE FOLLOWING PREFIX'S ARE USED ONLY WHEN
   INSUFFICIENT CHARACTERS ARE AVAILABLE:
   A IS EQUAL TO "ACT"
   B IS EQUAL TO "BCT"
   V IS EQUAL TO "AS"
   W IS EQUAL TO "AT" OR "ALS"
4. IC PACKAGE TYPE IS INDICATED BY THE FOLLOWING SUFFIX'S:
   DUAL-IN-LINE, PLASTIC = "N" OR BLANK
   DUAL-IN-LINE, PLASTIC [WIDE]        = NW
   DUAL-IN-LINE, CERAMIC               = J
   DUAL-IN-LINE, CERAMIC [WIDE]        = JD
   CHIP CARRIER, PLASTIC               = F
   CHIP CARRIER IN A S.M. SCKT         = FF
   CHIP CARRIER IN A PGA SCKT          = FX
   CHIP CARRIER, CERAMIC [RECT]        = FE
   CHIP CARRIER, CERAMIC [SQUARE]      = FH
   FLAT PACKAGE, CERAMIC               = U
   FLAT PACKAGE, CERAMIC [WIDE]        = W
   GRID ARRAY, PLASTIC                 = X
   GRID ARRAY, PLASTIC [LIF SCKT]      = XL
   GRID ARRAY, PLASTIC [ZIF SCKT]      = XZ
   GRID ARRAY, CERAMIC                 = Y
   GRID ARRAY, CERAMIC [LIF SCKT]      = YL
   GRID ARRAY, CERAMIC [ZIF SCKT]      = YZ
   SINGLE-IN-LINE                      = E,L,M,G
   "SOIC", PLASTIC                     = D
   "SOIC", PLASTIC [WIDE]              = DW
   "SOJ", PLASTIC, J LEADS             = R

5. VCC IS APPLIED TO PIN 8 OF ALL 8-PIN IC's,
   PIN 14 OF ALL 14-PIN IC's, PIN 16 OF ALL
   16-PIN IC's, PIN 20 OF ALL 20-PIN IC's, ETC.
6. GROUND IS APPLIED TO PIN 4 OF ALL 8-PIN IC's,
   PIN 7 OF ALL 14-PIN IC's, PIN 8 OF ALL
   16-PIN IC's, PIN 10 OF ALL 20-PIN IC's, ETC.
7. DEVICE TYPE, PIN NUMBERS, AND REFERENCE DESIGNATOR
   [LOCATION] OF GATES ARE SHOWN AS FOLLOWS:

   00 AND 04 = DEVICE TYPES
   1, 2, AND 3 = PIN NUMBERS
   U01 AND U02 = REF. DESIGNATOR [LOCATION]
8. RESISTANCE VALUES ARE IN OHMS.
9. RESISTORS ARE 1/8 WATT, 5%.
10. CAPACITANCE VALUES ARE IN MICROFARADS.
11. CAPACITORS ARE 50V, 10%.
12. THIS COUPON WILL BE USED ON ALL
    COMMERICAL MULTILAYER BOARDS.



*FIG. 10A*

PENTIUM PINOUT TCP 320
BACKSIDE VIEW (TOP OF PWB)



*FIG. 10B*



*FIG. 10C*

*FIG. 10D*





*FIG. 10E*

**U.S. Patent**          Jan. 19, 1999          Sheet 12 of 119          **5,862,394**



*FIG. 10F*



*FIG.  11A*



FIG. 11B



*FIG. 11C*



FIG. 11D



FIG. 12A

FIG. 12B

# FIG. 12C







*FIG. 12D*



FIG. 12E



FROM FIG. 12C

FIG.  12F

**U.S. Patent**      Jan. 19, 1999      Sheet 23 of 119      **5,862,394**

*FIG.  13A*



## FIG. 13B



## FIG. 13C





*FIG. 13D*

FIG.   13E



*FIG. 13F*

## FIG.  14A





*FIG.   14B*



FIG.  14C

## FIG. 15A



TO FIG. 15D



FIG. 15B

*FIG. 15C*







*FIG. 15D*



FIG. 15E



*FIG.  16A*



*FIG.  16B*



FROM FIG. 16A

*FIG.  16C*



FIG. 16D



FIG. 17A



FIG. 17B

TO FIG. 17E



*FIG. 17C*



FROM FIG. 17A

*FIG.  17D*

HF50ACC-1812
FB96

C940
.1

DACVDD

C945
10

C941
.1

C942
.1

HF50ACC-1812
FB99

AGND

IREF

4
V+

5  NCO        LM334M       1
8  NC1        U90       R      IREFR
V-

3 2
6 7     R90
15.1%

2 1     R91
150.1%

CR90
BAT54        R90=24.3, R91=243 WHEN RGB=75
3            R90=15, R91=150 WHEN RGB=150
AGND

FPVDD

ACB1608-080
FB97

C946
22

C943
.1

C944
.1

R948
10K

R946
10K

OPEN

VCC3        FB900

VGAEN
[13]
FCESYNC-
[10]
32KHZ
[12]
14MHZ
[12]

VGAEN
FCESYNC-
32KHZ
14MHZ

FCEVIDEO
[10]
VGABLOFF
[13]

FCEVIDEO
VGABLOFF

156    105
157    104

7542 PINOUT

208     53
1      52

HSYNC  VSYNC

R930     R931
4.7K     4.7K

TO FIG. 17E



*FIG. 17E*

FROM FIG. 17B

TO FIG. 17F

FROM FIG. 17D



FIG. 17F



*FIG. 18*



*FIG. 19A*



FIG. 19B



*FIG. 19C*



*FIG.  19D*



*FIG.  19E*



FIG. 19F



*FIG. 19G*



*FIG. 20A*



*FIG. 20B*

## FIG. 21A



TO FIG. 21C

## FIG. 21B





*FIG. 21C*



FIG. 21D

*FIG. 22A*

P140 PCMCIA/SOUND CONNECTOR



*FIG. 22B*



**FIG. 23A**



FIG. 23B



*FIG. 23C*



FIG. 23D



FIG. 23E



*FIG. 23F*



*FIG. 24A*



*FIG. 24B*



FIG. 24C



*FIG. 25A*



FIG. 25B



FIG. 25C

PENTIUM PINOUT TCP 320
BACKSIDE VIEW (TOP OF PWB)



FIG. 25D



*FIG. 26A*



*FIG. 26B*



*FIG. 27A*

BACKLIGHT POWER



LCD VCC POWER



*FIG.   27B*

*FIG. 27C*



*FIG.   28A*



*FIG. 28B*

*FIG. 29A*



*FIG. 29B*

**P90**

| PIN# | SIGNAL | SH# | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|---|
| 1 | CBLUE | 09 | 09 | 9 | N.C. | 09 |
| 2 | CGREEN | 09 | 09 | 10 | GND | 09 |
| 3 | CRED | 09 | 09 | 11 | N.C. | 09 |
| 4 | N.C. | 09 | 09 | 12 | N.C. | 09 |
| 5 | GND | 09 | 09 | 13 | CHSYNC | 09 |
| 6 | AGND | 09 | 09 | 14 | CVSYNC | 09 |
| 7 | AGND | 09 | 09 | 15 | N.C. | 09 |
| 8 | AGND | 09 | | | | |

15 PIN D SUB RECEPTACLE
PWB TOP SIDE
INTO FACE OF CONN

**P142 MOUSE**

| PIN# | SIGNAL | SH# |
|---|---|---|
| 1 | PSDATA | 14 |
| 2 | N.C. | 14 |
| 3 | PSGND | 14 |
| 4 | PSVCC | 14 |
| 5 | PSCLK | 14 |
| 6 | N.C. | 14 |

FACE OF CONNECTOR
PWB TOP SIDE

**P92 LCD**

| PIN# | SIGNAL | SH# | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|---|
| 1 | FP23 | 09 | 09 | 11 | FP20 | 09 |
| 2 | DISPWR | 09 | 09 | 12 | PNLTYP0 | 09 |
| 3 | GND | 09 | 09 | 13 | FP19 | 09 |
| 4 | DISPWR | 09 | 09 | 14 | PNLTYP1 | 09 |
| 5 | FP22 | 09 | 09 | 15 | FP18 | 09 |
| 6 | LCDVCC | 09 | 09 | 16 | PNLTYP2 | 09 |
| 7 | GND | 09 | 09 | 17 | FP15 | 09 |
| 8 | LCDVCC | 09 | 09 | 18 | GND | 09 |
| 9 | FP21 | 09 | 09 | 19 | FP14 | 09 |
| 10 | GND | 09 | 09 | 20 | FP13 | 09 |

20 PIN DOUBLE ROW HEADER

| SIGNAL | 9BIT TFT | 12BIT TFT | 18BIT TFT | 16BIT STN |
|---|---|---|---|---|
| FP13 | G0 | G1 | G3 | LD5 |
| FP14 | G1 | G2 | G4 | LD6 |
| FP15 | G2 | G3 | G5 | LD7 |
| FP18 | N.C. | N.C. | R0 | UD6 |
| FP19 | N.C. | N.C. | R1 | UD7 |
| FP20 | R0 | R0 | R2 | UD0 |
| FP21 | R1 | R1 | R3 | UD1 |
| FP22 | R2 | R2 | R4 | UD2 |
| FP23 | R3 | R3 | R5 | UD3 |

**P91 LCD**

| PIN# | SIGNAL | SH# | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|---|
| 1 | GND | 09 | 09 | 11 | FP7 | 09 |
| 2 | FPVDCLK (SCLK) | 09 | 09 | 12 | VCC | 09 |
| 3 | GND | 09 | 09 | 13 | FP6 | 09 |
| 4 | EXTPWR- | 09 | 09 | 14 | FP5 | 09 |
| 5 | FP12 | 09 | 09 | 15 | GND | 09 |
| 6 | FP2 | 09 | 09 | 16 | FP4 | 09 |
| 7 | FP11 | 09 | 09 | 17 | FPDE | 09 |
| 8 | GND | 09 | 09 | 18 | FP3 | 09 |
| 9 | FP10 | 09 | 09 | 19 | LFS (FLM) | 09 |
| 10 | FPVEE | 09 | 09 | 20 | LLCLK (LP) | 09 |

20 PIN DOUBLE ROW HEADER

| SIGNAL | 9BIT TFT | 12BIT TFT | 18BIT TFT | 16BIT STN |
|---|---|---|---|---|
| FP2 | N.C. | N.C. | B0 | N.C. |
| FP3 | N.C. | N.C. | B1 | MOD |
| FP4 | N.C. | B0 | B2 | LD0 |
| FP5 | B0 | B1 | B3 | LD1 |
| FP6 | B1 | B2 | B4 | LD2 |
| FP7 | B2 | B3 | B5 | LD3 |
| FP10 | N.C. | N.C. | C0 | UD4 |
| FP11 | N.C. | N.C. | C1 | UD5 |
| FP12 | N.C. | C0 | C2 | LD4 |

*FIG. 30A*

## FIG. 30B

### P40 MEMORY EXPANSION

| PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L1 | GND | 04 | L18 | MD21 | 04 | L35 | VCC3 | 06 | L52 | GND | 06 | R1 | GND | 06 | R18 | MD63 | 06 |
| L2 | MD1 | 04 | L19 | MD23 | 04 | L36 | MD0 | 06 | L53 | MD22 | 06 | R2 | MD43 | 06 | R19 | N.C. | 06 |
| L3 | GND | 04 | L20 | MD24 | 04 | L37 | MD2 | 06 | L54 | GND | 06 | R3 | GND | 06 | R20 | RAS2- | 06 |
| L4 | MD4 | 04 | L21 | MD26 | 04 | L38 | MD3 | 06 | L55 | MD25 | 06 | R4 | MD46 | 06 | R21 | RAS1- | 06 |
| L5 | GND | 04 | L22 | MD27 | 04 | L39 | MD5 | 06 | L56 | GND | 06 | R5 | GND | 06 | R22 | GND | 06 |
| L6 | CAS0- | 04 | L23 | MD29 | 04 | L40 | CAS1- | 06 | L57 | MD28 | 06 | R6 | CAS4- | 06 | R23 | CAS6- | 06 |
| L7 | GND | 04 | L24 | CAS3- | 04 | L41 | WEN- | 06 | L58 | GND | 06 | R7 | MD48 | 06 | R24 | MA4 | 06 |
| L8 | MD7 | 04 | L25 | GND | 04 | L42 | MD6 | 06 | L59 | CAS2- | 06 | R8 | MD50 | 06 | R25 | GND | 06 |
| L9 | VCC3 | 04 | L26 | MD30 | 04 | L43 | MD8 | 06 | L60 | VCC3 | 06 | R9 | VCC3 | 06 | R26 | GND | 06 |
| L10 | MD10 | 04 | L27 | MD32 | 04 | L44 | MD9 | 06 | L61 | MD31 | 06 | R10 | MD52 | 06 | R27 | MA7 | 06 |
| L11 | GND | 04 | L28 | MD33 | 04 | L45 | MD11 | 06 | L62 | GND | 06 | R11 | GND | 06 | R28 | MA8 | 06 |
| L12 | MD13 | 04 | L29 | MD35 | 04 | L46 | MD12 | 06 | L63 | MD34 | 06 | R12 | MD55 | 06 | R29 | GND | 06 |
| L13 | GND | 04 | L30 | MD36 | 04 | L47 | MD14 | 06 | L64 | GND | 06 | R13 | GND | 06 | R30 | MA11 | 06 |
| L14 | MD16 | 04 | L31 | MD38 | 04 | L48 | MD15 | 06 | L65 | MD37 | 06 | R14 | MD58 | 06 | R31 | MA3 | 06 |
| L15 | VCC3 | 04 | L32 | MD39 | 04 | L49 | MD17 | 06 | L66 | GND | 06 | R15 | VCC3 | 06 | R32 | GND | 06 |
| L16 | MD18 | 04 | L33 | MD41 | 04 | L50 | GND | 06 | L67 | MD40 | 06 | R16 | MD60 | 06 | R33 | MA0 | 06 |
| L17 | MD20 | 04 | L34 | | 04 | L51 | MD19 | 06 | L68 | VCC3 | 06 | R17 | MD62 | 06 | R34 | GND | 06 |

| PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|
| R35 | VCC3 | 06 | R52 | GND | 06 |
| R36 | MD42 | 06 | R53 | N.C. | 06 |
| R37 | MD44 | 06 | R54 | VCC3 | 06 |
| R38 | MD45 | 06 | R55 | RAS3- | 06 |
| R39 | MD47 | 06 | R56 | GND | 06 |
| R40 | MD57 | 06 | R57 | RAS0- | 06 |
| R41 | GND | 06 | R58 | CAS7- | 06 |
| R42 | GND | 06 | R59 | GND | 06 |
| R43 | MD49 | 06 | R60 | MA5 | 06 |
| R44 | MD51 | 06 | R61 | GND | 06 |
| R45 | MD53 | 06 | R62 | MA6 | 06 |
| R46 | MD54 | 06 | R63 | MA9 | 06 |
| R47 | MD56 | 06 | R64 | MA10 | 06 |
| R48 | MD57 | 06 | R65 | GND | 06 |
| R49 | MD59 | 06 | R66 | AW2 | 06 |
| R50 | MD60 | 06 | R67 | MA1 | 06 |
| R51 | MD61 | 06 | R68 | VCC3 | 06 |

### P170 RS232

| PIN# | SIGNAL | SH# |
|---|---|---|
| 1 | DCD | 16 |
| 2 | RXD | 16 |
| 3 | TXD | 16 |
| 4 | DTR | 16 |
| 5 | GND | 16 |
| 6 | DSR | 16 |
| 7 | RTS | 16 |
| 8 | CTS | 16 |
| 9 | RI | 16 |

9 PIN D SUB — PWR TOP SIDE

### P171 PRINTER

| PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|---|---|---|
| 1 | PRTSTB- | 16 | 10 | PRTACK- | 16 | 19 | GND | 16 |
| 2 | PRTD0 | 16 | 11 | PRTBSY | 16 | 20 | GND | 16 |
| 3 | PRTD1 | 16 | 12 | PRTPE | 16 | 21 | GND | 16 |
| 4 | PRTD2 | 16 | 13 | PRTONLN | 16 | 22 | GND | 16 |
| 5 | PRTD3 | 16 | 14 | PRTAF- | 16 | 23 | GND | 16 |
| 6 | PRTD4 | 16 | 15 | PRTFLT- | 16 | 24 | GND | 16 |
| 7 | PRTD5 | 16 | 16 | PRTINI- | 16 | 25 | GND | 16 |
| 8 | PRTD6 | 16 | 17 | PRTSLCT- | 16 | | | |
| 9 | PRTD7 | 16 | 18 | GND | 16 | | | |

25 PIN D SUB — PWB TOP SIDE — FACE OF CONNECTOR

P140 PCMCIA/SOUND CARD

| PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GND | 20 | 21 | RESET | 19 | 41 | PWROFF- | 19 | 61 | IOR- | 19 | 81 | SD5 | 06 | 101 | SA5 | 11 | 121 | DREQ6 | 11 |
| 2 | VCC | 20 | 22 | LMICIN | 10 | 42 | PWRON- | 10 | 62 | MEMW- | 19 | 82 | SD6 | 06 | 102 | SA6 | 11 | 122 | DREQ7 | 11 |
| 3 | IRRST- | 15 | 23 | IRD_C- | 15 | 43 | SUSRES | 15 | 63 | IRQ3 | 14 | 83 | SD7 | 06 | 103 | SA7 | 11 | 123 | DACK0- | 11 |
| 4 | VIN | 18 | 24 | RTLNIN | 10 | 44 | AEN | 10 | 64 | IRQ4 | 03 | 84 | SD8 | 06 | 104 | SA8 | 11 | 124 | DACK7- | 11 |
| 5 | GND | 20 | 25 | MIDITXD | 10 | 45 | SHUT- | 10 | 65 | IRQ5 | 14 | 85 | SD9 | 06 | 105 | SA9 | 11 | 125 | IRRSY | 15 |
| 6 | TVDN | 09 | 26 | LINGND | 10 | 46 | ZEROWS- | 10 | 66 | IRQ6 | 03 | 86 | SD10 | 06 | 106 | SA10 | 11 | 126 | DACK6- | 11 |
| 7 | NTSCR | 09 | 27 | MIDIRXD | 10 | 47 | TC | 10 | 67 | IRQ7 | 03 | 87 | SD11 | 06 | 107 | SA11 | 11 | 127 | DACK5- | 11 |
| 8 | NTSCB | 09 | 28 | LFLNIN | 10 | 48 | IOCCS16- | 20 | 68 | IRQ9 | 03 | 88 | SD12 | 06 | 108 | SA12 | 11 | 128 | DACK1- | 11 |
| 9 | CSYNC | 09 | 29 | GND | 20 | 49 | GND | 20 | 69 | IRQ10 | 20 | 89 | VCC | 20 | 109 | VCC | 20 | 129 | VCC3 | 20 |
| 10 | LFLNOUT | 10 | 30 | VCC | 10 | 50 | VCC | 10 | 70 | IRQ11 | 20 | 90 | GND | 20 | 110 | GND | 20 | 130 | GND | 11 |
| 11 | AENSND | 10 | 31 | 12V | 13 | 51 | SPKR | 10 | 71 | IRQ14 | 03 | 91 | SD13 | 06 | 111 | SA13 | 11 | 131 | LA23 | 11 |
| 12 | LNOUTGND | 13 | 32 | PWRGOOD | 19 | 52 | REF- | 13 | 72 | IRQ15 | 03 | 92 | SD14 | 06 | 112 | SA14 | 11 | 132 | DACK3- | 11 |
| 13 | IRRXD | 15 | 33 | AENCIA | 15 | 53 | IOCHRDY | 13 | 73 | IRQ12 | 03 | 93 | SD15 | 06 | 113 | SA15 | 11 | 133 | LA21 | 11 |
| 14 | RTLNOUT | 10 | 34 | NUM_LED- | 10 | 54 | BALE | 14 | 74 | SD0 | 06 | 94 | SA0 | 11 | 114 | SA16 | 11 | 134 | LA22 | 11 |
| 15 | NTSCG | 09 | 35 | PWR_LED- | 15 | 55 | MEMCS16- | 14 | 75 | SD1 | 06 | 95 | SA1 | 06 | 115 | DREQ5 | 11 | 135 | LA19 | 11 |
| 16 | IRTXD | 15 | 36 | SCR_LED- | 15 | 56 | IOW- | 14 | 76 | SD2 | 06 | 96 | SA2 | 06 | 116 | DREQ3 | 11 | 136 | LA20 | 11 |
| 17 | NTSC | 09 | 37 | CAP_LED- | 09 | 57 | SBHE- | 14 | 77 | SD3 | 06 | 97 | SA3 | 06 | 117 | DREQ0 | 11 | 137 | LA17 | 11 |
| 18 | MICGND | 10 | 38 | PBLB | 10 | 58 | MEMR- | 14 | 78 | SD4 | 06 | 98 | SA4 | 06 | 118 | DREQ1 | 11 | 138 | LA18 | 11 |
| 19 | VCC | 20 | 39 | VCC3 | 20 | 59 | GND | 18 | 79 | GND | 03 | 99 | GND | 20 | 119 | GND | 20 | 139 | GND | 20 |
| 20 | GND | 05 | 40 | GND | 05 | 60 | VCC | 20 | 80 | VCC3 | 20 | 100 | VCC | 20 | 120 | VCC | 20 | 140 | VCC | 20 |

P150 IR MODULE

| PIN# | SIGNAL | SH# |
|---|---|---|
| 1 | VCC | 15 |
| 2 | GND | 15 |
| 3 | IRTXD | 15 |
| 4 | IRRXD | 15 |
| 5 | IRBSY | 15 |
| 6 | IRD_C- | 15 |
| 7 | N.C. | 15 |
| 8 | IRRST- | 15 |

PWB TOP SIDE

8  7
2  1

140 PIN .8MM BOARD TO BOARD

2
1
140
139

60 PIN .8MM BOARD TO BOARD

1
2
59
60

FIG. 30C

**FIG. 30D**

| SOT23 | MARKINGS |
|---|---|
| 2222 | 1PT |
| 2907 | 2FE |
| DIA114 | 54E |
| DTC114 | 64 |
| 9149F | 5D |
| BAT54 | L4P |
| BAT54A | L42 |
| BAT54S | L44 |
| BAW70 | A4W |
| 5.6VZENER | 8GH |
| BST82 | 02P |

26 PIN 1MM FFC

**P141 KEYSCAN BOARD**

| PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|---|---|---|
| 1 | GND | 22 | 21 | EXYSLOW- | 03 | 41 | GND | 05 |
| 2 | GND | 03 | 22 | N.C. | 04 | 42 | GND | 05 |
| 3 | X01 | 03 | 23 | KGA20 | 04 | 43 | N.C. | 05 |
| 4 | XD0 | 03 | 24 | STANDBY- | 13 | 44 | N.C. | 22 |
| 5 | XD3 | 03 | 25 | SELKBD | 04 | 45 | GND | 05 |
| 6 | XD2 | 03 | 26 | EXUNIT- | 04 | 46 | GND | 05 |
| 7 | XD5 | 03 | 27 | N.C. |  | 47 | BATA_DAT | 05 |
| 8 | XD4 | 03 | 28 | IRQ11 | 22 | 48 | BATB_DAT | 05 |
| 9 | XD7 | 03 | 29 | CPUJMP | 22 | 49 | VCC | 22 |
| 10 | XD6 | 04 | 30 | N.C. | 18 | 50 | VCC | 22 |
| 11 | VCC | 05 | 31 | GND | 03 | 51 | NUM_LED- | 04 |
| 12 | VCC | 05 | 32 | GND | 03 | 52 | FDD_LED- | 04 |
| 13 | KBCS2- | 05 | 33 | EXTPWR | 03 | 53 | PWR_LED- | 04 |
| 14 | 8042CS- | 05 | 34 | VIN | 03 | 54 | HDD_LED- | 04 |
| 15 | IORB- | 05 | 35 | DIN_DAT | 22 | 55 | CAP_LED- | 20 |
| 16 | IOW- | 05 | 36 | DIN_CLK | 03 | 56 | TUR_LED- | 04 |
| 17 | SA2 | 03 | 37 | GND | 03 | 57 | SCR_LED- | 04 |
| 18 | KEYHIT- | 04 | 38 | GND | 03 | 58 | PWRGOOD | 04 |
| 19 | IRQ1 | 04 | 39 | KBDDAT | 04 | 59 | GND | 04 |
| 20 | IRQ12 | 04 | 40 | KBDCLK | 05 | 60 | GND | 22 |

**P22 FLOPPY**

| PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# | PIN# | SIGNAL |
|---|---|---|---|---|---|---|---|
| 1 | VCC |  | 10 | MTR0- | 16 | 19 | GND |
| 2 | INDEX- |  | 11 | N.C. | 16 | 20 | TRKO- |
| 3 | VCC |  | 12 | DIR | 16 | 21 | WRPRT- |
| 4 | DRV0- |  | 13 | N.C. | 16 | 22 | N.C. |
| 5 | VCC |  | 14 | STEP- | 16 | 23 | RDATA- |
| 6 | DSKCHG |  | 15 | WDATA- | 16 | 24 | GND |
| 7 | N.C. |  | 16 | GND | 16 | 25 | HDSEL |
| 8 | N.C. |  | 17 |  | 16 | 26 |  |
| 9 | N.C. |  | 18 | WGATE- | 16 |  |  |

SH# all = 16 for right-side signals (GND, TRKO-, WRPRT-, N.C., RDATA-, GND, HDSEL).

**P21 IDE**

| PIN# | SIGNAL | SH# | PIN# | SIGNAL | SH# |
|---|---|---|---|---|---|
| 1 | HDRESET | 16 | 23 | HDIOW- | 16 |
| 2 | GND | 16 | 24 | GND | 16 |
| 3 | IDED7 | 16 | 25 | HDIOR- | 16 |
| 4 | HD08 | 16 | 26 | GND | 16 |
| 5 | HD06 | 16 | 27 | N.C. | 16 |
| 6 | HD09 | 16 | 28 | N.C. | 16 |
| 7 | HD05 | 16 | 29 | N.C. | 16 |
| 8 | HDD10 | 16 | 30 | GND | 16 |
| 9 | HDD4 | 16 | 31 | IRQ14 | 16 |
| 10 | HDD11 | 16 | 32 | IOCS16- | 16 |
| 11 | HDD3 | 16 | 33 | HDA1 | 16 |
| 12 | HDD12 | 16 | 34 | N.C. | 16 |
| 13 | HDD2 | 16 | 35 | HDA0 | 16 |
| 14 | HDD13 | 16 | 36 | HDA2 | 16 |
| 15 | HDD1 | 16 | 37 | HDCS0- | 16 |
| 16 | HDD14 | 16 | 38 | HDCS1- | 16 |
| 17 | HDD0 | 16 | 39 | HDLED- | 16 |
| 18 | HDD15 | 16 | 40 | GND | 16 |
| 19 | GND | 16 | 41 | VCC | 16 |
| 20 | N.C. | 16 | 42 | VCC | 16 |
| 21 | N.C. | 16 | 43 | GND | 16 |
| 22 | GND | 16 | 44 | VCC | 16 |

44 PIN 2MM HEADER

NOTES : UNLESS OTHERWISE SPECIFIED :

1. ALL IC DEVICE TYPES ARE PREFIXED WITH SN74.

2. THE FOLLOWING PREFIX'S ARE ALWAYS USED:
   T IS EQUAL TO "LS"
   AT IS EQUAL TO "ALS"

3. THE FOLLOWING PREFIX'S ARE USED ONLY WHEN
   INSUFFICIENT CHARACTERS ARE AVAILABLE:
   A IS EQUAL TO "ACT"
   B IS EQUAL TO "BCT"
   V IS EQUAL TO "AS"
   W IS EQUAL TO "AT" OR "ALS"

4. IC PACKAGE TYPE IS INDICATED BY THE FOLLOWING SUFFIX'S:

   DUAL-IN-LINE, PLASTIC = "N" OR BLANK
   DUAL-IN-LINE, PLASTIC [WIDE]         = NW
   DUAL-IN-LINE, CERAMIC                = J
   DUAL-IN-LINE, CERAMIC [WIDE]         = JD
   CHIP CARRIER, PLASTIC                = F
   CHIP CARRIER IN A S.M. SCKT          = FF
   CHIP CARRIER IN A PGA SCKT           = FX
   CHIP CARRIER, CERAMIC [RECT]         = FE
   CHIP CARRIER, CERAMIC [SQUARE]       = FH
   FLAT PACKAGE, CERAMIC                = U
   FLAT PACKAGE, CERAMIC [WIDE]         = W
   GRID ARRAY, PLASTIC                  = X
   GRID ARRAY, PLASTIC [LIF SCKT]       = XL
   GRID ARRAY, PLASTIC [ZIF SCKT]       = XZ
   GRID ARRAY, CERAMIC                  = Y
   GRID ARRAY, CERAMIC [LIF SCKT]       = YL
   GRID ARRAY, CERAMIC [ZIF SCKT]       = YZ
   SINGLE-IN-LINE                       = E,L,M,G
   "SOIC", PLASTIC                      = D
   "SOIC", PLASTIC [WIDE]               = DW
   "SOJ", PLASTIC, J LEADS              = R

5. VCC IS APPLIED TO PIN 8 OF ALL 8-PIN IC's,
   PIN 14 OF ALL 14-PIN IC's, PIN 16 OF ALL
   16-PIN IC's, PIN 20 OF ALL 20-PIN IC's, ETC.

6. GROUND IS APPLIED TO PIN 4 OF ALL 8-PIN IC's,
   PIN 7 OF ALL 14-PIN IC's, PIN 8 OF ALL
   16-PIN IC's, PIN 10 OF ALL 20-PIN IC's, ETC.

7. DEVICE TYPE, PIN NUMBERS, AND REFERENCE DESIGNATOR
   [LOCATION] OF GATES ARE SHOWN AS FOLLOWS:

   00 AND 04 = DEVICE TYPES
   1, 2, AND 3 = PIN NUMBERS
   U01 AND U02 = REF. DESIGNATOR [LOCATION]

8. RESISTANCE VALUES ARE IN OHMS.

9. RESISTORS ARE 1/8 WATT, 5%.

10. CAPACITANCE VALUES ARE IN MICROFARADS.

11. CAPACITORS ARE 50V, 10%.

12. THIS COUPON WILL BE USED ON ALL
    COMMERCIAL MULTILAYER BOARDS.

FIG. 31



FIG. 32A



FIG. 32B



*FIG. 33A*



FIG. 33B



FIG. 34



*FIG. 35*

**U.S. Patent**     Jan. 19, 1999     Sheet 96 of 119     **5,862,394**

NOTES : UNLESS OTHERWISE SPECIFIED :

1. ALL IC DEVICE TYPES ARE PREFIXED WITH SN74.

2. THE FOLLOWING PREFIX'S ARE ALWAYS USED:
   T IS EQUAL TO "LS"
   AT IS EQUAL TO "ALS"

3. THE FOLLOWING PREFIX'S ARE USED ONLY WHEN
   INSUFFICIENT CHARACTERS ARE AVAILABLE:
   A IS EQUAL TO "ACT"
   B IS EQUAL TO "BCT"
   V IS EQUAL TO "AS"
   W IS EQUAL TO "AT" OR "ALS"

4. IC PACKAGE TYPE IS INDICATED BY THE FOLLOWING SUFFIX'S:
   DUAL−IN−LINE, PLASTIC = "N" OR BLANK
   DUAL−IN−LINE, PLASTIC [WIDE]          = NW
   DUAL−IN−LINE, CERAMIC                 = J
   DUAL−IN−LINE, CERAMIC [WIDE]          = JD
   CHIP CARRIER, PLASTIC                 = F
   CHIP CARRIER IN A S.M. SCKT           = FF
   CHIP CARRIER IN A PGA SCKT            = FX
   CHIP CARRIER, CERAMIC [RECT]          = FE
   CHIP CARRIER, CERAMIC [SQUARE]        = FH
   FLAT PACKAGE, CERAMIC                 = U
   FLAT PACKAGE, CERAMIC [WIDE]          = W
   GRID ARRAY, PLASTIC                   = X
   GRID ARRAY, PLASTIC [LIF SCKT]        = XL
   GRID ARRAY, PLASTIC [ZIF SCKT]        = XZ
   GRID ARRAY, CERAMIC                   = Y
   GRID ARRAY, CERAMIC [LIF SCKT]        = YL
   GRID ARRAY, CERAMIC [ZIF SCKT]        = YZ
   SINGLE−IN−LINE                        = E,L,M,G
   "SOIC", PLASTIC                       = D
   "SOIC", PLASTIC [WIDE]                = DW
   "SOJ", PLASTIC, J LEADS               = R

VCC'S NOT MARKED ON THE SCHEMATIC. ARE APPLIED AS FOLLOW:

| power name | ref. designator | pin number |
|---|---|---|
| +5VSYS | U6 | 14 |
| " | U33 | 14 |
| " | U27 | 20 |
| " | U37 | 20 |
| " | U36 | 20 |
| " | U22 | 14 |
| VCC | U8 | 14 |
| " | U11 | 14 |
| SW_VCC | U10 | 14 |
| +5VID | U28 | 16 |

LAST REF.
DESIGNATORS USED:
R176 C183
L27 U40
CR9 SW3
TP5 Q26
QSC2 SP1

6. GROUND IS APPLIED TO PIN 4 OF ALL 8−PIN IC's,
   PIN 7 OF ALL 14−PIN IC's, PIN 8 OF ALL
   16−PIN IC's, PIN 10 OF ALL 20−PIN IC's, ETC.

7. DEVICE TYPE, PIN NUMBERS, AND REFERENCE DESIGNATOR
   [LOCATION] OF GATES ARE SHOWN AS FOLLOWS:

   00 AND 04 = DEVICE TYPES
   1, 2, AND 3 = PIN NUMBERS
   U01 AND U02 = REF. DESIGNATOR [LOCATION]

8. RESISTANCE VALUES ARE IN OHMS.

9. RESISTORS ARE 1/8 WATT, 5%.

10. CAPACITANCE VALUES ARE IN MICROFARADS.

11. CAPACITORS ARE 50V, 10%.

12. THIS COUPON WILL BE USED ON ALL
    COMMERICAL MULTILAYER BOARDS.



*FIG. 36*



FIG. 37A



*FIG. 37B*



*FIG. 37C*

FIG. 38A

Case 3:03-cv-00021-LED   Document 1   Filed 05/09/03   Page 110 of 196 PageID #:  110



*FIG. 38B*



FIG. 39A



*FIG. 39B*



*FIG. 40*



FIG. 41



*FIG. 42A*

FIG. 42B



FIG. 43



*FIG. 44A*

*FIG. 44B*

Case 3:03-cv-00021-LED  Document 1   Filed 05/09/03   Page 120 of 196 PageID #: 120



*FIG. 45A*

**U.S. Patent**     Jan. 19, 1999     Sheet 112 of 119     5,862,394



*FIG. 45B*



FIG. 46A



FIG. 46B



*FIG. 46C*



FIG. 47A



*FIG. 47B*

NOTES : UNLESS OTHERWISE SPECIFIED :

1. ALL IC DEVICE TYPES ARE PREFIXED WITH SN74.

2. THE FOLLOWING PREFIX'S ARE ALWAY'S USED:
   T IS EQUAL TO "LS"
   AT IS EQUAL TO "ALS"

3. THE FOLLOWING PREFIX'S ARE USED ONLY WHEN INSUFFICIENT CHARACTERS ARE AVAILABLE:
   A IS EQUAL TO "ACT"
   B IS EQUAL TO "BCT"
   V IS EQUAL TO "AS"
   W IS EQUAL TO "AT" OR "ALS"

4. IC PACKAGE TYPE IS INDICATED BY THE FOLLOWING SUFFIX'S:
   DUAL-IN-LINE, PLASTIC = "N" OR BLANK
   DUAL-IN-LINE, PLASTIC [WIDE] = NW
   DUAL-IN-LINE, CERAMIC = J
   DUAL-IN-LINE, CERAMIC [WIDE] = JD
   CHIP CARRIER, PLASTIC = F
   CHIP CARRIER IN A S.M. SCKT = FF
   CHIP CARRIER IN A PGA SCKT = FX
   CHIP CARRIER, CERAMIC [RECT] = FE
   CHIP CARRIER, CERAMIC [SQUARE] = FH
   FLAT PACKAGE, CERAMIC = U
   FLAT PACKAGE, CERAMIC [WIDE] = W
   GRID ARRAY, PLASTIC = X
   GRID ARRAY, PLASTIC [LIF SCKT] = XL
   GRID ARRAY, PLASTIC [ZIF SCKT] = XZ
   GRID ARRAY, CERAMIC = Y
   GRID ARRAY, CERAMIC [LIF SCKT] = YL
   GRID ARRAY, CERAMIC [ZIF SCKT] = YZ
   SINGLE-IN-LINE = E,L,M,G
   "SOIC", PLASTIC = D
   "SOIC", PLASTIC [WIDE] = DW
   "SOJ", PLASTIC, J LEADS = R

5. VCC IS APPLIED TO PIN 8 OF ALL 8-PIN IC's, PIN 14 OF ALL 14-PIN IC's, PIN 16 OF ALL 16-PIN IC's, PIN 20 OF ALL 20-PIN IC's, ETC.

6. GROUND IS APPLIED TO PIN 4 OF ALL 8-PIN IC's, PIN 7 OF ALL 14-PIN IC's, PIN 8 OF ALL 16-PIN IC's, PIN 10 OF ALL 20-PIN IC's, ETC.

7. DEVICE TYPE, PIN NUMBERS, AND REFERENCE DESIGNATOR [LOCATION] OF GATES ARE SHOWN AS FOLLOWS:

00 AND 04 = DEVICE TYPES
1, 2, AND 3 = PIN NUMBERS
U01 AND U02 = REF. DESIGNATOR [LOCATION]

8. RESISTANCE VALUES ARE IN OHMS.

9. RESISTORS ARE 1/8 WATT, 5%.

10. CAPACITANCE VALUES ARE IN MICROFARADS.

11. CAPACITORS ARE 50V, 10%.

12. THIS COUPON WILL BE USED ON ALL COMMERICAL MULTILAYER BOARDS.

FIG. 48



FIG. 49

5,862,394

**1**

# ELECTRONIC APPARATUS HAVING A SOFTWARE CONTROLLED POWER SWITCH

## CROSS-REFERENCE TO RELATED APPLICATIONS

The following coassigned patent applications are hereby incorporated herein by reference:

| Ser. No. | Filing Date | TI Case No. | Title |
|---|---|---|---|
| 08/395,335 | 02/28/95 | TI-20391 | Real Time Power Conservation and Thermal Management for Computers |
| 08/598,904 | 12/07/95 | TI-20567 | Power Management - Thermal |

## NOTICE

(C) Copyright, Texas Instruments Incorporated 1996. A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## FIELD OF THE INVENTION

This invention generally relates to power switches for electronic devices.

## BACKGROUND OF THE INVENTION

Without limiting the scope of the invention, its background is described in connection with desktop and portable computers.

From the advent of electricity, there have been millions of devices built that are powered by electricity. However, every electronic device has to have a method of turning that device on and off. Therefore, virtually every electronic device has a power switch that enables the user to turn that device on and off.

In addition, from the evolution of the computer, there has always been a method and device for turning off a computer's power. In the normal environment, the switch would be turned on to apply power to the computer and turned off to terminate the power. However, the normal power switch simply turns off the power without regard to what the computer is doing at the time. The user simply flips a switch, and thus terminates the power to the computer. Yet, if the computer is in the middle of a software application, or updating a database, or writing to a hard disk, valuable information can be lost or corrupted.

## SUMMARY OF THE INVENTION

A need has been discovered for an intelligent power switch; a switch that considers what the computer is doing at the time the user flips the power switch; a switch that will not lose whatever is in the memory at the time; a switch that lets the hard drive position and park its heads before powering down; an intelligent power switch could do this and more.

The present invention solves such a problem. The intelligent power switch can be a mechanical power switch that

**2**

is controlled by software. However, the intelligent power switch could also be all electronic and run by software entirely. Or, the intelligent power switch could be a combination of electronics, software and mechanical devices.

The intelligent power switch may be programmed to be intelligent based on what the computer is doing. If the computer is doing something that requires intelligence, (i.e. the system is in a mode that could cause damage to the file system, the communication system, computer network, applications, or even physical hardware damage), then the system knows precisely what to shut down in what order. The software would take control of the power switch away from the hardware and treat that as an event and then process the event at a later time. That would allow preparation for an orderly shut down. The orderly shut down would allow software applications to close files and exit in an orderly manner. In addition, peripheral devices could also shut down orderly. For example, heads on hard drives could be positioned and parked before terminating power. Moreover, peripheral devices connected to the computer serially or by parallel connections could also be shut down in an orderly manner. Further, even display devices could be shut down in an orderly manner.

There are three methods of operating the intelligent power switch One method is to simply terminate the power of the computer whenever the power switch was turned off. Another method is to treat the power switch being turned off as an event and then let the control software proceed with an orderly shut down of the computer's programs and hardware before terminating power to the computer. The last method is similar to the second method, but allows a hardware override after a certain time limit. This would allow the computer to automatically terminate the power in case the software malfunctioned. This hardware override could be implemented as a deadman timer with either a default time limit and/or a time limit that may be adjusted by the control software. In addition, the timer circuit could be setup to allow normal operation if the user quickly turns the power switch to the on position before the system is complete with its orderly shut down. However, the full operation of the system would depend upon how much the system has been shut down already before the user turns on the power again. If, however, the system has not started the shut down procedure, but only registered the event, full operation would begin immediately. Many other variations could also be implemented.

This is a system and method of intelligently terminating power to a computing device. The system may comprise: a processing device; a power source connected to the processing device; a switch connected to the power source; and a control system run by the processing device and connected to the power source and the switch. In addition, the system may include a deadman timer which provides a fail-safe operation. Further, the system may include a means for executing an orderly shut down procedure for software and hardware. Moreover, the system could be tied to a thermal and/or power management system. Additionally, the system could initiate an orderly shut down of peripheral devices connected to the system by serial, parallel or other connections. Other devices, systems and methods are also disclosed.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. 1 is a chart of the preferred embodiment;

FIGS. 2 is a flow chart of the bootup process of a computer;

5,862,394

3

FIG. 3 is a circuit diagram of an embodiment of hardware used for the Intelligent power switch;

FIG. 4 is a block diagram of the electronic architecture of a basic computer;

FIG. 5 is an isometric view of a portable computer;

FIG. 6 is a block diagram of the portable computer of FIG. 4;

FIG. 7 is an exploded view of a portable computer;

FIG. 8 is a closeup of the main printed circuit board from FIG. 7;

FIGS. 9–30D show logic diagrams of an implementation of the main printed circuit board of FIG. 7;

FIGS. 31–35 show logic diagrams of an implementation of the keyscan printed circuit board of FIG. 7;

FIGS. 36–47B show logic diagrams of an implementation of the PCMCIA/Sound printed circuit board of FIG. 7; and

FIGS. 48–49 show logic diagrams of an implementation of the IR module printed circuit board of FIG. 7.

Corresponding numerals and symbols in the different figures refer to corresponding parts unless otherwise indicated.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

The intelligent power switch can be executed in any combination of three methods. The first is to have the intelligent power switch execute in simple mode; when the user turns off the power, the power switch simply terminates the power to the computer. The second method makes the power switch intelligent by controlling it with software; this method will not turn the power off until the software program releases control and triggers the termination of power. The third method is to have a deadman timer run concurrently to the software program and time out after a specified time limit and then proceed to terminate the power to the computer.

A software program that controls the power switch can be executed on a central processing unit (CPU), or a separate processor like an application processor. For example, you can either have a CPU run the control program with its other programs, or dedicate a small microprocessor to monitor the power switch.

The software control program can have three modes of operation: no intelligent power switch, intelligent power switch with real time event, or intelligent power switch with delayed event (for the sake of clarity, real time events and delayed events will be described with real time events getting attention by the CPU and other hardware in real time, similar to interrupts, and delayed events getting attention from the CPU at a later time like any other software program getting scheduled time slices). The software control program allows the applications time to shut down in an orderly manner. However, if any of the application programs lose control or have some type of unrecoverable error, and are not able to get back to the timer before it runs out, the deadman timer will time out and allow the computer to shut down as in the simple mode, just like an ordinary power switch. Therefore, the setting of the deadman timer is crucial; the time limit should be long enough to let the applications shut down in orderly process, and get back to the timer and reset it if necessary. In addition, the time limit should not be too long, in case the applications get into some type of unrecoverable error; the user should not have to wait too long for the computer to shut off.

FIG. 1 describes a general flow of the intelligent power switch. The system begins by starting the software control

4

program 10. The software control program may be started at the bootup process or on user demand. However, after the software control program starts, the timer circuit gets set 12. The timer circuit may get set to a value by the software, or have a default value. However, the timer must be able to get reset by the software control program. Once the timer circuit gets set, the timer proceeds until timed out 14. In addition, the software program initiates an orderly shut down procedure 18 concurrently. The software program could first start the software shut down process 20 and the hardware shut down process 22. However, these two procedures could be implemented in any order or intermixed. Yet, the software program has to be able to reset the timer circuit 16 before it times out if additional time is needed to complete the shut down process. Finally, after the timer circuit has timed out, the orderly termination of power to the system begins 24. In addition, the software program could be implemented to set the timer value to time out instantly if the shut down process is complete.

FIG. 1 details a flowchart of the software control program. However, as stated before, the software control program can be implemented at different times in the operation of the control program. It may be implemented in the bootup process of the computer and have the user turn it off or on. It may also be implemented only when the user hits the power switch to turn the computer off. It could be implemented with a battery source to supply just enough power to ensure an orderly shut down process of the peripherals and the application programs. This implementation would be beneficial in case of a power failure. In addition, the user could turn on the software control program at any time by just executing the program.

FIG. 2 details the implementation of the software control program in the preferred embodiment. First, the basic input/output system (BIOS) is initialize 26. Then, the operating system gets initialized 28. Within the operating system initialization, some of the steps executed are: initialize core operating system, initialize advanced power management system, start scheduler, and start user interface. Once the operating system is initialized, the other software applications may be implemented 30. Even though the software control program may be implemented in other stages of the system's operation, the software control program is implemented at this point in the preferred embodiment.

An example implementation of the software control program is included in this specification. However, the invention could be implemented in a multitude of ways and is not restricted to this embodiment.

## DEADMAN TIMER CIRCUIT OPTION

### Deadman Timer

An optional feature of the present invention can ensure a shut down of the device even though the computer software has malfunctioned. This optional feature is a fail-safe or a deadman timer circuit built into the intelligent power switch. The deadman timer would function after the intelligent power switch loses software control After a specified period of time elapses that would indicate the software has lost control, then the switch will revert back to turning power off in an unconditioned state just as if it had not been an intelligent power switch. This deadman timer is a fail-safe condition.

However, with the creation of a software controlled power switch, sometimes the software monitors the intelligence malfunctions. In addition, the software may malfunction because of the processor that it's running on.

5,862,394

5

Once the software has control of the power switch, the hardware circuit sets a maximum time that the circuit will wait for a response from the software control. If the circuit does not get a response from the software control, it will shut down the rest of the system. However, the software control can come back to the circuit and reset the clock, or even set a new maximum time for the circuit to wait for another response. This would enable the software control program to be more dynamic in case it needs to wait for unexpected events before powering the system down. This mode would place a burden on the software to come back to reset the timer every so often before the expiration of the maximum time. However, the user may also adjust the maximum time. This versatility would allow the user to determine what is acceptable as the maximum time for circuit to wait.

When the power switch is turned on, the system boots; the software boots; the Basic Input/Output System (BIOS) initializes and then the dead man timer gets set to zero and the power switch gets turned to simple, the default condition. Then, through the process of initializing the rest of the computer system (the software, and the different sets of hardware), the software control program will determine whether to turn on the intelligence power switch. However, the software control program may also determine to wait until the operating system is running or to wait until the user selects a particular application to turn this switch on or off.

The software control program is a real time event. It may be turned on or off based on the boot up condition. Then the software control program can decide whether to continue to keep it on or keep it off or whether to come back later and turn it to intelligent or simple mode.

For example, in the preferred embodiment, the computer can go through the boot process, then load DOS or Windows and then turn the intelligent power switch on. The software control program has to get back at least every 15 seconds or the system is going to turn itself off because the deadman timer switch is on.

In addition, the power switch can be programmed to watch a System Management Interrupt (SMI). The SMI can either be acted on real time, or can be acted upon later.

If the power switch is set to be acted upon a real time event, then as soon as the event is triggered, the heads of the hard drive are positioned and parked. Then the power from the hard drive is turned off, along with the power to the displays and other devices within the system. Then the CMOS parameters that need to be saved are saved. This process would enable protection against lost clusters or allocations on hard disks, which is a major problem on other products.

If the power switch is set to be acted upon a delayed event, then the software control program allows the operating system and other programs to prepare for shut down. This will allow the system to go through and start closing files. In addition, it will start updating any pertinent parameters and then trigger the event to start the shut down process. The shut down process is the same as the previous scenario.

In both scenarios, the power switch may be tied directly to the actions required by the operating system to do an orderly shut down. However, the intelligent power switch can also be integrated into an existing shut down software program (e.g. Super Shutdown by Texas Instruments Incorporated). This would allow the shut down program to automatically go through all the software programs and ensure an orderly shut down. A shut down program could ensure that all files are closed, and parameters updated before it gives control back to the software control program.

6

DEADMAN TIMER CIRCUIT IMPLEMENTATION

The intelligent power switch circuit with the deadman timer consists of the five functional parts identified in FIG. 3 and as described below:

Supervisory Transistor 38—Low power transistor switch that runs unregulated input power on and off to the computer power supervisory circuitry.

Manual Switch 56—Manual power on/off switch that is set by the computer operator and that informs the Intelligent power switch and computer processor to turn system power on and off.

Power Off Timer 74—provides power control to processor when Intelligent power switch is in the intelligent mode and Manual Switch 56 is in the "off" position.

Power Off Latch 36—system power off latch holds computer power "off" when processor has turned off power and Manual Switch 56 is still "on".

Power Off Latch Trigger 32—provides power control by processor when Intelligent power switch is in the intelligent mode and the Manual Switch 56 is in the "on" position.

The Intelligent power switch control signals shown in FIG. 3 are described below:

"VIN"—unregulated DC input power to computer sourced by external power and/or internal batteries.

"VINS"—unregulated DC input power to computer power Supervisory Circuit 38.

"NVCC"—regulated DC power to computer logic.

"REF 2.5"—compalitor reference voltage.

"SFTOFF"—low active logic signal from processor indicating software status of the manual on/off switch.

"PWROFF"—low active logic signal from manual on/off switch indicating "off" position.

"PWRON"—low active logic signal from manual on/off switch indicating "on" position.

"PWRSWON"—logic signal to processor indicating status of the manual on/off switch.

"SMPL"—logic signal from processor indicating mode of Intelligent power switch.

"TRMRRST"—low active logic signal from processor that resets the Power Off Timer 74.

The Intelligent power switch Circuit shown in FIG. 3 couples the computer operator and the computer processor to the computer system power switch. The computer processor can be programmed to turn off the system power intelligently. The computer power is turned on by the operator changing the manual switch status from "off" to "on". In addition, the computer power may be turned off by the computer processor under software controlled conditions in an orderly and intelligent manner, through the intelligent power switch circuit. The manual power on/off switch 56 may be a single pole, double throw as shown in FIG. 3, or may be any switching device that provides compatible logic levels when connected to the circuit. The Intelligent power switch defaults to the simple mode when system power is "off" or when the system power "on" routine is being executed by the computer logic (the computer boot-up process). The intelligent switch can be changed to the intelligent mode by the computer at any time after the power "on" routine is complete or as part of the system initialization during the power "on" routine. The Intelligent power switch is in the simple mode whenever the logic signal "SMPL" is low. In this mode, the system power can only be

5,862,394

7

turned "on" and "off" by the operator using the manual switch 56. The power "off" timer 74 and power "off" latch trigger 32 are disabled through diode 62 and transistor 60 through diode 34 respectively, when signal "SMPL" is held low by the computer or by loss of system power. Manual power "on" and "off" in this mode is as follows:

    1) The closed contacts of the manual switch 56 in the "off" position grounds signal "PWROFF" and disables the power off latch trigger 32 through diodes 46 and 40, and clear the power off latch 36 through diode 46. In addition, the open contact of the manual switch 56 in the "off" position allows the signal "PWRON" to float up through resistors R7 and R6, shutting off the supervisory transistor 20. The system is turned off in this mode.

    2) The closed contacts of the manual switch 56 in the "on" position grounds signal "PWRON" and turns on the supervisory transistor 38 through resistor 64. The system power is turned on in this mode. In addition, the open contact of the manual switch 56 in the "on" position turns off diodes 46 and 52 enabling the power off latch 36 and signaling to the processor that the manual switch 56 is "on" by pulling up signal "PWRSWON" through resistor 20.

The intelligent mode of the Intelligent power switch can only be set by the computer processor when the system power is on. The processor enables the intelligent mode by setting the signal "SMPL-" high. This enables the power off latch trigger 32 circuit by turning off diode 34 and enables the power off timer 74 by turning off diode 62 and turning on transistor 60. Transistor 58 is turned on by signal "SFT-OFF" being high, and the power off timer 74 is held reset by the low signal "TMRRST-". The output of the power off latch trigger 32 is held low by the high level on the inverting input of 32 from the signal "SFTOFF". Thus the power off latch 36 is not triggered and system power remains on.

System power can now be turned off with the Intelligent power switch in the intelligent mode and the manual power switch 56 in the "on" position in the following way only:

The computer processor sets the signal "SFTOFF" low, turning off the latch trigger comparitor output 32. This sets the power off latch 36 by turning on transistor 44 through diode 40 and resistor 22 to the +5 VDC on signal "NVCC". Transistor 44 turns on transistor 24 which holds transistor 44 on. Transistor 24 also turns on diode 36 which turns off transistor 38, thus turning off system power. The power off latch 36 remains set as long as the manual power switch 56 remains in the "on" position and power lasts on signal "VIN" from the external and/or internal unregulated power sources.

The computer processor can control the system power with the intelligent switch in the "Intelligent" mode and the manual switch in the "off" position. The supervisor transistor 20 is held on through resistor 54 so long as transistors 58 and 60 are on and the time-out comparitor 74 are all turned on. The system power is turned off if any one of the three are turned off.

The computer processor can now turn off system power by setting signal "SFTOFF" low, turning off transistor 60, or by allowing the power off timer 74 to turn off when capacitor 72 charges through resistor 68 to a level above the voltage at the junction of the divider at resistors 64 and 66, or by allowing the power off timer 74 to turn off after a software controlled time that holds signal "TMRRST" low.

Giving power off control to the computer processor insures that the shut down is done in an orderly and predictable manner protecting function integrity for the user.

8

Listed below in Table 1 are examples of types of devices and values that can be implemented in the Intelligent power switch circuit illustrated in FIG. 3. It is to be understood that the present invention is not limited to only this embodiment.

TABLE 1

| Element | Name | Description |
|---|---|---|
| 20 | Resistor | 10k resistor |
| 22 | Resistor | 47k resistor |
| 24 | Transistor | DTA transistor |
| 26 | Resistor | 47k resistor |
| 28 | Capacitor | .0047 f capacitor |
| 30 | Resistor | 4.7k resistor |
| 32 | Invertor | TLC393C/2 invertor |
| 34 | Diode | BAT54A diode |
| 36 | Diode | BAT64 diode |
| 38 | Transistor | 2907 transistor |
| 40 | Diode | BAT54A diode |
| 42 | Resistor | 10k resistor |
| 44 | Transistor | DTC transistor |
| 46 | Diode | BAV70 diode |
| 48 | Capacitor | 0.1 f capacitor |
| 50 | Resistor | 47k resistor |
| 52 | Diode | BAV70 diode |
| 54 | Resistor | 4.7k resistor |
| 56 | Switch | single pole, double throw |
| 58 | Transistor | BST82 transistor |
| 60 | Transistor | BST82 transistor |
| 62 | Diode | BAT54A diode |
| 64 | Resistor | 10k resistor |
| 66 | Resistor | 3.3k resistor |
| 68 | Resistor | 1 M resistor |
| 70 | Diode | BAT54A diode |
| 72 | Capacitor | 10/16 v capacitor |
| 74 | Invertor | TLC393C/2 invertor |

OTHER OPTIONS

The control software program can also be interactive. It can prompt the user with questions like "do you really want to turn the power off—yes or no?" and if the user says yes, then the program could go ahead and execute an orderly shut down. However, the program could also just tell the user how to manually execute an orderly shut down, and let the user manually shut down the software programs and/or hardware. For example, the program could have the user close all files, close all software programs in a specific order, and then turn off all hardware devices that are hooked up to the computer. Yet, the control program could also be set to execute an orderly shut down automatically. In addition, the interactive part could more or less interactive, depending on options set in installation, in execution or at production.

Another option that could be implemented, is to automatically shut down the computer when it goes into an uncontrollable state. This could be done if the deadman timer was set to a time that the software control program knew it could get back to the timer if the computer was in a controllable state. However, if a software program took control of the computer and then went into an infinite loop or some other uncontrollable state, the deadman timer would time out and then execute the shut down procedure. Again, the intelligent power switch could be set to just simply terminate the power to the computer or go through an orderly shut down first. Moreover, the deadman timer could also run in the background while the control program is executing an orderly shut down, and then time out if the software control program gets in an uncontrollable state.

The software control program may also interface with a thermal management system (i.e. the thermal management systems described in U.S. patent application Ser. No.

5,862,394

9

08/395,335 and U.S. patent application Ser. No. 08/568,904) and/or a power management system (i.e. the power management system described in U.S. patent application Ser. No. 08/395,335). This would allow an intelligent power switch to have an orderly shut down when the user turns the computer off, and would also allow the features of the thermal and power management systems to be integrated into the intelligent power switch. The thermal and/or power management systems could control the deadman timer and reset to zero when the system wanted to terminate power. This would be helpful if the computer was in imminent danger of overheating, or in some other state of impending danger.

If the intelligent power switch incorporates the power management system, the software control program can be tied off Advanced Power Management™ (APM) events under Windows 3.11™ and Windows95™ (Advanced Power Management, Windows 3.11 and Windows95 are trademarks of Microsoft). This would allow the software control program to be posted to the 530B interrupt. This would ensure that the operating system will check once every one to five seconds to make sure the software control program is still alive. Other operating systems might implement other instructions that the software control program could be linked to also. In addition, the 530B interrupt may also change in implementation in other versions of the Windows™ operating system. However, the software control program would still function as long as it was checked periodically. For further details on the implementation of the preferred embodiment, refer to the APMfuncb procedure, as well as the SMI interrupt procedure in the example software implementation included at the end of the specification.

In sum, the present invention can be a mechanical power switch that is controlled by software. However, the intelligent power switch could also be all electronic and run by software entirely. Or, the intelligent power switch could be a combination of electronics, software and mechanical devices.

In addition, the intelligent power switch may be programmed to be intelligent based on what the user is doing. If the user is doing something that requires more intelligence, (i.e. the system is in a mode that could case damage to the file system, the communication system, computer network, applications, or even physical hardware damage), then the system knows precisely what to shut down in what order. The software would take control of the power switch away from the hardware and treat that as an event and then process the event at a later time. That would allow preparation for an orderly shut down. The orderly shut down would allow software applications to close files and exit in an orderly manner. In addition, peripheral devices could also shut down orderly. For example, heads on hard drives could be positioned and parked before terminating power. Moreover, peripheral devices connected to the computer serially or by parallel connections could also be shut down in an orderly manner. Further, even display devices could be shut down in an orderly manner.

There are three methods of operating the intelligent power switch. One method is to simply terminate the power of the computer whenever the power switch was turned off. Another method is to treat the power switch being turned off as an event and then let the control software proceed with an orderly shut down of the computer's programs and hardware before terminating power to the computer. The last method is similar to the second method, but allows a hardware override after a certain time limit. This would allow the computer to automatically terminate the power in case the

10

software malfunctioned. This hardware override could be implemented as a deadman timer with either a default time limit and/or an time limit that may be adjusted by the control software. In addition, the timer circuit could be setup to allow normal operation if the user quickly turns the power switch to the on position before the system is complete with its orderly shut down. However, the full operation of the system would depend upon how much the system has been shut down already before the user turns on the power again. If, however, the system has not started the shut down procedure, but only registered the event, full operation would begin immediately. Many other variations could also be implemented.

FIGS. 4–8 depict example devices that the present invention can be implemented on. However, these embodiments are not intended to be limiting. The present invention may also be implemented on other devices as well.

While some of the embodiments shown are in relation to a portable computer, the present invention can also be integrated into any electronic device. For example, the present invention could be implemented on a main frame, mini, desktop, or portable computer. FIG. 6 is a block diagram of a basic computer 900 upon which the present invention could be implemented. Computer 900 comprises a Power Input and Conversion Unit 905 having power input 910. Unit 905 senses the input conditions and selects appropriate circuitry to convert the input to the voltages needed to power the other elements of the system. Output from the conversion unit is coupled to Bus 915, which comprises paths for power as well as for digital information such as data and addresses.

Bus 915 typically needs more than one power line. For example, the motor drive for a hard disk requires a different power (voltage and current) than does a CPU, for example, so there are parallel power lines of differing size and voltage level in Bus 915. A typical Bus 915 will have, for example, a line for 24 VDC, another for 12 VDC, and yet another for 5 VDC, as well as multiple ground lines.

Bus 915 connects to a video display controller 920 including Video Random Access Memory (VRAM) which both powers and controls display 925, which in a preferred embodiment is a display driven by analog driver lines on an analog bus 930. Bus 915 also connects to a keyboard controller 935 which powers and controls keyboard 940 over link 945, accepting keystroke input and converting the input to digital data for transmission on Bus 915. The keyboard controller may be physically mounted in the keyboard or within the computer housing.

Bus 915 comprises, as stated above, both power and data paths. The digital lines are capable of carrying 32 addresses and conveying data in 32 bit word length. To minimize pin count and routing complexity, addresses and data are multiplexed on a single set of 32 traces in the overall bus structure. One with skill in the art will recognize that this type of bus is what is know in the art as a low-pin-count or compressed bus. In this kind of bus different types of signals, such as address and data signals, share signal paths through multiplexing. For example, the same set of data lines are used to carry both 32-bit addresses and data words of 32-bit length.

In Bus 915, some control signals, such as interrupt arbitration signals, may also share the data lines. Typical examples of buses that are exemplary as usable for Bus 215 (with the exception of power supply analog lines in Bus 915) are the IIS-Bus™ implemented by Sun Microsystems, the "Turbochannel" Bus from Digital Equipment Corporation,

5,862,394

**11**

and buses compatible with the IEEE-488 standard. Bus **915** is also a high-speed backplane bus for interconnecting processor, memory and peripheral device modules.

CPU **950** and RAM **955** are coupled to Bus **915** through state translator **960**. CPU **950** may be of a wide variety of CPUs (also called in some cases MPUS) available in the art, for example Intel 80386 or 80486 models, MIPS, RISC implementations, and many others. CPU **950** communicates with State Translator **960** over paths **965**. State Translator **960** is a chip or chip set designed to translate commands and requests of the CPU to commands and requests compatible with Bus **915**. It was mention previously that CPU **950** may be one of a wide variety of CPUs, and that Bus **915** may be any one of a wide variety of compressed busses. It will be apparent to one with skill in the art that there may be an even wider variety of state translators **960** for translating between the CPU and Bus **915**.

RAM memory module **955** comprises conventional RAM chips mounted on a PCB as is known in the art, and connectable to state translator **960**. Preferably, the RAM module is "on board" the CPU module to provide for rapid memory access, which will be much slower if the RAM is made "off board". As is the case with Bus **915**, paths **965** and **970** comprise power and ground lines for CPU **950** and Translator **960**.

FIG. 5 illustrates a portable personal computer **800** having a display **810** and a keyboard **820**. The present invention is ideally suited for the portable computer **800**.

FIG. 6 is a block diagram of portable computer **800**. Portable computer **800** is a color portable notebook computer based upon the Intel Pentium microprocessor. Operating speed of the Pentium is 75 Mhz internal to the processor but with a 50 Mhz external bus speed. A 50 Mhz oscillator is supplied to the ACC Microelectronics 206e core logic chip which in turn uses this to supply the microprocessor. This 50 Mhz CPU clock is multiplied by a phase locked loop internal to the processor to achieve the 75 Mhz CPU speed. The processor contains 16 KB of internal cache and 256 KB of external cache on the logic board.

The 50 Mhz bus out of the CPU is connected to a VL to PCI bridge chip from ACC microelectronics to generate the PCI bus. The bridge chip takes a 33.333 Mhz oscillator to make the PCI bus clock. The Cirrus Logic GD7542 video con-

**12**

troller is driven from this bus and this bus has an external connector for future docking options.

The GD542 video controller has a 14.318 Mhz oscillator input which it uses internally to synthesize the higher video frequencies necessary to drive an internal 10.4" TFT panel or external CRT monitors. When running in VGA resolution modes the TFT panel may be operated at the same time as the external analog monitor. For Super VGA resolutions only the external CRT may be used.

Operation input to portable computer **800** is made through the keyboard. An internal pointing device is imbedded in the keyboard. External connections are provided for a parallel device, a serial device, a PS/2 mouse or keyboard, a VGA monitor, and the expansion bus. Internal connections are made for a Hard Disk Drive, a Floppy Disk Drive, and additional memory.

Portable computer **800** contains 8 Megabytes of standard memory which may be increased by the user up to 32 Megabytes by installing optional expansion memory boards. The first memory expansion board can be obtained with either 8 or 16 Megabytes of memory. With the first expansion board installed another 8 Megabytes of memory may be attaches to this board to make the maximum amount.

A second serial port is connected to a Serial Infrared (SIR) device. This SIR device has an interface chip which uses a 3.6864 Mhz oscillator. The SIR port can be used to transmit serial data to other computers so equipped.

The two batteries of portable computer **800** are Lithium Ion and have internal controllers which monitor the capacity of the battery. These controllers use a 4.19 Mhz crystal internal to the battery.

Portable computer **800** has two slots for PCMCIA cards. These slots may be used with third party boards to provide various expansion options. Portable computer **800** also has an internal sound chip set which can be used to generate or record music and/or sound effects. An internal speaker and microphone built into the notebook. In addition, three audio jacks are provide for external microphones, audio input, and audio output.

FIG. 7 shows an exploded view of the TM5000TM made by Texas Instruments Incorporated. Table 2 describes the essential elements of FIG. 7.

TABLE 2

| Item | Description | Function |
|---|---|---|
| 150 | BASE | Base of computer |
| 151 | COVER ASSY,TOP | top cover of computer |
| 154 | CONNECTOR DOOR | connector door |
| 155 | PCMCIA DOOR | PCMCIA door |
| 157 | LCD ASSY,9.5" | compute display assembly |
| 158 | BEZBL,LCD | LCD display |
| 160 | Light Pipe | indicators for different functions (e.g. turbo mode) |
| 161 | BUTTON,BATTERY EJECT,LEFT | ejects left battery |
| 162 | BUTTON,BATTERY EJECT,RIGHT | ejects right battery |
| 163 | BUTTON,POWER SWITCH | power switch |
| 166 | HINGE COVER,RIGHT | hinge cover for display attachment to computer |
| 167 | BUTTON,PCM EJECT | PCMCIA eject buttons |
| 168 | HINGE COVER,LEFT | hinge cover for display attachment to computer |
| 172 | RAM CARD,FRONT TRIM | cover over ram card (ram cards not shown) |
| 178 | HINGE,RIGHT | hinge for attaching display to computer |
| 179 | HINGE,LEFT | hinge for attaching display to computer |
| 181 | HINGE,BRACKET,RIGHT | hinge bracket for attaching display |
| 182 | HINGE,BRACKET,LEFT | hinge bracket for attaching display |

5,862,394

13                                                                                          14

## TABLE 2-continued

| Item | Description | Function |
|------|-------------|----------|
| 186 | BRACKET,LEFT,FLOPPY DRIVE | bracket for floppy drive |
| 187 | LIGHT PIPE,HINGE COVER | indicators for different functions (e.g. power) |
| 190 | BRACKET,FLOPPY DRIVE | bracket for floppy drive |
| 195 | SPRING,I/O DOOR LATCH | latch for I/O doors |
| 196 | EXTENSION SPRING,I/O DOOR | extension spring for I/O doors |
| 204 | HEATSINK,CPU | heatsink for CPU |
| 205 | HEATSINK CUSHION | heatsink cushion |
| 206 | PWB ASSY,LED BOARD | printed wiring board for LEDs |
| 210 | PWB ASSY,MAIN BOARD | main printed circuit/wiring board |
| 211 | PWB ASSY,PCMCIA/SOUND BOARD | PCMCIA/Sound printed circuit/wiring board |
| 212 | PWB ASSY,KEYSCAN BD | keyscan printed circuit/wiring board |
| 213 | MICROFLOPPY DRIVE,11 MM | floppy drive |
| 222 | NAMEPLATE ,ACTIVE MATRIX COLOR | Nameplate |
| 226 | COVER,LCD SCREWS | screws for LCD |
| 228 | SCREW,TORX,PLASTITE,PAN,2–28 X .500 | screws |
| 229 | SCREW,TORX,PLASTITE,4–20 X .250 | screws |
| 230 | SCREW,TORX,SLOTTED,2–28 X.375",CARBON | screws |
| 231 | SCREW,TORX,MACHINE,BUTTON,2–56 X .1250 | screws |
| 232 | SCREW,W/THREAD LOCK | screws |
| 233 | SCREW,SLOT-TORX,MACHINE,PAN,4–40 X .188 | screws |
| 234 | SCREW,TORX,MACHINE,FLAT,4–40 X .375 | screws |
| 235 | SCREW,METRIC,TORX,MACH,FLH,M3–0.5 X 6 | screws |
| 236 | SCREW,TORX,4–20 X.375",CARBON STEEL | screws |
| 237 | SCREW,MACH,FLAT,PH,4–40 X .188 | screws |
| 238 | SCREW,TORX,MACHINE,PAN,4–40 X .125 | screws |
| 239 | SCREW,TORX,MACHINE,4–40 X .250 | screws |
| 240 | SCREW,SLOT-TORX,PLASTITE,PAN,4–20 X 1.25 | screws |
| 241 | SCREW,SLOT-TORX,PLASTITE,PAN,2–28 X .188 | screws |
| 242 | SCREW,TORX,MACHINE,2–56 X .250 | screws |
| 243 | SCREW,TORX,MACHINE,BUTTON,2–56 X .1875 | screws |
| 244 | CABLE ASSY,LCD,RIGHT,W/O TAPE | cable |
| 248 | FLEX CABLE,HARD DISK DRIVE | flex cable |
| 249 | CABLE ASSY,FDD DX4 | cable |
| 253 | CABLE EXTENSION MICROPHONE | cable for microphone |
| 254 | MEDALLION LABEL "P" | Texas Instruments trademark label |
| 255 | SECURITY RING | security ring |
| 262 | PWB ASSY,UNIVERSAL IR MODULE P,D | printed wiring board for IR module |
| 263 | LENS COVER,IR | lens cover for IR module |
| 270 | COMPRESSION FOAM,STANDBY SWITCH | foam for standby switch |
| 271 | BUTTON,STANDBY SWITCH SERIES | standby switch |
| 275 | Power input | input to computer from external power |
| 276 | Keyboard | Keyboard input |

FIG. 8 shows an enlarged view of the main printed circuit board 210 of FIG. 7. Note the CPU 204 and power input 275 are both on this printed circuit board 210. The present invention can be implemented on the TM5000 by using the software control program, described herein, and the optional deadman timer circuit shown in FIG. 3. The software control program would be run by the CPU 204 in memory (not shown) and communicate to the power switch. The optional deadman timer circuit would also be connected to the power switch 275 and the CPU 204 so that the deadman timer can be reset when necessary. The deadman timer circuit could be placed on the main printed circuit board 210.

FIGS. 9–30 show logic diagrams of an implementation of the main printed circuit board 210 of the TM5000. This logic diagram details how the deadman timer circuit, and the logic for the shutdown procedure could be implemented, along with the other functions of a main printed circuit board.

FIGS. 31–35 show logic diagrams of an implementation of the keyscan printed circuit board 272 of the TM5000. This logic diagram details how the circuit could be designed to implement keyscan functions of the TM5000.

FIGS. 36–47 show logic diagrams of an implementation of the PCMCIA/Sound printed circuit board 211 of the TM5000. This logic diagram details how the circuit could be designed to implement keyscan functions of the TM5000.

FIGS. 48–49 show logic diagrams of an implementation of the IR module printed circuit board 262 of the TM5000. This logic diagram details how the circuit could be designed to implement infra-red module functions of the TM5000.

While several implementations of the preferred embodiment of the invention has been shown and described, various modifications and alternate embodiments will occur to those skilled in the art. For example, process diagrams are also representative of flow diagrams for microcoded and software based embodiments. In addition, various modifications and combinations of the illustrative embodiments, as well as other embodiments of the invention, will be apparent to persons skilled in the art upon reference to the description. Words of inclusion are to be interpreted as nonexhaustive in considering the scope of the invention. Various modifications and combinations of the illustrative embodiments, as well as other embodiments of the invention, will be apparent

5,862,394

15

to persons skilled in the art upon reference to the description. It is therefore intended that the appended claims encompass any such modifications or embodiments.

An example implementation of the software control program is included below. However, the invention could be implemented in a multitude ways and is not restricted to this implementation. In addition, the software control program includes calls to "FactoryPowerDownTable" and to "Sub-WalkTable" (hereafter referred to as WalkTables). These calls implement the shut down procedure of the invention. An example embodiment is included after the software control program. In this embodiment, devices are shut down in a specific order. However, the WalkTables may be altered to include a shut down procedure for other devices. For example, the WalkTables could shut down a real time clock, serial devices, floppy disk drives, hard disk drives, DMA controllers, interrupt controllers, and other peripheral

16

devices on the main system bus. Further, the shut down procedure may include peripheral devices connected serially, or through the parallel port. In addition, the Walk-Tables could shut down peripheral devices on main system buses such as ESDI, AT, or PCI and may include devices on auxiliary buses, such as USB or 1394. Moreover, Walk-Tables could even shut down the entire bus itself. Furthermore, the WalkTables could even shut down portions of or the entire docking station that a portable computer may be connected to. These are just a few examples of what the shut down procedure could include and not meant to be an exhaustive listing. Various modifications and combinations of the illustrative shut down procedure, as well as other embodiments of the invention, will be apparent to persons skilled in the art upon reference to the description. It is therefore intended that the appended claims encompass any such modifications or embodiments.

5,862,394

17                                                          18

```
;*********************************************************************
; ORIGINAL CODER: La Vaughn F. Watts, Jr.
;                                           +-----------------+
;+--------------------------------------------- | Near Entry Point
5  ;| PmInit -- Initialize power management       +-----------------+
   ;|
   ;| Entry: None
   ;|
   ;| Exit:  All registers preserved
10 ;|
   ;| This function is called during POST before executing INT 19h.
   ;+------------------------------------------------------------------+

   public  PmInit
15 PmInit  proc   near
        assume  ds:nothing,es:nothing,fs:nothing,gs:nothing,ss:nothing

   IFDEF   zzzlily                          ;Enable Smart Power Switch
        push    cx
20      mov     cx,0
        in      al,0e2h
        and     al,NOT 7
        out     0e2h,al                     ;Kill software control
        loop    $
25      or      al,02h
        out     0e2h,al
        loop    $

        or      al,1
30      out     0e2h,al                     ;Smart power switch enabled
        pop     cx
   ENDIF                                    ;zzzlily

   ;This code is called on exit of the PM initialization
35 ;Restore all registers and quit.
   ;------------------------------------------------------------------
   IFDEF   zzzlily                          ;Bring back the power switch
   Quit:
        pop     gs
40      pop     fs
        pop     es
        pop     ds
        popad
```

TI-21405  Page 23

5,862,394

19                                                                      20

```
        popfd

    AbortPmInit:
        Extrn     ExtCmosCsum:near
 5      Call      ExtCmosCsum


        mov       al,3bh
        out       70h,al
10      in        al,71h
        in        al,0e1h
        and       al,01000000b
        cmp       al,0
        jne       quitswitch
15      extrn     VidSuspend:near
        extrn     HDDDisable:near

        call      HDDDisable          ;Take hard drive Down!

20      CLI

        in        al,0e2h
        and       al,NOT 3            ;5.08.1
        out       0e2h,al             ;Smart disabled, power off if needed
25      jmp       $

    quitswitch:
        push      ax
        push      cx
30
    Include Deadman.Inc               ;Delays needed to
                                      ;initialize on powerup the R/C

        mov       cx,DEADMANDELAY
35
    DeadmanPm1Delay:
        jmp       $+2
        loop      DeadmanPm1Delay

40
        in        al,0e0h
        or        al,01000000b        ;Turn on Power Switch SMI
        out       0e1h,al             ;Clear interrupts
```

TI-21405 Page 24

5,862,394

21                                                      22

```
              mov        cx,DEADMANDELAY

       DeadmanPm2Delay:
 5            jmp        $+2
              loop       DeadmanPm2Delay

              out        0e0h,al
              loop       $
10     ;
       ;Is this a factory link? If so, leave Deadman timer off
       ;Otherwise turn it on!
       ;
              mov        ax,cs:BPVersion
15            and        ah,0f0h              ;Test version?
              cmp        ah,0f0h              ;Maybe
              je         FactoryExit          ;NOP!

              in         al,0e2h
20            or         al,04h               ;Turn it On-Deadman 5.07.01
              out        0e2h,al              ;Done

              mov        cx,DEADMANDELAY

25     DeadmanPm3Delay:
              jmp        $+2
              loop       DeadmanPm3Delay

       FactoryExit:
30            pop        cx
              pop        ax
              ret

       ELSE                                   ;zzzlily
35
       Quit:  pop        gs
              pop        fs
              pop        es
              pop        ds
40            popad
              popfd

       AbortPmInit:
```

TI-21405 Page 25

5,862,394

23                                                                                          24

```
            ret
ENDIF                                    ;zzzlily


5   ;File Deadman.inc
    DEADMANDELAY   Equ  16+1        ;1.6 plus one for good measure
    ;Comments: 1000 works great..trying to min the delay now.
    ;Comments: so does 100,50,10
    ;Comments: Does NOT work: 5,8
10  ;          ... remember we need delay that will work on 90MHz
    ;          and 120MHz, so put some margin in it.
    ;          120/75 =1.6 factor
    ;
    ;Code called from OS to turn off APM..this will terminate the smart switch
15  ;this time for 15 seconds in order to orderly shutdown to new OS operating
    ;environment.

    APMIFunc04    proc   near
    IFDEF  zzzlily                       ;Arm Interrupts
20  ;
    ;Reset Deadman Timer                 Gives MS 15 seconds to get back
    ;
            push     ax

25          in       al,0e2h
            mov      ah,al               ;5.08.1
            and      al,NOT 04

            out      0e2h,al             ;Force to ZERO!
30          mov      al,ah               ;5.08.1
            out      0e2h,al             ;5.08.1 Reset Complete

            pop      ax

35          STI
    ENDIF                                ;zzzlily
                                         ;connection is established
            ret
    APMIFunc04    endp
40
    APMIFuncOB    proc   near
    ;This code is called by the OS every 1 to 5 seconds..welook at the event
    ;for the power switch and other power management devices.
```

TI-21405  Page 26

5,862,394

25                                                                 26

```
          ;
          IFDEF  zzzlily                          ;Downcount Temperature
          ;--------------------------------------------------------------
          ;Reset Deadman Timer                    Gives MS 15 seconds to get back
5         ;
                     push      cx
                     in        al,0c2h
                     or        al,4
                     out       0e2h,al                ;Force to one!
10
                     mov       cx,DEADMANDELAY
          Deadman1Delay:
                     jmp       $+2
                     loop      Deadman1Delay
15
                     and       al,NOT 4
                     out       0e2h,al                ;Toggles to zero and leaves on NOW

                     mov       cx,DEADMANDELAY
20
          Deadman2Delay:
                     jmp       $+2
                     loop      Deadman2Delay

25                   or        al,4                   ;Resets to 15 seconds
                     out       0e2h,al                ;Done
                     pop       cx

          ;Test for Wav/sound/IR active
30        ;
          ;Scan for Unwanted SMI events
          ;
                     pushf
                     cli                              ;Interrupts disabled
35                   in        al,0e1h                ;Get interrupt mask please
                     and       al, 0dfh               ;make sure dock bit not set
                                                      ;dock bit means dock present, not an SMI
                     cmp       al,0d3h                ;Value of no interrupts pending
                     je        KillUnwantedSmi        ;Kill them out !
40                   xor       al,0d3h                ;Flip the bits
                     xchg      al,ah
                     in        al,0e0h                ;Mask active
                     and       ah,al                  ;Only bits wanted
```

TI-21405  Page 27

5,862,394

27                                          28

```
          jz        KillUnwantedSmi      ;Nothing logged

     ;
     ;We have an valid Smi posted, now we need to process!
5    ;

     IFDEF  zzzlilyp                       ;5.08.1 Force Software SMI

          mov       ah,59h
10        in        al,0f2h              ;Get old value
          xchg      al,ah
          out       0f2h,al              ;Selected
          in        al,0f3h              ;Old value
          or        al,10h               ;Arm SMI
15        out       0f3h,al              ;Done

          mov       al,7fh
          out       0f2h,al
          in        al,0f3h              ;Set up for low to high trans
20        and       al, NOT 1
          out       0f3h,al              ;Done

          or        al,1                 ;low to high, please

25        STI                            ;Arm CPU interrupts
          out       0f3h,al              ;Initiate the interrupt

          push      cx
          mov       cx,0                 ;Wait for interrupt
30        loop      $
          loop      $
          loop      $
          loop      $
          loop      $
35        pop       cx                   ;Interrupt complete

          CLI                            ;Setup for clean up
          mov       al,59h
          out       0f2h,al              ;just in case, reset it
40        in        al,0f3h
          and       al,NOT 10h           ;Kill the SMI
          out       0f3h,al              ;Done
          xchg      al,ah
```

TI-21405  Page 28

5,862,394

29                                                    30

```
        out      0f2h,al                ;Reset 0F2h
        CLI                             ;Disable again as we fixup
;
;We have processed the valid Smi posted!
5   ;

KillUnwantedSmi:
        mov      ax,01059h              ;Kill the SMI
        Extrn    CfgClearBits:near
10      call     CfgClearBits           ;Done
        mov      ax,017dh
        call     CfgClearBits           ;Clr the interrupt
        popf                            ;Clean up stack
    ENDIF                               ;zzzlilyp
15
    IFDEF  zzzlilyd                     ;Is it a Lilyd?-Yes, then add SoftSMI
                                        ;Yes, we must add SMI software
    ;
    ;We have processed the valid Smi posted!
    ;
20
KillUnwantedSmi:
        popf                            ;Clean up stack

    ENDIF                               ;zzzlilyd
25
    ;
    ;We are now free of that issue, at lease for now!
    ;
        mov      al,38h                 ;Value with Sound/IR active
30      call     CmosRead               ;Read it
        test     ah,08h                 ;Sound/IR bit ON = Active
        jnz      NoFunc08PCChange       ;Do not compute this time

        extrn    DoThermalManagement:near
35      extrn    BPPowerChange:near

        mov      al,7ah                 ;Get the seconds passed for test
        call     CmosRead               ;Done
        test     ah,40h                 ;Get Battery Capacity Request active
40      jz       SkipBatteryCap         ;Skip this request
    ;
    ;We need a read for the battery capacity
    ;
```

TI-21405  Page 29

5,862,394

31                                                                    32

```
          Extrn     ReadLilyBattery:near
          Call      ReadLilyBattery
          jnc       HaveBatteryData        ;Data is good, update it
       ;
 5     ;BX = 0, No channel available, use previous data
       ;BX = 2, No batteries/battery installed, tell user
       ;
          cmp       bx,0
          je        NoFunc08PCChange       ;Bad data point
10     ;
       ;Setup unknown for user
       ;
          mov       al,7fh                 ;Unknown?

15     HaveBatteryData:
       ;
       ;Data good;AL = Percent available, ch = status slot a cl =status slot b
       ;
          mov       ah,39h
20        xchg      al,ah
          mov       bl,7fh                 ;Mask to write
          call      CmosWriteMask          ;Done and its good!

       ;Protect against the power switch being turned off during update
25     ;
          xchg      bx,ax                  ;
          pushf                            ;
          cli                              ;Disable interrupts
          in        al,0e2h                ;Get software status
30        mov       ah,al                  ;
          or        al,3                   ;Force to software override
          out       0e2h,al                ;
          xchg      ax,bx                  ;Read to write data
          mov       ax,007ah
35        mov       bl,40h
          call      CmosWriteMask          ;Reset the Request Bit
          Call      ExtCmosCsum

          xchg      ax,bx                  ;
40        xchg      ah,al                  ;
          out       0e2h,al                ;Put switch back to way it was
          popf                             ;Restore interrupts to way it was
```

TI-21405  Page 30

5,862,394

33                                                                          34

```
            jmp        short NoFunc08PCChange

        SkipBatteryCap:
            mov        bl,ah                      ;Power status flag
5           and        ah,3fh                     ;Number of minutes
            and        bl,80h                     ;PowerChange flag
        ;
        ;Look at power change status
        ;
10          in         al,0e3h                    ;Port containing AC information
            and        al,00001000b
            shl        al,4                       ;Align with old value
            dec        ah
            cmp        ah,0                       ;Time to read?
15          jne        ThermalTest1               ;Not yet
            mov        ah,63                      ;63= seconds for a minutes;best we
            call       DoThermalManagement;can do and allow up to 3 battery
                                                  ;reads during cycle!
        ThermalTest1:
20          cmp        al,bl                      ;PowerChange state occured?
            je         ThermalTest2               ;Nop
            call       BPPowerChange              ;Execute the power state change code
            or         ah,40h                     ;Force battery read once a DoPowerC

25      ThermalTest2:
            and        ah,7fh
            or         ah,al                      ;New value to write
            mov        al,7ah

30      ;
        ;Protect against the power switch being turned off during update
        ;
            xchg       bx,ax
            pushf
35          cli                                   ;Disable interrupts
            in         al,0e2h                    ;Get software status
            mov        ah,al                      ;
            or         al,3                       ;Force to software override
            out        0e2h,al                    ;
40          xchg       ax,bx                      ;Read to write data
            Extrn      CmosWrite:near
            Call       CmosWrite
            Extrn      ExtCmosCsum:near
```

TI-21405  Page 31

5,862,394

35                                                              36

```
        Call      ExtCmosCsum

        xchg      ax,bx
        xchg      ah,al
5       out       0e2h,al            ;Put switch back to way it was
        popf                         ;Restore interrupts to way it was
;
;End of protecting power switch
;
10
NoFunc08PCChange:
;...return to OS here...
ENDIF                                ;zzzlily

15  ;this code can be called from DOS and power management and thermal
    ;management vectors anytime.
    BPPowerCheck:                    ;Please call only in DOS
        in        al,0e1h            ;Get PS State
        and       al,01000000b       ;PowerSwitch State
20      jne       BPNoFuncSupport        ;Switch is NOT to "turn it off"

    ;turn off if switch is off
    ;this code can be left in if docking station does not have power switch intelligence
    ;
25  ;   in        al, 0e1h           ;switch off, check to see if we be docked
    ;   test      al, 020h           ;
    ;   jnz       BPNoFuncSupport    ;ignore off position if docked

    ;
30  ;Insert the walk tables here
    ;
        in        al,0e2h            ;Deadman active?


35  ;following code is optional and provides software override for windows.
    ;If it is on now, power off...
    ;   and       al,04h             ;Maybe
    ;   jne       BPNoFuncSupport    ;Yes, Skip the power down

40      in        al,0e0h            ;Mask wanted?
        and       al,01000000b
        je        BPNoFuncSupport        ;Nop, skip this request
```

TI-21405  Page 32

5,862,394

37                                                                                          38

```
           extrn        FactoryPowerDownTable:byte
           mov          si, offset FactoryPowerDownTable

           extrn        SubWalkTable:near
5          call         SubWalkTable
           jmp          short BPGoDownDownDown

       BPPowerDown:                              ;Factory turnpower off
           ;
10     ;Insert the walk tables here
           ;
           extrn        FactoryPowerDownTable:byte
           mov          si, offset FactoryPowerDownTable

15         call         SubWalkTable

       BPGoDownDownDown:

           Extrn        TurnPowerOff:near
20         in           al,0e2h               ;Get power switch to clr
           and          al,11111000b          ;Turn it off
           or           al,00000011b          ;Turn it on
           out          0e2h,al
           loop         $
25
           Call         TurnPowerOff
           jmp          BPNoFuncSupport

       BPGetVersion:
30         mov          bx,cs:word ptr BPVersion
           mov          ax,cs:word ptr BPRevision
           STI
           clc
           ret
35
       ;This code lands here if an interrupt has happened by the SMI.
       ;We look to see if power switch has been hit..if smart power switch is
       ;programmed to be "Save-to-Disk" we generate the Save to disk event.
       ;Smart power switch is set to "suspend or standby" then we can generate
40     ;the suspend or standby event.  All events are transferred to OS for
       ;final operation where they turn around and call APMIFunction 07 to
       ;turn off power after cleaning up or saving to disk.  If shutdown (super
       ;one) is running, then we pass the event to him for file savings and task
```

TI-21405  Page 33

5,862,394

39                                                                                   40

```
          ;closings prior to giving the event to OS.
          ;Note: APMIFunction07 is the same as the turnpoweroff code above.
          ;Note: there are two ways that we support this smartpower switch for the
          ;user control;
  5       ;1. Let the hardware map the interrupt of the smart power switch to the
          ;suspend, standby, donothing, save-to-disk, turn power off event.
          ;2. Read one common event and let the software read cmos map that contains
          ;the user setup option and map it after we get the same hardware event.
          ;
 10       SMI_Interrupt:
          ;
          ;Test for power switch turning off - timing issue
          ;
                  test    ah,40h                  ;Check for AC/PowerSwitch request
 15               jz      PPLatch                 ;Process Powerswitch : bit = 0
                  test    ah,8                    ;Check for Suspend Key
                  jnz     PSKey                   ;Process Suspend Key : bit =1
                  test    ah,4                    ;Check Stby Key
                  jnz     PStbyKey                ;Process Stby Key : bit =1
 20               test    ah,2                    ;Check Closed Cover latch
                  jz      PCLatch                 ;Process closed cover latch : bit =1
                  test    ah,1                    ;Check low battery alarm
                  jz      PBLatch                 ;Process low battery alarm : bit =0
                  test    ah,20h                  ;Check Dock/Undock Request
 25               jnz     PDLatch                 ;Process Dock/Undock Request : bit =0
                  test    ah,40h                  ;Check for AC/PowerSwitch request
                  jz      PPLatch                 ;Process Powerswitch : bit = 0
                  test    ah,10h                  ;Check for EZ-dock com request
                  jz      PELatch                 ;Process EZ-Dock com : bit =1
 30                                               ;No more request, just in case,
                  jmp     PDLatch                 ;Process apparent Dock/Undock Request

                  in      al,0e0h                 ;Interrupt accept Mask
                  out     0e1h,al                 ;clr all since we should not be here.
 35
          NoActionKey:
                  mov     ax, 0107dh              ;Clear status Using EXTSMI0
                  call    CfgClearBits            ;
                  RET                             ;Finished here!
 40       ;
          ;Process routines
          ;
          PSKey:                                  ;Suspend Key
```

TI-21405  Page 34

5,862,394

41                                                                              42

```
                                              ;ah&al=E1h
                 mov      al,8                ;Clr interrupt
                 out      0e1h,al             ;Done
                 mov      ax, 0107dh          ;Clear status Using EXTSMI0
5                call     CfgClearBits        ;

        SusLBatAction:
                 mov      al,5ch              ;Get suspend key action needed
                 mov      bl,11000000b        ;Get options
10      SusAction:
                 call     CmosReadMask
                 cmp      ah,0
                 je       NoActionKey         ;Ignore this key
                 cmp      ah,2                ;Stby wanted?
15               je       ActionStby          ;Yep
                 cmp      ah,1
                 je       ActionSus           ;Suspend action
                 jmp      SaveDiskAction      ;Save-to-Disk
        PStbyKey:
20
                 mov      al,4                ;Clr interrupt
                 out      0e1h,al             ;Done
                 mov      ax, 0107dh          ;Clear status Using EXTSMI0
                 call     CfgClearBits        ;
25
        ActionStby:
                 TREPORT088h
        ;
        ;Test for Wav/sound/IR active
30      ;
                 mov      al,38h              ;Value with Sound/IR active
                 call     CmosRead            ;Read it
                 test     ah,08h              ;Sound/IR bit ON = Active
                 jnz      NoActionKey         ;Do not compute this time
35
                 JMP      GlobalStby          ;Do it

        ActionSus:
                 TREPORT                  084h
40      ;
        ;Test for Wav/sound/IR active
        ;
                 mov      al,38h              ;Value with Sound/IR active
```

TI-21405  Page 35

5,862,394

43                                                              44

```
            call      CmosRead            ;Read it
            test      ah,08h              ;Sound/IR bit ON = Active
            jnz       NoActionKey         ;Do not compute this time

  5         JMP       GlobalSus           ;Do it

  Public    PCLatch
  PCLatch:                                ;Process closed cover latch : bit =1
            extrn     Video_Global:near
 10         extrn     Video_UnGlobal:ncar
  ;
  ;Note: Lowtime 40:6c words
  ;         40:6e words

 15         push      cx
            mov       cx,7                ;Number of seconds to delay/3
            extrn     KeyDisable:ncar
            extrn     KeyEnable:near
            extrn     WaitSecDelay:near
 20
  StallPCLatch:
            call      KeyDisable
            call      WaitSecDelay        ;Wait one second

 25         in        al,0e1h             ;Read the Cover latch & Low Bat
            test      al,2                ;Still down?
            jnz       PCLatchAbort        ;Nop, abort the saving status
            test      al,40h
            jz        PPLatch             ;turn power off
 30         call      KeyEnable
            call      WaitSecDelay        ;Wait one second
            in        al,0e1h             ;Read the Cover latch & Low Bat
            test      al,2                ;Still down?
            jnz       PCLatchAbort        ;Nop, abort the saving status
 35         test      al,40h
            jz        PPLatch             ;turn power off
            loop      StallPCLatch

  CCLBDoit:
 40         in        al,0e1h             ;Read the Cover latch & Low Bat
            test      al,2                ;Still down?
            jnz       PCLatchAbort        ;Nop, abort the saving status
            test      al,40h
```

TI-21405  Page 36

5,862,394

45                                                                          46

```
              jz        PPLatch              ;turn power off
              call      Keydisable
              pop       cx                   ;Clean Stack off
              mov       al,2
   5          out       0e1h,al              ;Clear Interrupt - Both!
              mov       al,5ch               ;Get suspend key action needed
              mov       bl,00110000b         ;Get options
              jmp       SusAction            ;Process based on user

  10  Public PCLatchAbort
      PCLatchAbort:
              Call      KeyEnable
              mov       ah,5ah               ;Read current status
              call      CfgRead              ;Get the value
  15          and       ah,20h               ;Alarms on?
              cmp       ah,20h               ;maybe
              jne       PCLatchAb1           ;Nop
              mov       ax,205ah
              call      CfgClearBits         ;clear alarm suspend request
  20          xor       cx,cx
              loop      $
              mov       ax,205ah
              call      CfgSetBits
              xor       cx,cx
  25          loop      $

      PCLatchAb1:
              pop       cx                   ;Clean Stack off
              mov       al,2
  30          out       0e1h,al              ;Clear Interrupt
              mov       ax, 0047dh           ;Clear status
              call      CfgClearBits

  35          jmp       NoActionKey

      PBLatch_Clr:                           ;low battery while docked
              mov       al,001h
              out       0e1h,al              ;Clear Interrupt
  40          jmp       NoActionKey

      ;
      ;We have standby here
```

TI-21405  Page 37

5,862,394

47                                                                                              48

```
        ;
      PBLatch:                                      ;Process low battery alarm : bit =0
        call      APMBattLowNotify        ;Tell APM
5
        push      cx
        mov       cx,4                    ;Number of seconds to delay/2

      StallPBLatch:
10      call      KeyDisable
        call      WaitSecDelay            ;Wait one second

        in        al,0e1h                 ;Read the Cover latch & Low Bat
        test      al,1                    ;Still down?
15      jnz       PBLatchAbort            ;Nop, abort the saving status

        test      al,40h
        jz        PPLatch                 ;turn power off

20      call      KeyEnable
        call      WaitSecDelay            ;Wait one second

        in        al,0e1h                 ;Read the Cover latch & Low Bat
        test      al,1                    ;Still down?
25      jnz       PBLatchAbort            ;Nop, abort the saving status

        test      al,40h
        jz        PPLatch                 ;turn power off

30      loop      StallPBLatch

      LBDoit:
        in        al,0e1h                 ;Read the Cover latch & Low Bat
        test      al,1                    ;Still down?
35      jnz       PBLatchAbort            ;Nop, abort the saving status

        test      al,40h
        jz        PPLatch                 ;turn power off

40      call      Keydisable

        pop       cx                      ;Clean Stack off
        mov       al,1
```

TI-21405  Page 38

5,862,394

49                                                             50

```
            out      0e1h,al              ;Clear Interrupt - Both!
            mov      al,5ch               ;Get suspend key action needed
            mov      bl,00110000b         ;Get options
            jmp      SusAction            ;Process based on user
   5
     Public PBLatchAbort
     PBLatchAbort:
            Call     KeyEnable

  10        mov      ah,5ah               ;Read current status
            call     CfgRead              ;Get the value
            and      ah,20h               ;Alarms on?
            cmp      ah,20h               ;maybe
            jne      PBLatchAb1           ;Nop
  15        mov      ax,205ah
            call     CfgClearBits         ;clear alarm suspend request
            xor      cx,cx
            loop     $
            mov      ax,205ah
  20
            call     CfgSetBits
            xor      cx,cx
            loop     $

  25 PBLatchAb1:
            pop      cx                   ;Clean Stack off

            mov      al,1
            out      0e1h,al              ;Clear Interrupt
  30
            mov      ax, 0047dh           ;Clear status
            call     CfgClearBits

            jmp      NoActionKey
  35
     PDLatch:                                   ;Process Dock/Undock Request : bit =0
            in       al, 0e1h             ;are we docked?
            test     al, 020h
            jz       NotDocked
  40
     Docked:
            in       al, 0e0h             ;disable closed cover SMI
            and      al, 0fdh
```

TI-21405  Page 39

.

5,862,394

51                                                                                                      52

```
              out       0e0h, al
              jmp       @f

       NotDocked:
5             in        al, 0e3h              ;are we AC power?
              test      al, 08h
              jnz       @f                    ;yes, don't worry about cover
              in        al, 0e0h              ;else, enable closed cover SMI
              or        al, 02h
10            out       0e0h, al
       @@:
              mov       al, 020h              ;clear dock/undock SMI
              out       0e1h, al

15            jmp       NoActionKey

       PPLatch_Chng:                          ;power switch changed while docked
              mov       ah, 098h              ;switch is on flag - debug stuff
              in        al, 0e1h              ;check power switch position
20            and       al, 040h
              jnz       @f
              in        al, 0e3h              ;check for ac power
              and       al, 08h
              jz        PPLatch2              ;turn off if on battery
25            jmp       PStbyKey              ;else go into Standby
              mov       ah, 099h              ;switch is off flag - debug stuff
       @@:
              mov       al, 040h              ;clear power switch SMI
              out       0e1h, al
30            jmp       NoActionKey

       PPLatch:                               ;Process Powerswitch : bit = 0
       @@:                                    ;we will process power switch

35     PPLatch2:
              mov       al,0
              out       0e0h,al               ;Kill all interrupts
              mov       al,-1
              out       0e1h,al               ;Clr all pending ones
40     ;
       ;Insert the walk tables here
       ;
```

TI-21405  Page 40

5,862,394

53                                                                                                  54

```
          extrn      PowerDownTable:byte
          mov        si, offset PowerDownTable
          extrn      SubWalkTable:near
          call       SubWalkTable
 5
     Public  TurnPowerOff
     TurnPowerOff   proc   near
          Extrn      ExtCmosCsum:near
          Call       ExtCmosCsum
10
     turnpwroff:
          CLI                                ;Disable interrupts
          mov        al,0
          out        0e0h,al                 ;Kill all interrupts
15        mov        al,-1
          out        0e1h,al                 ;Clr all pending ones

          in         al,0e2h
          and        al,NOT 4                ;Turn off Power Deadman
20        out        0e2h,al                 ;Done

          or         al,7                    ;Turn on Software Control/Deadman
          out        0e2h,al                 ;Done

25        and        al,NOT 3                ;Turn off software Control
          out        0e2h,al

          or         al,1                    ;Turn power off please
          out        0e2h,al                 ;Done!
30   Forever: JMP    Forever                 ;Spin until loss of power or deadman control
     TurnPowerOff   endp


     PELatch:                                ;Process EZ-Dock com : bit =1
35        in         al,0e0h
          out        0e1h,al                 ;clear interrupt
          mov        ax, 0017dh              ;Clear status Using EXTSMI0
          call       CfgClearBits

40        jmp        NoActionKey

     SaveDiskAction:
          extrn      SaveToDisk:near
```

TI-21405  Page 41

5,862,394

55                                                                    56

```
          call      SaveToDisk
      ;
      ;Need to add critical resume to que if Windows 95
      ;
          mov       al,0ffh
          out       0e1h,al
      endif                                    ;zzzlilly
          ret
      APMIFunc0b  endp




      ;***********************************************************************
      ;Beginning of Walktable examples:
      ;***********************************************************************

          extrn   Com_Lpt_Suspend:near      ;COM, LPT suspend code
          extrn   Com_Lpt_Resume:near       ;COM, LPT resume code

          extrn   Floppy_Suspend:near       ;FLOPPY suspend code
          extrn   Floppy_Resume:near        ;FLOPPY resume code
          extrn   FPU_Suspend:near          ;Coprocessor suspend code
          extrn   FPU_Resume:near           ;Coprocessor resume code
          extrn   Keyboard_Suspend:near     ;KBD suspend code
          extrn   Keyboard_Resume:near      ;KBD resume code

          extrn   Video_Global:near         ;VIDEO panel off and suspend code
          extrn   Video_UnGlobal:near       ;VIDEO panel on and resume code

          extrn   MarkUTime:near
      IFDEF  zzzlily                          ;External for Features SuspendVideo
          extrn   VidSuspend:near           ;Video___P
          extrn   SetAutoSuspendTimer:near
          extrn   ClrAutoSuspendTimer:near
          extrn   HDDDisable:near
          extrn   HDDUp:near
          extrn   KeyEnable:near
          extrn   KeyDisable:near
          extrn   PCISleep:near
          extrn   PCIInit:near
```

TI-21405  Page 42



5,862,394

57                                                                 58

```
        extrn   SuspendInitialize:near
        extrn   ClrActivityTimer:near
        extrn   DozeInitialize:near
     ENDIF  ;zzzlily
 5
     ;
     ; SUSPENDTable - User may alter the sequence in the SUSPENDTable, also,
     ;         user may add customization code in this SUSPENDTable.
     ;         For example, VPx_Suspend is to set value to power
10   ;         register 0/1 to turn on/off devices that connected to
     ;         power register 0/1.
     ;
        public  SuspendTable
     SuspendTable   label   word
15
     IFDEF  zzzlily                          ;Suspend Table - Devices
        dw      offset  ClrAutoSuspendTimer
        dw      offset  ClrActivityTimer
        dw      offset  VidSuspend           ;Place Screen Memory into suspend
20      dw      offset  HDDDisable           ;Take hard drive Down!
        dw      offset  FPU_Suspend          ;Coprocessor suspend now, 6th executed
        dw      offset  SirOff               ;Sleep SIR Leds
        dw      WaitSecDelay                 ;Debug
        dw      offset  KeyDisable
25      dw      WaitSecDelay                 ;Debug
        dw      offset  PCISleep             ;Sleep PCI bus
     ENDIF  ;zzzlily
        dw      END_TABLE                    ;End of table, do not add anything
                                             ;here
30   ;
     ; RESUME Functions - Resume table, please see SUSPENDTable for references.
     ;
        public  ResumeTable
     ResumeTable   label   word
35   IFDEF  zzzlily                          ;Add PCIInit
        extrn   WaitSecDelay:near            ;Debug

     ;  This table was modified by Ashish Hira.  The table was
     ;  rearraged to solve a problem when resuming from suspend.  Trouble
40   ;  report reference number 2897.
     ;
     ;  Description:
     ;  External PS2 mouse erratic sometimes, but the internal works when
```

TI-21405 Page 43

5,862,394

```
        ;  coming out of suspend or standby.
        ;
        ;  Found out - the sequence of resuming had a impact on keyboard being
        ;  enable for the first few seconds when resuming. If the user moved the
5       ;  external mouse in that time, the mouse goes erratic.

                dw      offset PCIInit              ; Bring up PCI Bus
                dw      offset MarkUTime            ;
                dw      offset FPU_Resume           ;
10              dw      offset SuspendInitialize;
                dw      offset KeyEnable            ; Use Keyboard from BatteryPro
                dw      offset Video_Unglobal       ;
                dw      offset SirOn                ;

15      ENDIF  ;zzzlily
                dw      END_TABLE
        ;
        ; GLOBAL Functions - Global Standby table, please see SUSPENDTable for
        ;           references.
20      ;
            public  GlobalTable
        GlobalTable    label  word
        IFDEF  zzzlily                              ;Global Suspend table
                dw      offset Video_Global
25              dw      offset SetAutoSuspendTimer
                dw      END_TABLE
        ENDIF  ;zzzlily
        IFDEF  zzzlily                              ;PowerChange Table
            Public PChangeTable
30      PChangeTable   label  word
                extrn   SoundTVInitialize:near
                dw      SoundTVInitialize           ;vw-done;Setup Sound/TV modes
                dw      PCIInit                     ;Initialize PCI bus
                extrn   HDSetTim:near
35              dw      HDSetTim                    ;vw-done;Initialize HDD Timeouts
                extrn   LocalInitialize:near
                dw      LocalInitialize
                extrn   GlobalInitialize:near
                dw      GlobalInitialize
40              dw      SuspendInitialize
                dw      END_TABLE
        ENDIF  ;zzzlily
        ;
```

TI-21405  Page 44

5,862,394

61                                              62

```
; UNGLOBAL Functions - Exit Global Standby table, please see SUSPENDTable
;              for references.
;
      public  ExitGlobalTable
ExitGlobalTable label  word
      IFDEF  zzzlily                           ;Add PCIInit
             dw     PCIInit                    ;Bring up PCI Bus
             dw     SuspendInitialize
             dw     offset Video_UnGlobal
             dw     END_TABLE

      ENDIF  ;zzzlily
             dw     END_TABLE
      IFDEF  zzzlily                           ;Smart Pwer switch table
;
; POWERDOWNTABLE - User may alter the sequence in the POWERDOWNTable, also,
;             user may add customization code in this Table.
;             For example, VPx_Suspend is to set value to power
;             register 0/1 to turn on/off devices that connected to
;             power register 0/1.
;
public  PowerDownTable
PowerDownTable  label  word
             dw     offset VidSuspend          ;Place Screen Memory into suspend
             dw     offset HDDDisable          ;Take hard drive Down!
             dw     END_TABLE                  ;End of table, do not add anything

public  FactoryPowerDownTable
FactoryPowerDownTable  label  word
             dw     offset HDDDisable          ;Take hard drive Down!
             dw     END_TABLE                  ;End of table, do not add anything

      ENDIF  ;zzzlily
```

TI-21405  Page 45

5,862,394

63

What is claimed is:

1. An apparatus, comprising:

a means for user input;

a means for output;

a processor coupled to said means for user input and means for output;

a software controlled switch for coupling power to said processor, said switch having a first mode of operation wherein power to said processor is terminated substantially simultaneously with user actuation of said switch, and a second mode of operation wherein power to said processor is terminated upon completion of both said switch being user actuated and software releasing control of said switch at a time not substantially simultaneous with user actuation of said switch; and

a timer circuit coupled to said switch, said timer circuit including a power off timer with a set value that initiates a shut down procedure when said power off timer times out.

2. The apparatus of claim 1, wherein said software controlled switch further includes a third mode of operation wherein power to said processor is terminated upon completion of said switch being user actuated and one of said software releasing control of said switch within a time period less than said set value and said power off timer completing said shut down procedure in the event said software does not release control of said switch within a time period less than said set value.

3. The apparatus of claim 2, wherein said software sets said power off timer to time out instantly upon completion of both said switch being user actuated and said software releasing control of said switch prior to said time period reaching said set value.

4. The apparatus of claim 1, wherein said software controlling said switch in said second mode of operation initiates a software shutdown process.

5. The apparatus of claim 1, wherein said software controlling said switch in said second mode of operation initiates a hardware shutdown process.

6. The apparatus of claim 1, wherein said software controlling said switch in said second mode of operation initiates a software and hardware shutdown process.

7. The apparatus of claim 1, wherein said set value is a default value.

8. The apparatus of claim 1, wherein said software sets said default value.

9. The apparatus of claim 1, wherein a user of said apparatus sets said default value.

10. The apparatus of claim 1, wherein said set value is resetable by said processor.

11. The apparatus of claim 1, wherein said processor is a central processing unit (CPU).

12. The apparatus of claim 1, wherein said processor is an application processor.

13. The apparatus of claim 1, wherein said apparatus is a computer.

14. The computer of claim 13, wherein said software is implemented in the bootup process of said computer.

15. The computer of claim 13, wherein said software is implemented when a user of said computer actuates said switch.

16. The computer of claim 13, wherein said software controlled switch further includes a power failure mode wherein a power shut down procedure is initiated in the event that battery power level drops below a predetermined value.

64

17. The computer of claim 13, wherein when said power switch is actuated to be on, the system boots, the software boots, the Basic Input/Output System (BIOS) initializes and then the timer is set to zero and the power switch is activated in said first mode of operation.

18. The computer of claim 17, wherein subsequent to said power switch being activated in said first mode of operation, and through the process of initializing the rest of the computer's system, said software determines whether or not to change said switch from said first mode of operation to said second mode of operation.

19. The computer of claim 13, wherein said switch is programmed to watch for a System Management Interrupt (SMI).

20. The computer of claim 19, wherein said switch is set to act real time upon an SMI.

21. The computer of claim 20, wherein when the SMI interrupt is detected, the heads of a hard drive coupled to said processor are positioned and parked, the heads to the hard drive and a display coupled to the processor is terminated, after which the CMOS parameters that need to be saved are saved.

22. The computer of claim 13, wherein said switch is set to act upon an SMI at a later time.

23. The computer of claim 22, wherein said software allows the computer's operating system and other programs to prepare for shut down, including but not limited to, closing files, updating any pertinent parameters, after which the heads of a hard drive coupled to said processor are positioned and parked, the power to the hard drive and a display coupled to the processor is terminated, after which the CMOS parameters that need to be saved are saved.

24. A computer, comprising:

a display;

a keyboard;

a central processor unit (CPU) coupled to said display and said keyboard;

a software controlled switch for coupling power to said central processing unit (CPU), said switch having a first mode of operation wherein power to said processor is terminated substantially simultaneously with user actuation of said switch, and a second mode of operation wherein power to said central processing unit (CPU) is terminated upon completion of both said switch being user actuated and software releasing control of said switch at a time not substantially simultaneous with user actuation of said switch; and

a timer circuit coupled to said switch, said timer circuit including a power off timer with a set value that initiates a shut down procedure when said power off timer times out.

25. The computer of claim 24, wherein said software controlled switch further includes a third mode of operation wherein power to said central processing unit (CPU) is terminated upon completion of said switch being user actuated and one of said software releasing control of said switch within a time period less than said set value and said power off timer completing said shut down procedure in the event said software does not release control of said switch within a time period less than said set value.

26. The computer of claim 25, wherein said software sets said power off timer to time out instantly upon completion of both said switch being user actuated and said software releasing control of said switch prior to said time period reaching said set value.

27. The computer of claim 24, wherein said software controlling said switch in said second mode of operation initiates a software shutdown process.

5,862,394

**65**

28. The computer of claim 24, wherein said software controlling said switch in said second mode of operation initiates a hardware shutdown process.

29. The computer of claim 24, wherein said software controlling said switch in said second mode of operation initiates a software and hardware shutdown process.

30. The computer of claim 24, wherein said set value is a default value.

31. The computer of claim 24, wherein said software sets said default value.

32. The computer of claim 24, wherein a user of said apparatus sets said default value.

33. The computer of claim 24, wherein said set value is resetable by said central processing unit (CPU).

34. A method of controlling power to an apparatus, comprising the step of:

providing a user input;

providing an output;

providing a processor coupled to said user input and output;

providing a software controlled switch for coupling power to said processor, said switch having a first mode of operation wherein power to said processor is terminated substantially simultaneously with user actuation of said switch, and a second mode of operation wherein power to said processor is terminated upon completion of both said switch being user actuated and software releasing control of said switch at a time not substantially simultaneous with user actuation of said switch; and

providing a timer circuit for coupling to said switch, said timer circuit including a power off timer with a set value that initiates a shut down procedure when said power off timer times out.

35. The method of claim 34, wherein said software controlled switch further includes a third mode of operation wherein power to said processor is terminated upon completion of said switch being user actuated and one of said software releasing control of said switch within a time period less than said set value and said power off timer completing said shut down procedure in the event said software does not release control of said switch within a time period less than said set value.

36. The method of claim 35, wherein said software sets said power off timer to time out instantly upon completion of both said switch being user actuated and said software releasing control of said switch prior to said time period reaching said set value.

37. The method of claim 34, wherein said software controlling said switch in said second mode of operation initiates a software shutdown process.

38. The method of claim 34, wherein said software controlling said switch in said second mode of operation initiates a hardware shutdown process.

39. The method of claim 34, wherein said software controlling said switch in said second mode of operation initiates a software and hardware shutdown process.

40. The method of claim 34, wherein said set value is a default value.

41. The method of claim 34, wherein said software sets said default value.

42. The method of claim 34, wherein a user of said apparatus sets said default value.

43. The method of claim 34, wherein said set value is resetable by said processor.

44. The method of claim 34, wherein said processor is a central processing unit (CPU).

**66**

45. The method of claim 34, wherein said processor is an application processor.

46. The method of claim 34, wherein said apparatus is a computer.

47. The method of claim 46, wherein said software is implemented in the bootup process of said computer.

48. The method of claim 46, wherein said software is implemented when a user of said computer actuates said switch.

49. The method of claim 46, wherein said software controlled switch further includes a power failure mode wherein a power shut down procedure is initiated in the event that battery power level drops below a predetermined value.

50. The method of claim 46, wherein when said power switch is actuated to be on, the system boots, the software boots, the Basic Input/Output System (BIOS) initializes and then the timer is set to zero and the power switch is activated in said first mode of operation.

51. The method of claim 50, wherein subsequent to said power switch being activated in said first mode of operation, and through the process of initializing the rest of the computer's system, said software determines whether or not to change said switch from said first mode of operation to said second mode of operation.

52. The method of claim 51, wherein said software allows the computer's operating system and other programs to prepare for shut down, including but not limited to, closing files, updating any pertinent parameters, after which the heads of a hard drive coupled to said processor are positioned and parked, the power to the hard drive and a display coupled to the processor is terminated, after which the CMOS parameters that need to be saved are saved.

53. The method of claim 46, wherein said switch is programmed to watch for a System Management Interrupt (SMI).

54. The method of claim 53, wherein said switch is set to act real time upon an SMI.

55. The method of claim 54, wherein when the SMI interrupt is detected, the heads of a hard drive coupled to said processor are positioned and parked, the power to the hard drive and a display coupled to the processor is terminated, after which the CMOS parameters that need to be saved are saved.

56. The method of claim 46, wherein said switch is set to act upon an SMI at a later time.

57. An apparatus, comprising:

a means for user input;

a means for output;

a processor coupled to said means for user input and means for output;

circuitry for coupling power to said processor, said circuitry having a first mode of operation wherein power to said processor is terminated substantially simultaneously with user actuation of a switch, and a second mode of operation wherein power to said processor is terminated upon completion of both said switch being user actuated and software releasing control of said circuitry at a time not substantially simultaneous with user actuation of said switch; and

a timer circuit coupled to said circuitry, said timer circuit including a power off timer with a set value that initiates a shut down procedure when said power off timer times out.

58. An apparatus, comprising:

a means for user input;

5,862,394

67

a means for output;

a processor coupled to said means for user input and means for output;

a software program executed on said processor, said software program facilitating a first mode of operation wherein power to said processor is terminated substantially simultaneously with user actuation of a switch, and a second mode of operation wherein power to said processor is terminated upon completion of both said switch being user actuated and said software program

68

triggering said termination of power at a time not substantially simultaneous with user actuation of said switch; and

a timer function for initiating a termination of power to said processor when said timer times out.

59. The apparatus of claim 58, wherein said timer function is performed by hardware.

* * * * *

# EXHIBIT 2

US006173409B1

(12) **United States Patent**

Watts, Jr. et al.

(10) Patent No.: **US 6,173,409 B1**

(45) **Date of Patent:** **Jan. 9, 2001**

(54) **REAL-TIME POWER CONSERVATION FOR ELECTRONIC DEVICE HAVING A PROCESSOR**

(73) Assignee: **Texas Instruments Incorporated**, Dallas, TX (US)

( * ) Notice: Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **09/392,205**

(22) Filed: **Sep. 8, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 08/023,831, filed on Apr. 12, 1993, now Pat. No. 6,006,336, which is a continuation of application No. 07/429,270, filed on Oct. 30, 1989, now Pat. No. 5,218,704.

(51) Int. Cl.[7] .............................................. G06F 1/32

(52) U.S. Cl. .................................. 713/322; 713/601

(58) Field of Search ...................................... 713/322, 601, 713/320, 300, 600

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,453,601 | 7/1969 | Bogert et al. . |
| 3,623,017 | 11/1971 | Lowell . |
| 3,868,647 | 2/1975 | Zandvied . |
| 3,922,526 | 11/1975 | Cochran . |
| 3,941,989 | 3/1976 | McLaughlin et al. . |
| 4,137,563 | 1/1979 | Tsunoda . |
| 4,217,637 | 8/1980 | Faulkner et al. . |
| 4,254,475 | 3/1981 | Cooney et al. . |
| 4,267,577 | 5/1981 | Hashimoto et al. . |
| 4,279,020 | 7/1981 | Christian et al. . |
| 4,293,927 | 10/1981 | Hoshii . |
| 4,316,247 | 2/1982 | Iwamoto . |

| | | |
|---|---|---|
| 4,317,180 | 2/1982 | Lics . |
| 4,317,181 | 2/1982 | Teza et al. . |
| 4,361,873 | 11/1982 | Harper et al. . |
| 4,381,552 | 4/1983 | Nocilini et al. . |
| 4,409,665 | 10/1983 | Tubbs et al. . |
| 4,590,553 | 5/1986 | Noda . |
| 4,612,418 | 9/1986 | Takeda et al. . |
| 4,615,006 | 9/1986 | Maejima et al. . |
| 4,670,837 | 6/1987 | Sheets . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 349 726 B1 | 1/1990 | (EP) . |
| 0 363 567 B1 | 4/1990 | (EP) . |
| 8911349 | 4/1990 | (EP) . |
| 0 349 726 | 10/1990 | (EP) . |

*Primary Examiner*—Glenn A. Auve
(74) *Attorney, Agent, or Firm*—Ronald O. Neerings; Frederick J. Telecky, Jr.

(57) **ABSTRACT**

A real-time power conservation apparatus and method for portable computers employs a monitor to determine whether a CPU may rest based upon a real-time sampling of the CPU activity level and to activate a hardware selector to carry out the monitor's determination. If the monitor determines the CPU may rest, the hardware selector reduces CPU clock time; if the CPU is to be active, the hardware selector returns the CPU to its previous high speed clock level. Switching back into full operation from its rest state occurs without a user having to request it and without any delay in the operation of the computer while waiting for the computer to return to a "ready" state. Furthermore, the monitor adjusts the performance level of the computer to manage power conservation in response to the real-time sampling of CPU activity. Such adjustments are accomplished within the CPU cycles and do not affect the user's perception of performance and do not affect any system application software executing on the computer.

**31 Claims, 6 Drawing Sheets**



**US 6,173,409 B1**
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,686,386 | 8/1987 | Tadao . |
| 4,698,748 | 10/1987 | Juzswik et al. . |
| 4,748,559 | 5/1988 | Smith et al. . |
| 4,758,945 | 7/1988 | Remedi . |
| 4,780,843 | 10/1988 | Tietjen . |
| 4,814,591 | 3/1989 | Nara et al. . |
| 4,819,164 | 4/1989 | Branson . |
| 4,821,229 | 4/1989 | Jauregui . |
| 4,823,292 | 4/1989 | Hillion . |
| 4,823,309 | 4/1989 | Kusaka et al. . |
| 4,851,987 | 7/1989 | Day . |
| 4,870,570 | 9/1989 | Satoh et al. . |
| 4,893,271 | 1/1990 | Davis et al. . |

| | | | |
|---|---|---|---|
| 4,980,836 | 12/1990 | Carter et al. . | |
| 5,025,387 | 6/1991 | Frane . | |
| 5,083,266 | 1/1992 | Watanabe . | |
| 5,086,387 | 2/1992 | Arroyo et al. . | |
| 5,129,091 | 7/1992 | Yorimoto et al. . | |
| 5,142,684 | 8/1992 | Perry et al. . | |
| 5,167,024 | 11/1992 | Smith . | |
| 5,179,693 | 1/1993 | Kitamura et al. . | |
| 5,201,059 | 4/1993 | Nguyen . | |
| 5,218,704 | 6/1993 | Watts, Jr. et al. . | |
| 5,560,024 | 9/1996 | Harper et al. . | |
| 5,930,516 * | 7/1999 | Watts, Jr. et al. | 713/322 |

* cited by examiner



FIG. 1

FIG. 3

FIG. 5



*FIG.  2a*



*FIG. 2b*



*FIG. 2c*



*FIG.  2d*



FIG. 4

US 6,173,409 B1

1

# REAL-TIME POWER CONSERVATION FOR ELECTRONIC DEVICE HAVING A PROCESSOR

This application is a Continuation of application Ser. No. 08/023,831 filed Apr. 12, 1993 U.S. Pat. No. 6,006,336, which is a Continuation of application Ser. No. 07/429,270 filed Oct. 30, 1989, now U.S. Pat. No. 5,218,704.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to real-time computer power conservation, and more particularly to an apparatus and method for reduction of central processing unit (CPU) clock time based on the real-time activity level within the CPU of a portable computer.

2. Description of the Related Art

During the development stages of personal computers, the transportable or portable computer has become very popular. Such portable computer uses a large power supply and really represents a small desktop personal computer. Portable computers are smaller and lighter than a desktop personal computer and allow a user to employ the same software that can be used on a desktop computer.

The first generation "portable" computers only operated from an A/C wall power. As personal computer development continued, battery-powered computers were designed. Furthermore, real portability became possible with the development of new display technology, better disk storage, and lighter components.

However, the software developed was desiged to run on desk top personal computers, with all the features of desktop computers, without regard to battery-powered portable computers that only had limited amounts of power available for short periods of time. No special considerations were made by the software, operating system (MS-DOS), Basic Input/Output System (BIOS), or the third party application software to conserve power usage for these portable computers.

As more and more highly functional software packages were developed, desk top computer users experienced increased performance from the introductions of higher computational CPUs, increased memory, and faster high performance disk drives.

Unfortunately, portable computers continued to run only on A/C power or with large and heavy batteries. In trying to keep up with the performance requirements of the desk top computers, and the new software, expensive components were used to cut the power requirements. Even so, the heavy batteries still did not run very long. This meant users of portable computers had to settle for A/C operation or very short battery operation to have the performance that was expected from the third party software.

Portable computer designers stepped the performance down to 8088- and 8086-type processors to reduce the power consumption. The supporting circuits and CPU took less power to run and therefore, lighter batteries could be used. Unfortunately, the new software requiring 80286-type instructions, that did not exist in the older slower 8088/8086 CPUs, did not run.

In an attempt to design a portable computer that could conserve power, thereby yielding longer battery operation, smaller units, and less weight, some portable computer designers proceeded to reduce power consumption of a portable computer while a user is not using the computer. For example, designers obtain a reduction in power usage by

2

slowing or stopping the disk drive after some predetermined period of inactivity; if the disk drive is not being used, the disk drive is turned off, or simply placed into a standby mode. When the user is ready to use the disk, the operator must wait until the disk drive spins up and the computer system is ready again for full performance before the operator may proceed with the operation.

Other portable computer designers conserve power by turning the computer display off when the keyboard is not being used. However, in normal operation the computer is using full power. In other words, power conservation by this method is practical only when the user is not using the components of the system. It is very likely, however, that the user will turn the computer off when not in use.

Nevertheless, substantial power conservation while the operator is using the computer for meaningful work is needed. When the operator uses the computer, full operation of all components is required. During the intervals while the operator is not using the computer, however, the computer could be turned off or slowed down to conserve power consumption. It is critical to maintaining performance to determine when to slow the computer down or turn it off-without disrupting the user's work, upsetting the third party software, or confusing the operating system, until operation is needed.

Furthermore, although an user can wait for the disk to spin up as described above, application software packages cannot wait for the CPU to "spin up" and get ready. The CPU must be ready when the application program needs to compute. Switching to full operation must be completed quickly and without the application program being affected. This immediate transition must be transparent to the user as well as to the application currently active. Delays cause user operational problems in response time and software compatability, as well as general failure by the computer to accurately execute a required program.

Other attempts at power conservation for portable computers include providing a "Shut Down" or "Standby Mode" of operation. The problem, again, is that the computer is not usable by the operator during this period. The operator could just as well turned off the power switch of the unit to save power. This type of power conservation only allows the portable computer to "shut down" and thereby save power if the operator forgets to turn off the power switch, or walks away from the computer for the programmed length of time. The advantage of this type of power conservation over just turning the power switch off/on is a much quicker return to full operation. However, this method of power conservation is still not real-time, intelligent power conservation while the computer is on and processing data which does not disturb the operating system, BIOS, and any third party application programs currently running on the computer.

Attempts to meet this need have been made by VLSI vendors in providing circuits that either turn off the clocks to the CPU when the user is not typing on the keyboard or wakes up the computer on demand when a keystroke occurred. Either of these approaches reduce power but the computer is dead (unusable) during this period. Background operations such as updating the system clock, communications, print spooling, and other like operations cannot be performed. Some existing portable computers employ these circuits. After a programmed period of no activity, the computer turns itself off. The operator must turn the machine on again but does not have to reboot the operating system and application program. The advantage of this circuitry is, like the existing "shut down" operations, a

US 6,173,409 B1

3

quick return to full operation without restarting the computer. Nevertheless, this method only reduces power consumption when the user walks away from the machine and does not actually extend the operational life of the battery charge.

## SUMMARY OF THE INVENTION

In view of the above problems associated with the related art, it is an object of the present invention to provide an apparatus and method for real-time conservation of power for computer systems without any real-time performance degradation, such conservation of power remaining transparent to the user.

Another object of the present invention is to provide an apparatus and method for predicting the activity level within a computer system and using the prediction for automatic power conservation.

Yet another object of the present invention is to provide an apparatus and method which allows user modification of automatic activity level predictions and using the modified predictions for automatic power conservation.

A further object of the present invention is to provide an apparatus and method for real-time reduction and restoration of clock speeds thereby returning the CPU to full processing rate from a period of inactivity which is transparent to software programs.

These objects are accomplished in a preferred embodiment of the present invention by an apparatus and method which determine whether a CPU may rest based upon the CPU activity level and activates a hardware selector based upon that determination. If the CPU may rest, or sleep, the hardware selector applies oscillations at a sleep clock level; if the CPU is to be active, the hardware selector applies oscillations at a high speed clock level.

The present invention examines the state of CPU activity, as well as the activity of both the operator and any application software program currently active. This sampling of activity is performed real-time, adjusting the performance level of the computer to manage power conservation and computer power. These adjustments are accomplished within the CPU cycles and do not affect the user's perception of performance.

Thus, when the operator for the third party software of the operating system/BIOS is not using the computer, the present invention will effect a quick turn off or slow down of the CPU until needed, thereby reducing the power consumption, and will promptly restore full CPU operation when needed without affecting perceived performance. This switching back into full operation from the "slow down" mode occurs without the user having to request it and without any delay in the operation of the computer while waiting for the computer to return to a "ready" state.

These and other features and advantages of the invention will be apparent to those skilled in the art from the following detailed description of a preferred embodiment, taken together with the accompanying drawings, in which:

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flowchart depicting the self-tuning aspect of a preferred embodiment of the present invention;

FIGS. 2a–2d are flowcharts depicting the active power conservation monitor employed by the present invention;

FIG. 3 is a simplified schematic diagram representing the active power conservation associated hardware employed by the present invention;

4

FIG. 4 is a schematic of the sleep hardware for one embodiment of the present invention; and

FIG. 5 is a schematic of the sleep hardware for another embodiment of the present invention.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

If the period of computer activity in any given system is examined, the CPU and associated components have a utilization percentage. If the user is inputing data from the keyboard, the time between keystrokes is very long in terms of CPU cycles. Many things can be accomplished by the computer during this time, such as printing a report. Even during the printing of a report, time is still available for additional operations such as background updating of a clock/calendar display. Even so, there is almost always spare time when the CPU is not being used. If the computer is turned off or slowed down during this spare time, then power consumption is obtained real-time. Such real-time power conservation extends battery operation life.

According to the preferred embodiment of the present invention, to conserve power under MS-DOS, as well as other operating systems such as OS/2, XENIX, and those for Apple computers, requires a combination of hardware and software. It should be noted that because the present invention will work in any system, while the implementation may vary slightly on a system-by-system basis, the scope of the present invention should therefore not be limited to computer systems operating under MS/DOS.

Slowing down or stopping the computer system components according to the preferred embodiment of the present invention, reduces power consumption, although the amount of power saved may vary. Therefore, according to the present invention, stopping the clock (where possible as some CPUs cannot have their clocks stopped) reduces the power consumption more than just slowing the clock.

In general, the number of operations (or instructions) per second may be considered to be roughly proportional to the processor clock:

$$instructions/second = instructions/cycle * cycles/second$$

Assuming for simplicity that the same instruction is repeatedly executed so that instructions/second is constant, the relationship can be expressed as follows:

$$Fq = K_1 * Clk$$

where Fq is instructions/second, $K_1$ is constant equal to the instructions/cycle, and Clk equals cycles/second. Thus, roughly speaking, the rate of execution increases with the frequency of the CPU clock.

The amount of power being used at any given moment is also related to the frequency of the CPU clock and therefore to the rate of execution. In general this relationship can be expressed as follows:

$$P = K_2 + (K_3 * Clk)$$

where P is power in watts, $K_2$ is a constant in watts, $K_3$ is a constant and expresses the number of watt-seconds/cycle, and Clk equals the cycles/second of the CPU clock. Thus it can also be said that the amount of power being consumed at any given time increases as the CPU clock frequency increases.

Assume that a given time period T is divided into N intervals such that the power P is constant during each

US 6,173,409 B1

**5**

interval. Then the amount of energy E expended during T is given by:

$$E = P(1) \text{delta} T_1 + P(2) \text{delta} T_2 \ldots + P(N) \text{delta} T_N$$

Further assume that the CPU clock "Clk" has only two states, either "ON" or "OFF". For the purposes of this discussion, the "ON" state represents the CPU clock at its maximum frequency, while the "OFF" state represents the minimum clock rate at which the CPU can operate (this may be zero for CPUs that can have their clocks stopped). For the condition in which the CPU clock is always "ON", each P(i) in the previous equation is equal and the total energy is:

$$E(\text{max}) = P(\text{on}) * (\text{delta } T_1 + \text{delta } T_2 \ldots + \text{delta } T_N)$$

$$= P(\text{on}) * T$$

This represents the maximum power consumption of the computer in which no power conservation measures are being used. If the CPU clock is "off" during a portion of the intervals, then there are two power levels possible for each interval. The P(on) represents the power being consumed when the clock in in its "ON" state, while P(off) represents the power being used when the clock is "OFF". If all of the time intervals in which the clock is "ON" is summed into the quantity "T(on)" and the "OFF" intervals are summed into "T(off)", then it follows:

$$T = T(\text{on}) + T(\text{off})$$

Now the energy being used during period T can be written:

$$E = [P(\text{on}) * T(\text{on})] + [P(\text{off}) * T(\text{off})]$$

Under these conditions, the total energy consumed may be reduced by increasing the time intervals T(off). Thus, by controlling the periods of time the clock is in its "OFF" state, the amount of energy being used may be reduced. If the T(off) period is divided into a large number of intervals during the period T, then as the width of each interval goes to zero, energy consumption is at a maximum. Conversely, as the width of the T(off) intervals increase, the energy consumed decreases.

If the "OFF" intervals are arranged to coincide with periods during which the CPU is normally inactive, then the user cannot perceive any reduction in performance and overall energy consumption is reduced from the E(max) state. In order to align the T(off) intervals with periods of CPU inactivity, the CPU activity level is used to determine the width of the T(off) intervals in a closed loop. FIG. 1 depicts such a closed loop. The activity level of the CPU is determined at Step 10. If this level is an increase over an immediately previous determination, the present invention decreases the T(off) interval (Step 20) and returns to determine the activity level of the CPU again. If, on the other hand, this activity level is a decrease over an immediately previous determination, the present invention increases the T(off) interval (Step 30) and proceeds to again determine the activity level of the CPU. Thus the T(off) intervals are constantly being adjusted to match the system activity level.

In any operating system, two key logic points exist: an IDLE, or "do nothing", loop within the operating system and an operating system request channel, usually available for services needed by the application software. By placing logic inline with these logic points, the type of activity request made by an application software can be evaluated, power conservation can be activated and slice periods deter-

**6**

mined. A slice period is the number of T(on) vs. T(off) intervals over time, computed by the activity level. An assumption may be made to determine CPU activity level: Software programs that need service usually need additional services and the period of time between service requests can be used to determine the activity level of any application software running on the computer and to provide slice counts for power conservation according to the present invention.

Once the CPU is interrupted during a power conservation slice (T(off)), the CPU will save the interrupted routine's state prior to vectoring to the interrupt software. Of course, since the power conservation software was operating during this slice, control will be returned to the active power conservation loop (monitor 40) which simply monitors the CPU's clock to determine an exit condition for the power conservation mode, thereby exiting from T(off) to T(on) state. The interval of the next power conservation state is adjusted by the activity level monitored, as discussed above in connection with FIG. 1. Some implementations can create an automatic exit from T(off) by the hardware logic, thereby forcing the power conservation loop to be exited automatically and executing an interval T(on).

More specifically, looking now at FIGS. 2a–2d, which depict the active power conservation monitor 40 of the present invention. The CPU installs monitor 40 either via a program stored in the CPU ROM or loads it from an external device storing the program in RAM. Once the CPU has loaded monitor 40, it continues to INIT 50 for system interrupt initialization, user configurational setup, and system/application specific initialization. IDLE branch 60 (more specifically set out in FIG. 2b) is executed by a hardware or software interrupt for an IDLE or "do nothing" function. This type of interrupt is caused by the CPU entering either an IDLE or a "do nothing" loop (i.e., planned inactivity). The ACTIVITY branch 70 of the flowchart, more fully described below in relation to FIG. 2d, is executed by a software or hardware interrupt due to an operating system or I/O service request, by an application program or internal operating system function. An I/O service request made by a program may, for example, be a disk I/O, read, print, load, etc. Regardless of the branch selected, control is eventually returned to the CPU operating system at RETURN 80. The INIT branch 50 of this flowchart, shown in FIG. 2a, is executed only once if it is loaded via program into ROM or is executed every time during power up if it is loaded from an external device and stored in the RAM. Once this branch of active power monitor 40 has been fully executed, whenever control is yielded from the operating system to the power conservation mode, either IDLE 60 or ACTIVITY 70 branches are selected depending on the type of CPU activity: IDLE branch 60 for power conservation during planned inactivity and ACTIVITY branch 70 for power conservation during CPU activity.

Looking more closely at INIT branch 50, after all system interrupt and variables are initialized, the routine continues at Step 90 to set the Power_level equal to DEFAULT_ LEVEL. In operating systems where the user has input control for the Power_level, the program at Step 100 checks to see if a User_level has been selected. If the User level is less than zero or greater than the MAXIMUM _LEVEL, the system uses the DEFAULT_LEVEL. Otherwise, it continues onto Step 110 where it modifies the Power_level to equal the User_level.

According to the preferred embodiment of the present invention, the system at Step 120 sets the variable Idle_tick to zero and the variable Activity_tick to zero. Under an

US 6,173,409 B1

7                                                                                   8

MS/DOS implementation, Idle__tick refers to the number of
interrupts found in a "do nothing" loop. Activity__tick refers
to the number of interrupts caused by an activity interrupt
which in turn determines the CPU activity level. Tick count
represents a delta time for the next interrupt. Idle__tick is a
constant delta time from one tick to another (interrupt)
unless overwritten by a software interrupt. A software inter-
rupt may reprogram delta time between interrupts.

After setting the variables to zero, the routine continues
on to Setup 130 at which time any application specific
configuration fine-tuning is handled in terms of system-
specific details and the system is initialized. Next the routine
arms the interrupt I/O (Step 140) with instructions to the
hardware indicating the hardware can take control at the
next interrupt. INIT branch 50 then exits to the operating
system, or whatever called the active power monitor
originally, at RETURN 80.

Consider now IDLE branch 60 of active power monitor
40, more fully described at FIG. 2b. In response to a planned
inactivity of the CPU, monitor 40 (not specifically shown in
this Figure) checks to see if entry into IDLE branch 60 is
permitted by first determining whether the activity interrupt
is currently busy. If Busy__A equals BUSY__FLAG (Step
150), which is a reentry flag, the CPU is busy and cannot
now be put to sleep. Therefore, monitor 40 immediately
proceeds to RETURN I 160 and exits the routine. RETURN
I 160 is an indirect vector to the previous operating system
IDLE vector interrupt for normal processing stored before
entering monitor 40. (I.e., this causes an interrupt return to
the last chained vector.)

If the Busy__A interrupt flag is not busy, then monitor 40
checks to see if the Busy__Idle interrupt flag, Busy__I, equals
BUSY__FLAG (Step 170). If so, this indicates the system is
already in IDLE branch 60 of monitor 40 and therefore the
system should not interrupt itself. If Busy__I=BUSY__
FLAG, the system exits the routine at RETURN I indirect
vector 160.

If, however, neither the Busy__A reentry flag or the
Busy__I reentry flag have been set, the routine sets the
Busy__I flag at Step 180 for reentry protection (Busy__I=
BUSY__FLAG). At Step 190 Idle__tick is incremented by
one. Idle__tick is the number of T(on) before a T(off) interval
and is determined from IDLE interrupts, setup interrupts and
from CPU activity level. Idle__tick increments by one to
allow for smoothing of events, thereby letting a critical I/O
activity control smoothing.

At Step 200 monitor 40 checks to see if Idle__tick equals
IDLE__MAXTICKS. IDLE__MAXTICKS is one of the con-
stants initialized in Setup 130 of INIT branch 50, remains
constant for a system, and is responsible for self-tuning of
the activity level. If Idle__tick does not equal IDLE__
MAXTICKS, the Busy__I flag is cleared at Step 210 and
exits the loop proceeding to the RETURN I indirect vector
160. If, however, Idle__tick equals IDLE__MAXTICKS,
Idle__tick is set equal to IDLE__START__TICKS (Step 220).
IDLE__START__TICKS is a constant which may or may not
be zero (depending on whether the particular CPU can have
its clock stopped). This step determines the self-tuning of
how often the rest of the sleep functions may be performed.
By setting IDLE__START__TICKS equal to IDLE__
MAXTICKS minus one, a continuous T(off) interval is
achieved. At Step 230, the Power__level is checked. If it is
equal to zero, the monitor clears the Busy__I flag (Step 210),
exits the routine at RETURN I 160, and returns control to the
operating system so it may continue what it was originally
doing before it entered active power monitor 40.

If, however, the Power__level does not equal zero at Step
240, the routine determines whether an interrupt mask is in

place. An interrupt mask is set by the system/application
software, and determines whether interrupts are available to
monitor 40. If interrupts are NOT__AVAILABLE, the
Busy__I reentry flag is cleared and control is returned to the
operating system to continue what it was doing before it
entered monitor 40. Operating systems, as well as applica-
tion software, can set T(on) interval to yield a continuous
T(on) state by setting the interrupt mask equal to NOT__
AVAILABLE.

Assuming an interrupt is AVAILABLE, monitor 40 pro-
ceeds to the SAVE POWER subroutine 250 which is fully
executed during one T(off) period established by the hard-
ware state. (For example, in the preferred embodiment of the
present invention, the longest possible interval could be 18
ms, which is the longest time between two ticks or interrupts
from the real-time clock.) During the SAVE POWER sub-
routine 250, the CPU clock is stepped down to a sleep clock
level.

Once a critical I/O operation forces the T(on) intervals,
the IDLE branch 60 interrupt tends to remain ready for
additional critical I/O requests. As the CPU becomes busy
with critical I/O, less T(off) intervals are available.
Conversely, as critical I/O requests decrease, and the time
intervals between them increase, more T(off) intervals are
available. IDLE branch 60 is a self-tuning system based on
feedback from activity interrupts and tends to provide more
T(off) intervals as the activity level slows. As soon as
monitor 40 has completed SAVE POWER subroutine 250,
shown in FIG. 2c and more fully described below, the
Busy__I reentry flag is cleared (Step 210) and control is
returned at RETURN I 160 to whatever operating system
originally requested monitor 40.

Consider now FIG. 2c, which is a flowchart depicting the
SAVE POWER subroutine 250. Monitor 40 determines what
the I/O hardware high speed clock is at Step 260. It sets the
CURRENT__CLOCK__RATE equal to the relevant high
speed clock and saves this value to be used for CPUs with
multiple level high speed clocks. Thus, if a particular CPU
has 12 MHz and 6 MHz high speed clocks, monitor 40 must
determine which high speed clock the CPU is at before
monitor 40 reduces power so it may reestablish the CPU at
the proper high speed clock when the CPU awakens. At Step
270, the Save__clock__rate is set equal to the CURRENT__
CLOCK__RATE determined. Save__clock__rate 270 is not
used when there is only one high speed clock for the CPU.
Monitor 40 now continues to SLEEPCLOCK 280, where a
pulse is sent, to the hardware selector (shown in FIG. 3) to
put the CPU clock to sleep (i.e., lower or stop its clock
frequency). The I/O port hardware sleep clock is at much
lower oscillations than the CPU clock normally employed.

At this point either of two events can happen. A system/
application interrupt may occur or a real-time clock interrupt
may occur. If a system/application interrupt 290 occurs,
monitor 40 proceeds to interrupt routine 300, processing the
interrupt as soon as possible, arming interrupt I/O at Step
310, and returning to determine whether there has been an
interrupt (Step 320). Since in this case there has been an
interrupt, the Save__clock__rate is used (Step 330) to deter-
mine which high speed clock to return the CPU to and SAVE
POWER subroutine 250 is exited at RETURN 340. If,
however, a system/application interrupt is not received, the
SAVE POWER subroutine 250 will continue to wait until a
real-time clock interrupt has occurred (Step 320). Once such
an interrupt has occurred, SAVE POWER subroutine 250
reestablishes the CPU at the stored Save-clock-rate. If the
sleep clock rate was not stopped, in other words, the sleep
clock rate was not zero, control is passed at a slow clock and

US 6,173,409 B1

**9**

SAVE POWER subroutine **250** will execute interrupt loop **320** several times. If however, control is passed when the sleep clock rate was zero, in other words, there was no clock, the SAVE POWER subroutine **250** will execute interrupt loop **320** once before returning the CPU clock to the Save_clock_rate **330** and exiting (Step **340**).

Consider now FIG. 2*d* which is a flowchart showing ACTIVITY branch **70** triggered by an application/system activity request via an operating system service request interrupt. ACTIVITY branch **70** begins with reentry protection. Monitor **40** determines at Step **350** whether Busy_I has been set to BUSY_FLAG. If it has, this means the system is already in IDLE branch **60** and cannot be interrupted. If Busy_I=BUSY_FLAG, monitor **40** exits to RETURN I **160**, which is an indirect vector to an old activity vector interrupt for normal processing, via an interrupt vector after the operating system performs the requested function.

If however, the Busy_I flag does not equal BUSY_FLAG, which means IDLE branch **60** is not being accessed, monitor **40** determines at Step **360** if the BUSY_A flag has been set equal to BUSY_FLAG. If so, control will be returned to the system at this point because ACTIVITY branch **70** is already being used and cannot be interrupted. If the Busy_A flag has not been set, in other words, Busy_A does not equal BUSY_FLAG, monitor **40** sets Busy_A equal to BUSY_FLAG at Step **370** so as not to be interrupted during execution of ACTIVITY branch **70**. At Step **380** the Power_level is determined. If Power_level equals zero, monitor **40** exits ACTIVITY branch **70** after clearing the Busy_A reentry flag (Step **390**). If however, the Power_level does not equal zero, the CURRENT_CLOCK_RATE of the I/O hardware is next determined. As was true with Step **270** of FIG. 2C, Step **400** of FIG. 2*d* uses the CURRENT_CLOCK_RATE if there are multiple level high speed clocks for a given CPU. Otherwise, CURRENT_CLOCK_RATE always equals the CPU high speed clock. After the CURRENT_CLOCK_RATE is determined (Step **400**), at Step **410** Idle_tick is set equal to the constant START_TICKS established for the previously determined CURRENT_CLOCK_RATE. T(off) intervals are established based on the current high speed clock that is active.

Monitor **40** next determines that a request has been made. A request is an input by the application software running on the computer, for a particular type of service needed. At Step **420**, monitor **40** determines whether the request is a CRITICAL I/O. If the request is a CRITICAL I/O, it will continuously force T(on) to lengthen until the T(on) is greater than the T(off), and monitor **40** will exit ACTIVITY branch **70** after clearing the Busy_A reentry flag (Step **390**). If, on the other hand, the request is not a CRITICAL I/O, then the Activity_tick is incremented by one at Step **430**. It is then determined at Step **440** whether the Activity_tick now equals ACTIVITY_MAXTICKS. Step **440** allows a smoothing from a CRITICAL I/O, and makes the system ready from another CRITICAL I/O during Activity_tick T(on) intervals. Assuming Activity tick does not equal ACTIVITY_MAXTICKS, ACTIVITY branch **70** is exited after clearing the Busy_A reentry flag (Step **390**). If, on the other hand, the Activity tick equals constant ACTIVITY_MAXTICKS, at Step **450** Activity_tick is set to the constant LEVEL_MAXTICKS established for the particular Power_level determined at Step **380**.

Now monitor **40** determines whether an interrupt mask exists (Step **460**). An interrupt mask is set by system/application software. Setting it to NOT_AVAILABLE creates a continuous T(on) state. If the interrupt mask equals

**10**

NOT_AVAILABLE, there are no interrupts available at this time and monitor **40** exits ACTIVITY branch **70** after clearing the Busy_A reentry flag (Step **390**). If, however, an interrupt is AVAILABLE, monitor **40** determines at Step **470** whether the request identified at Step **420** was for a SLOW I/O_INTERRUPT. SLOW I/O requests may have a delay until the I/O device becomes "ready". During the "make ready" operation, a continuous T(off) interval may be set up and executed to conserve power. Thus, if the request is not a SLOW I/O_INTERRUPT, ACTIVITY branch **70** is exited after clearing the Busy_A reentry flag (Step **390**). If, however, the request is a SLOW I/O_INTERRUPT, and time yet exists before the I/O device becomes "ready", monitor **40** then determines at Step **480** whether the I/O request is COMPLETE (i.e., is I/O device ready?). If the I/O device is not ready, monitor **40** forces T(off) to lengthen, thereby forcing the CPU to wait, or sleep, until the SLOW I/O device is ready. At this point it has time to save power and ACTIVITY branch **70** enters SAVE POWER subroutine **250** previously described in connection with to FIG. 2C. If, however, the I/O request is COMPLETE, control is returned to the operating system subsequently to monitor **40** exiting ACTIVITY branch **70** after clearing Busy_A reentry flag (Step **390**).

Self-tuning is inherent within the control system of continuous feedback loops. The software of the present invention can detect when CPU activity is low and therefore when the power conservation aspect of the present invention may be activated. Once the power conservation monitor is activated, a prompt return to full speed CPU clock operation within the interval is achieved so as to not degrade the performance of the computer. To achieve this prompt return to full speed CPU clock operation, the preferred embodiment of the present invention employs some associated hardware.

Looking now at FIG. 3 which shows a simplified schematic diagram representing the associated hardware employed by the present invention for active power conservation. When monitor **40** (not shown) determines the CPU is ready to sleep, it writes to an I/O port (not shown) which causes a pulse on the SLEEP line. The rising edge of this pulse on the SLEEP line causes flip flop **500** to clock a high to Q and a low to Q–. This causes the AND/OR logic (AND gates **510**, **520**; OR gate **530**) to select the pulses travelling the SLEEP CLOCK line from SLEEP CLOCK oscillator **540** to be sent to and used by the CPU CLOCK. SLEEP CLOCK oscillator **540** is a slower clock than the CPU clock used during normal CPU activity. The high coming from the Q of flip flop **500** ANDed (**510**) with the pulses coming from SLEEP CLOCK oscillator **540** is ORed (**530**) with the result of the low on the Q– of flip flop **500** ANDed (**520**) with the pulse generated along the HIGH SPEED CLOCK line by the HIGH SPEED CLOCK oscillator **550** to yield the CPU CLOCK. When the I/O port designates SLEEP CLOCK, the CPU CLOCK is then equal to the SLEEP CLOCK oscillator **540** value. If, on the other hand, an interrupt occurs, an interrupt-value clears flip flop **500**, thereby forcing the AND/OR selector (comprising **510**, **520** and **530**) to choose the HIGH SPEED CLOCK value, and returns the CPU CLOCK value to the value coming from HIGH SPEED CLOCK oscillator **550**. Therefore, during any power conservation operation on the CPU, the detection of any interrupt within the system will restore the CPU operation at full clock rate prior to vectoring and processing the interrupt.

It should be noted that the associated hardware needed, external to each of the CPUs for any given system, may be different depending upon the operating system used,

US 6,173,409 B1

11

whether the CPU can be stopped, etc. Nevertheless, the scope of the present invention should not be limited by possible system specific modifications needed to permit the present invention to actively conserve power in the numerous available portable computer systems. For example two actual implementations are shown in FIGS. 4 and 5, discussed below.

Many VSLI designs today allow for clock switching of the CPU speed. The logic to switch from a null clock or slow clock to a fast clock logic is the same as that which allows the user to change speeds by a keyboard command. The added logic of monitor 40 working with such switching logic, causes an immediate return to a fast clock upon detection of any interrupt. This simple logic is the key to the necessary hardware support to interrupt the CPU and thereby allow the processing of the interrupt at full speed.

The method to reduce power consumption under MS-DOS employs the MS-DOS IDLE loop trap to gain access to the "do nothing" loop. The IDLE loop provides special access to application software and operating system operations that are in a state of IDLE or low activity. Careful examination is required to determine the activity level at any given point within the system. Feedback loops are used from the interrupt 21H service request to determine the activity level. The prediction of activity level is determined by interrupt 21H requests, from which the present invention thereby sets the slice periods for "sleeping" (slowing down or stopping) the CPU. An additional feature allows the user to modify the slice depending on the activity level of interrupt 21H.

Looking now at FIG. 4, which depicts a schematic of an actual sleep hardware implementation for a system such as the Intel 80386 (CPU cannot have its clock stopped). Address enable bus 600 and address bus 610 provide CPU input to demultiplexer 620. The output of demultiplexer 620 is sent along SLEEPCS- and provided as input to OR gates 630,640. The other inputs to OR gates 630,640 are the I/O write control line and the I/O read control line, respectively. The outputs of these gates, in addition to NOR gate 650, are applied to D flip flop 660 to decode the port. "INTR" is the interrupt input from the I/O port (peripherals) into NOR gate 650, which causes the logic hardware to switch back to the high speed clock. The output of flip flop 660 is then fed, along with the output from OR gate 630, to tristate buffer 670 to enable it to read back what is on the port. All of the above-identified hardware is used by the read/write I/O port (peripherals) to select the power saving "Sleep" operation. The output "SLOW-" is equivalent to "SLEEP" in FIG. 2, and is inputted to flip flop 680, discussed later.

The output of SLEEP CLOCK oscillator 690 is divided into two slower clocks by D flip flops 700,710. In the particular implementation shown in FIG. 4, 16 MHz sleep clock oscillator 690 is divided into 4 MHz and 8 MHz clocks. Jumper J1 selects which clock is to be the "SLEEP CLOCK".

In this particular implementation, high speed clock oscillator 720 is a 32 MHz oscillator, although this particular speed is not a requirement of the present invention. The 32 MHz oscillator is put in series with a resistor (for the implementation shown, 33 ohms), which is in series with two parallel capacitors (10 pF). The result of such oscillations is tied to the clocks of D flip flops 730,740.

D flip flops 680,730,740 are synchronizing flip flops; 680,730 were not shown in the simplified sleep hardware of FIG. 2. These flip flops are used to ensure the clock switch occurs only on clock edge. As can be seen in FIG. 4, as with flip flop 500 of FIG. 2, the output of flip flop 740 either

12

activates OR gate 750 or OR gate 760, depending upon whether the CPU is to sleep ("FASTEN-") or awaken ("SLOWEN-").

OR gates 750,760 and AND gate 770 are the functional equivalents to the AND/OR selector of FIG. 2. They are responsible for selecting either the "slowclk" (slow clock, also known as SLEEP CLOCK) or high speed clock (designated as 32 MHz on the incoming line). In this implementation, the Slow clock is either 4 MHz or 8 MHz, depending upon jumper J1, and the high speed clock is 32 MHz. The output of AND gate 770 (ATUCLK) establishes the rate of the CPU clock, and is the equivalent of CPU CLOCK of FIG. 2.

Consider now FIG. 5, which depicts a schematic of another actual sleep hardware implementation for a system such as the Intel 80286 (CPU can have its clock stopped). The Western Digital FE3600 VLSI is used for the speed switching with a special external PAL 780 to control the interrupt gating which wakes up the CPU on any interrupt. The software power conservation according to the present invention monitors the interrupt acceptance, activating the next P(i)deltaT$_i$ interval after the interrupt.

Any interrupt request to the CPU will return the system to normal operation. An interrupt request ("INTRQ") to the CPU will cause the PAL to issue a Wake Up signal on the RESCPU line to the FE3001 (not shown) which in turn enables the CPU and the DMA clocks to bring the system back to its normal state. This is the equivalent of the "INTERRUPT-" of FIG. 2. Interrupt Request is synchronized to avoid confusing the state machine so that Interrupt (INTDET) will only be detected while the cycle is active. The rising edge of RESCPU will wake up the FE 3001 which in turn releases the whole system from the Sleep Mode.

Implementation for the 386SX is different only in the external hardware and software power conservation loop. The software loop will set external hardware to switch to the high speed clock on interrupt prior to vectoring the interrupt. Once return is made to the power conservation software, the high speed clock cycle will be detected and the hardware will be reset for full clock operation.

Implementation for OS/2 uses the "do nothing" loop programmed as a THREAD running in background operation with low priority. Once the THREAD is activated, the CPU sleep, or low speed clock, operation will be activated until an interrupt occurs thereby placing the CPU back to the original clock rate.

Although interrupts have been employed to wake up the CPU in the preferred embodiment of the present invention, it should be realized that any periodic activity within the system, or applied to the system, could also be used for the same function.

While several implementations of the preferred embodiment of the invention has been shown and described, various modifications and alternate embodiments will occur to those skilled in the art. Accordingly, it is intended that the invention be limited only in terms of the appended claims.

We claim:

1. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU.

2. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time within said CPU; and

US 6,173,409 B1

**13**

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU in response to usage of said CPU being below a preselected level.

3. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU to reduce the idle time in said CPU.

4. The apparatus of claim 3, wherein said monitor inhibits the modification of said clock signal while said CPU is processing critical I/O.

5. The apparatus of claim 3, wherein said CPU sends signals to the clock manager requesting the clock manager to demodify the clock signal being sent to the CPU in response to said monitor detecting a critical I/O request.

6. The apparatus of claim 3, wherein said monitor is self-tuning.

7. The apparatus of claim 6, wherein said monitor uses a control system of continuous feedback loops.

8. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU to minimize the relative amount of idle time in said CPU.

9. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU.

10. The apparatus of claim 9, wherein said monitor inhibits the modification of said clock signal while said CPU is processing critical I/O.

11. The apparatus of claim 9, wherein said CPU sends signals to the clock manager requesting the clock manager to demodify the clock signal being sent to the CPU in response to said monitor detecting a critical I/O request.

12. The apparatus of claim 9, wherein said monitor is self-tuning.

13. The apparatus of claim 12, wherein said monitor uses a control system of continuous feedback loops.

14. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU in response to usage of said CPU being below a preselected level.

15. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU to control the amount of activity time in said CPU.

16. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of activity time within said CPU; and

**14**

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU to optimize the activity time within said CPU in response to usage of said CPU being below a preselected level.

17. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time and activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU.

18. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time and activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU in response to usage of said CPU being below a preselected level.

19. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time and activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU to control the amount of idle time and activity time in said CPU.

20. The apparatus of claim 19, wherein said monitor inhibits the modification of said clock signal while said CPU is processing critical I/O.

21. The apparatus of claim 19, wherein said CPU sends signals to the clock manager requesting the clock manager to demodify the clock signal being sent to the CPU in response to said monitor detecting a critical I/O request.

22. The apparatus of claim 19, wherein said monitor is self-tuning.

23. The apparatus of claim 22, wherein said monitor uses a control system of continuous feedback loops.

24. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the relative amount of idle time and activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU to control the amount of idle time and activity time in said CPU in response to a utilization percentage of said CPU being below a preselected level.

25. An apparatus, comprising:

a central processing unit (CPU) having a monitor for measuring the utilization of said CPU; and

a clock manager coupled to said CPU, said clock manager selectively modifying a clock signal being sent to said CPU to control a utilization percentage of said CPU.

26. An apparatus, comprising:

a central processing unit (CPU) coupled to a clock and having a monitor for measuring the relative amount of idle time and activity time within said CPU; and

a clock manager coupled to said CPU, said clock manager controlling periods of time said clock is in an OFF state, the length of said periods of time said clock is in an OFF state being appropriate to allow said CPU to operate at an efficient utilization percentage.

27. The apparatus of claim 26, wherein energy consumption in said CPU is at a maximum when the length of each period of time said clock is in an OFF state is at zero.

US 6,173,409 B1

15

28. The apparatus of claim 26, wherein energy consumption in said CPU decreases as the length of each period of time said clock is in an OFF state increases.

29. The apparatus of claim 26, wherein said periods of time said clock is in an OFF state are constantly being adjusted to optimize said utilization percentage of said central processing unit.

16

30. The apparatus of claim 26, wherein said OFF state represents the minimum clock rate at which said central processing unit can operate.

31. The apparatus of claim 26, wherein said minimum clock rate may be zero for central processing units that can have their clocks stopped.

* * * * *

# EXHIBIT 3



US006397340B2

(12) **United States Patent**

Watts, Jr. et al.

(10) Patent No.: **US 6,397,340 B2**

(45) **Date of Patent:** **May 28, 2002**

(54) **REAL-TIME POWER CONSERVATION FOR ELECTRONIC DEVICE HAVING A PROCESSOR**

(75) Inventors: **LaVaughn F. Watts, Jr.**, Austin; **Steven J. Wallace**, Waco, both of TX (US)

(73) Assignee: **Texas Instruments Incorporated**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/756,838**

(22) Filed: **Jan. 9, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 09/392,205, filed on Sep. 8, 1999, now Pat. No. 6,173,409, which is a continuation of application No. 08/023,831, filed on Apr. 12, 1993, now Pat. No. 6,006,336, which is a continuation of application No. 07/429,270, filed on Oct. 30, 1989, now Pat. No. 5,218,704.

(51) **Int. Cl.**[7] .............................................. G06F 1/32

(52) **U.S. Cl.** ........................................ 713/322; 713/601

(58) **Field of Search** ................................ 713/322, 323, 713/320, 300, 600, 601

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,453,601 A | 7/1969 | Bogert et al. | |
| 3,623,017 A | 11/1971 | Lowell | |
| 3,868,647 A | 2/1975 | Zandvied | |
| 3,922,526 A | 11/1975 | Cochran | 235/152 |
| 3,941,989 A | 3/1976 | McLaughlin et al. | |
| 4,137,563 A | 1/1979 | Tsunoda | |
| 4,217,637 A | 8/1980 | Faulkner et al. | |
| 4,254,475 A | 3/1981 | Cooney et al. | |
| 4,267,577 A | 5/1981 | Hashimoto et al. | |
| 4,279,020 A | 7/1981 | Christian et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 349 726 B1 | 1/1990 |
| EP | 0 363 567 B1 | 4/1990 |
| EP | 8911349 | 4/1990 |
| EP | 0 349 726 | 10/1990 |

*Primary Examiner*—Glenn A. Auve
(74) *Attorney, Agent, or Firm*—Ronald O. Neerings; Wade James Brady, III; Frederick J. Telecky, Jr.

(57) **ABSTRACT**

A real-time power conservation apparatus and method for portable computers employs a monitor to determine whether a CPU may rest based upon a real-time sampling of the CPU activity level and to activate a hardware selector to carry out the monitor's determination. If the monitor determines the CPU may rest, the hardware selector reduces CPU clock time; if the CPU is to be active, the hardware selector returns the CPU to its previous high speed clock level. Switching back into full operation from its rest state occurs without a user having to request it and without any delay in the operation of the computer while waiting for the computer to return to a "ready" state. Furthermore, the monitor adjusts the performance level of the computer to manage power conservation in response to the real-time sampling of CPU activity. Such adjustments are accomplished within the CPU cycles and do not affect the user's perception of performance and do not affect any system application software executing on the computer.

**38 Claims, 6 Drawing Sheets**



## US 6,397,340 B2
### Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,293,927 A | 10/1981 | Hoshii |
| 4,316,247 A | 2/1982 | Iwamoto |
| 4,317,180 A | 2/1982 | Lies |
| 4,317,181 A | 2/1982 | Teza et al. |
| 4,361,873 A | 11/1982 | Harper et al. |
| 4,381,552 A | 4/1983 | Nocilini et al. |
| 4,409,665 A | 10/1983 | Tubbs et al. |
| 4,590,553 A | 5/1986 | Noda |
| 4,612,418 A | 9/1986 | Takeda et al. ............ 179/81 R |
| 4,615,006 A | 9/1986 | Maejima et al. |
| 4,670,837 A | 6/1987 | Sheets |
| 4,686,386 A | 8/1987 | Tadao .......................... 307/269 |
| 4,698,748 A | 10/1987 | Juzswik et al. |
| 4,748,559 A | 5/1988 | Smith et al. |
| 4,758,945 A | 7/1988 | Remedi |
| 4,780,843 A | 10/1988 | Tietjen |
| 4,814,591 A | 3/1989 | Nara et al. .................. 235/380 |
| 4,819,164 A | 4/1989 | Branson |
| 4,821,229 A | 4/1989 | Jauregui |
| 4,823,292 A | 4/1989 | Hillion |
| 4,823,309 A | 4/1989 | Kusaka et al. |
| 4,851,987 A | 7/1989 | Day |
| 4,870,570 A | 9/1989 | Satoh et al. |
| 4,893,271 A | 1/1990 | Davis et al. |
| 4,980,836 A | 12/1990 | Carter et al. |
| 5,025,387 A | 6/1991 | Franc |
| 5,083,266 A | 1/1992 | Watanabe |
| 5,086,387 A | 2/1992 | Arroyo et al. |
| 5,129,091 A | 7/1992 | Yorimoto et al. |
| 5,142,684 A | 8/1992 | Perry et al. |
| 5,167,024 A | 11/1992 | Smith |
| 5,179,693 A | 1/1993 | Kitamura et al. |
| 5,201,059 A | 4/1993 | Nguyen |
| 5,218,704 A | 6/1993 | Watts, Jr. et al. |
| 5,560,024 A | 9/1996 | Harper et al. |
| 6,173,409 B1 * | 1/2001 | Watts, Jr. et al. ........... 713/322 |

* cited by examiner



*FIG. 1*

*FIG. 3*

*FIG. 5*



*FIG. 2a*



*FIG. 2b*



*FIG. 2c*



*FIG. 2d*



*FIG. 4*

US 6,397,340 B2

1

# REAL-TIME POWER CONSERVATION FOR ELECTRONIC DEVICE HAVING A PROCESSOR

This application is a Continuation of application Ser. No.09/392,205, filed Sep. 8, 1999,now U.S. Pat. No. 6,173, 409 which is a Continuation of application Ser. No. 08/023, 831, filed Apr. 12, 1993, now U.S. Pat. No. 6,006,336 which is a Continuation of application Ser. No. 07/429,270 filed Oct. 30, 1989, now U.S. Pat. No. 5,218,704.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to real-time computer power conservation, and more particularly to an apparatus and method for reduction of central processing unit (CPU) clock time based on the real-time activity level within the CPU of a portable computer.

### 2. Description of the Related Art

During the development stages of personal computers, the transportable or portable computer has become very popular. Such portable computer uses a large power supply and really represents a small desktop personal computer. Portable computers are smaller and lighter than a desktop personal computer and allow an user to employ the same software that can be used on a desktop computer.

The first generation "portable" computers only operated from an A/C wall power. As personal desktop computer development continued, battery-powered computers were designed. Furthermore, real portability became possible with the development of new display technology, better disk storage, and lighter components.

However, the software developed was designed to run on a desk top personal computers, with all the features of a computer, without regard to battery-powered portable computers that only had limited amounts of power available for short periods of time. No special considerations were made by the software, operating system (MS-DOS), Basic Input/ Output System (BIOS), or the third party application software to conserve power usage for these portable computers.

As more and more highly functional software packages were developed, desk top computer users experienced increased performance from the introductions of higher computational CPUs, increased memory, and faster high performance disk drives.

Unfortunately, portable computers continued to run only on A/C power or with large and heavy batteries. In trying to keep up with the performance requirements of the desk top computers, and the new software, expensive components were used to cut the power requirements. Even so, the heavy batteries still did not run very long. This meant users of portable computers had to settle for A/C operation or very short battery operation to have the performance that was expected from the third party software.

Portable computer designers stepped the performance down to 8088- and 8086-type processors to reduce the power consumption. The supporting circuits and CPU took less power to run and therefore, lighter batteries could be used. Unfortunately, the new software requiring 80286-type instructions, that did not exist in the older slower 8088/8086 CPUs, did not run.

In an attempt to design a portable computer that could conserve power, thereby yielding longer battery operation, smaller units, and less weight, some portable computer designers proceeded to reduce power consumption of a portable computer while user is not using the computer. For example, designers obtain a reduction in power usage by slowing or stopping the disk drive after some predetermined period of inactivity; if the disk drive is not being used, the disk drive is turned off, or simply placed into a standby mode. When the user ready to use the disk, the operator must wait until the disk drive is spins up and the computer system is ready again for full performance before the operator may proceed with the operation.

Other portable computer designers conserve power by turning the computer display off when the keyboard is not being used. However, in normal operation the computer is using full power. In other words, power conservation by this method is practical only when the user is not using the components of the system. It is very likely, however, that the user will turn the computer off when not in use.

Nevertheless, substantial power conservation while the operator is using the computer for meaningful work is needed. When the operator uses the computer, full operation of all components is required. During the intervals while the operator is not using the computer, however, the computer could be turned off or slowed down to conserve power consumption. It is critical to maintaining performance to determine when to slow the computer down or turn it off without disrupting the user's work, upsetting the third party software, or confusing the operating system, until operation is needed.

Furthermore, although an user can wait for the disk to spin up as described above, application software packages cannot wait for the CPU to "spin up" and get ready. The CPU must be ready when the application program needs to compute. Switching to full operation must be completed quickly and without the application program being affected. This immediate transition must be transparent to the user as well as to the application currently active. Delays cause user operational problems in response time and software compatability, as well as general failure by the computer to accurately execute a required program.

Other attempts at power conservation for portable computers include providing a "Shut Down" or "Standby Mode" of operation. The problem, again, is that the computer is not usable by the operator during this period. The operator could just as well turned off the power switch of the unit to save power. This type of power conservation only allows the portable computer to "shut down" and thereby save power if the operator forgets to turn off the power switch, or walks away from the computer for the programmed length of time. The advantage of this type of power conservation over just turning the power switch off/on is a much quicker return to full operation. However, this method of power conservation is still not real-time, intelligent power conservation while the computer is on and processing data which does not disturb the operating system, BIOS, and any third party application programs currently running on the computer.

Attempts to meet this need have been made by VLSI vendors in providing circuits that either turn off the clocks to the CPU when the user is not typing on the keyboard or wakes up the computer on demand when a keystroke occurred. Either of these approaches reduce power but the computer is dead (unusable) during this period. Background operations such as updating the system clock, communications, print spooling, and other like operations cannot be performed. Some existing portable computers employ these circuits. After a programmed period of no activity, the computer turns itself off. The operator must turn the machine on again but does not have to reboot the

US 6,397,340 B2

3

operating system and application program. The advantage of this circuitry is, like the existing "shut down" operations, a quick return to full operation without restarting the computer. Nevertheless, this method only reduces power consumption when the user walks away from the machine and does not actually extend the operational life of the battery charge.

## SUMMARY OF THE INVENTION

In view of the above problems associated with the related art, it is an object of the present invention to provide an apparatus and method for real-time conservation of power for computer systems without any real-time performance degradation, such conservation of power remaining transparent to the user.

Another object of the present invention is to provide an apparatus and method for predicting the activity level within a computer system and using the prediction for automatic power conservation.

Yet another object of the present invention is to provide an apparatus and method which allows user modification of automatic activity level predictions and using the modified predictions for automatic power conservation.

A further object of the present invention is to provide an apparatus and method for real-time reduction and restoration of clock speeds thereby returning the CPU to full processing rate from a period of inactivity which is transparent to software programs.

These objects are accomplished in a preferred embodiment of the present invention by an apparatus and method which determine whether a CPU may rest based upon the CPU activity level and activates a hardware selector based upon that determination. If the CPU may rest, or sleep, the hardware selector applies oscillations at a sleep clock level; if the CPU is to be active, the hardware selector applies oscillations at a high speed clock level.

The present invention examines the state of CPU activity, as well as the activity of both the operator and any application software program currently active. This sampling of activity is performed real-time, adjusting the performance level of the computer to manage power conservation and computer power. These adjustments are accomplished within the CPU cycles and do not affect the user's perception of performance.

Thus, when the operator for the third party software of the operating system/BIOS is not using the computer, the present invention will effect a quick turn off or slow down of the CPU until needed, thereby reducing the power consumption, and will promptly restore full CPU operation when needed without affecting perceived performance. This switching back into full operation from the "slow down" mode occurs without the user having to request it and without any delay in the operation of the computer while waiting for the computer to return to a "ready" state.

These and other features and advantages of the invention will be apparent to those skilled in the art from the following detailed description of a preferred embodiment, taken together with the accompanying drawings, in which:

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flowchart depicting the self-tuning aspect of a preferred embodiment of the present invention;

FIGS. 2a–2d are flowcharts depicting the active power conservation monitor employed by the present invention;

FIG. 3 is a simplified schematic diagram representing the active power conservation associated hardware employed by the present invention;

4

FIG. 4 is a schematic of the sleep hardware for one embodiment of the present invention; and

FIG. 5 is a schematic of the sleep hardware for another embodiment of the present invention.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

If the period of computer activity in any given system is examined, the CPU and associated components have a utilization percentage. If the user is inputting data from the keyboard, the time between keystrokes is very long in terms of CPU cycles. Many things can be accomplished by the computer during this time, such as printing a report. Even during the printing of a report, time is still available for additional operations such as background updating of a clock/calendar display. Even so, there is almost always spare time when the CPU is not being used. If the computer is turned off or slowed down during this spare time, then power consumption is obtained real-time. Such real-time power conservation extends battery operation life.

According to the preferred embodiment of the present invention, to conserve power under MS-DOS, as well as other operating systems such as OS/2, XENIX, and those for Apple computers, requires a combination of hardware and software. It should be noted that because the present invention will work in any system, while the implementation may vary slightly on a system-by-system basis, the scope of the present invention should therefore not be limited to computer systems operating under MS/DOS.

Slowing down or stopping the computer system components according to the preferred embodiment of the present invention, reduces power consumption, although the amount of power saved may vary. Therefore, according to the present invention, stopping the clock (where possible as some CPUs cannot have their clocks stopped) reduces the power consumption more than just slowing the clock.

In general, the number of operations (or instructions) per second may be considered to be roughly proportional to the processor clock:

$$instructions/second = instructions/cycle * cycles/second$$

Assuming for simplicity that the same instruction is repeatedly executed so that instructions/second is constant, the relationship can be expressed as follows:

$$Fq = K_1 * Clk$$

where Fq is instructions/second, $K_1$ is constant equal to the instructions/cycle, and Clk equals cycles/second. Thus, roughly speaking, the rate of execution increases with the frequency of the CPU clock.

The amount of power being used at any given moment is also related to the frequency of the CPU clock and therefore to the rate of execution. In general this relationship can be expressed as follows:

$$P = K_2 + (K_3 * Clk)$$

where P is power in watts, $K_2$ is a constant in watts, $K_3$ is a constant and expresses the number of watt-seconds/cycle, and Clk equals the cycles/second of the CPU clock. Thus it can also be said that the amount of power being consumed at any given time increases as the CPU clock frequency increases.

Assume that a given time period T is divided into N intervals such that the power P was constant during each

US 6,397,340 B2

5

interval. Then the amount of energy E expended during T would be given by:

$$E = P(1)\text{delta}T_1 + P(2)\text{delta}T_2 \ldots + P(N)\text{delta}T_N$$

Further assume that the CPU clock "Clk" has only two states, either "ON" or "OFF". For the purposes of this discussion, the "ON" state represents the CPU clock at its maximum frequency, while the "OFF" state represents the minimum clock rate at which the CPU can operate (this may be zero for CPUs that can have their clocks stopped). For the condition in which the CPU clock is always "ON", each P(i) in the previous equation is equal and the total energy is:

$$E(\max) = P(\text{on}) * (\text{delta } T_1 + \text{delta }T_2 \ldots + \text{delta } T_N )$$

$$= P(\text{on}) * T$$

This represents the maximum power consumption of the computer in which no power conservation measures are being used. If the CPU clock is "off" during a portion of the intervals, then there are two power levels possible for each interval. The P(on) represents the power being consumed when the clock in its "ON" state, while P(off) represents the power being used when the clock is "OFF". If all of the time intervals in which the clock is "ON" is summed into the quantity "T(on)" and the "OFF" intervals are summed into "T(off)", then it follows:

$$T = T(\text{on}) + T(\text{off})$$

Now the energy being used during period T can be written:

$$E = [P(\text{on}) * T(\text{on})] + [P(\text{off}) * T(\text{off})]$$

Under these conditions, the total energy consumed may be reduced by increasing the time intervals T(off). Thus, by controlling the periods of time the clock is in its "OFF" state, the amount of energy being used may be reduced. If the T(off) period is divided into a large number of intervals during the period T, then as the width of each interval goes to zero, energy consumption is at a maximum. Conversely, as the width of the T(off) intervals increase, the energy consumed decreases.

If the "OFF" intervals are arranged to coincide with periods during which the CPU is normally inactive, then the user cannot perceive any reduction in performance and overall energy consumption is reduced from the E(max) state. In order to align the T(off) intervals with periods of CPU inactivity, the CPU activity level is used to determine the width of the T(off) intervals in a closed loop. FIG. 1 depicts such a closed loop. The activity level of the CPU is determined at Step 10. If this level is an increase over an immediately previous determination, the present invention decreases the T(off) interval (Step 20) and returns to determine the activity level of the CPU again. If, on the other hand, this activity level is a decrease over an immediately previous determination, the present invention increases the T(off) interval (Step 30) and proceeds to again determine the activity level of the CPU. Thus the T(off) intervals are constantly being adjusted to match the system activity level.

In any operating system, two key logic points exist: an IDLE, or "do nothing", loop within the operating system and an operating system request channel, usually available for services needed by the application software. By placing logic inline with these logic points, the type of activity a request made by an application software can be evaluated, power conservation can be activated and slice periods deter-

6

mined. A slice period is the number of T(on) vs. T(off) intervals over time, computed by the activity level. An assumption may be made to determine CPU activity level: Software programs that need service usually need additional services and the period of time between service requests can be used to determine the activity level of any application software running on the computer and to provide slice counts for power conservation according to the present invention.

Once the CPU is interrupted during a power conservation slice (T(off)), the CPU will save the interrupted routine's state prior to vectoring to the interrupt software. Of course, since the power conservation software was operating during this slice, control will be returned to the active power conservation loop (monitor 40) which simply monitors the CPU's clock to determine an exit condition for the power conservation mode, thereby exiting from T(off) to T(on) state. The interval of the next power conservation slice is adjusted by the activity level monitored, as discussed above in connection with FIG. 1. Some implementations can create an automatic exit from T(off) by the hardware logic, thereby forcing the power conservation loop to be exited automatically and executing an interval T(on).

More specifically, looking now at FIGS. 2a–2d, which depict the active power conservation monitor 40 of the present invention. The CPU installs monitor 40 either via a program stored in the CPU ROM or loads it from an external device storing the program in RAM. Once the CPU has loaded monitor 40, it continues to INIT 50 for system interrupt initialization, user configurational setup, and system/application specific initialization. IDLE branch 60 (more specifically set out in FIG. 2b) is executed by a hardware or software interrupt for an IDLE or "do nothing" function. This type of interrupt is caused by the CPU entering either an IDLE or a "do nothing" loop (i.e., planned inactivity). The ACTIVITY branch 70 of the flowchart, more fully described below in relation to FIG. 2d, is executed by a software or hardware interrupt due to an operating system or I/O service request, by an application program or internal operating system function. An I/O service request made by a program may, for example, be a disk I/O, read, print, load, etc. Regardless of the branch selected, control is eventually returned to the CPU operating system at RETURN 80. The INIT branch 50 of this flowchart, shown in FIG. 2a, is executed only once if it is loaded via program into ROM or is executed every time during power up if it is loaded from an external device and stored in the RAM. Once this branch of active power monitor 40 has been fully executed, whenever control is yielded from the operating system to the power conservation mode, either IDLE 60 or ACTIVITY 70 branches are selected depending on the type of CPU activity: IDLE branch 60 for power conservation during planned inactivity and ACTIVITY branch 70 for power conservation during CPU activity.

Looking more closely at INIT branch 50 , after all system interrupt and variables are initialized, the routine continues at Step 90 to set the Power_level equal to DEFAULT$_{13}$LEVEL. In operating systems where the user has input control for the Power_level, the program at Step 100 checks to see if a User_level has been selected. If the User_level is less than zero or greater than the MAXIMUM_LEVEL, the system uses the DEFAULT_LEVEL. Otherwise, it continues onto Step 110 where it modifies the Power_level to equal the User_level.

According to the preferred embodiment of the present invention, the system at Step 120 sets the variable Idle_tick to zero and the variable Activity_tick to zero. Under an

US 6,397,340 B2

7

MS/DOS implementation, Idle_tick refers to the number of interrupts found in a "do nothing" loop. Activity_tick refers to the number of interrupts caused by an activity interrupt which in turn determines the CPU activity level. Tick count represents a delta time for the next interrupt. Idle_tick is a constant delta time from one tick to another (interrupt) unless overwritten by a software interrupt. A software interrupt may reprogram delta time between interrupts.

After setting the variables to zero, the routine continues on to Setup 130 at which time any application specific configuration fine-tuning is handled in terms of system-specific details and the system is initialized. Next the routine arms the interrupt I/O (Step 140) with instructions to the hardware indicating the hardware can take control at the next interrupt. Then INIT branch 50 then exits to the operating system, or whatever called the active power monitor originally, at RETURN 80.

Consider now IDLE branch 60 of active power monitor 40, more fully described at FIG. 2b. In response to a planned inactivity of the CPU, monitor 40 (not specifically shown in this Figure) checks to see if entry into IDLE branch 60 is permitted by first determining whether the activity interrupt is currently busy. If Busy_A equals BUSY_FLAG (Step 150), which is a reentry flag, the CPU is busy and cannot now be put to sleep. Therefore, monitor 40 immediately proceeds to RETURN I 160 and exits the routine. RETURN I 160 is an indirect vector to the previous operating system IDLE vector interrupt for normal processing stored before entering monitor 40. (I.e., this causes an interrupt return to the last chained vector.)

If the Busy_A interrupt flag is not busy, then monitor 40 checks to see if the Busy Idle interrupt flag, Busy_I, equals BUSY_FLAG (Step 170). If so, this indicates the system is already in IDLE branch 60 of monitor 40 and therefore the system should not interrupt itself. If Busy_I=BUSY_FLAG, the system exits the routine at RETURN_I indirect vector 160.

If, however, neither the Busy_A reentry flag or the Busy_I reentry flag have been set, the routine sets the Busy_I flag at Step 180 for reentry protection (Busy_I= BUSY_FLAG). At Step 190 Idle_tick is incremented by one. Idle_tick is the number of T(on) before a T(off) interval and is determined from IDLE interrupts, setup interrupts and from CPU activity level. Idle_tick increments by one to allow for smoothing of events, thereby letting a critical I/O activity control smoothing.

At Step 200 monitor 40 checks to see if Idle_tick equals IDLE_MAXTICKS. IDLE_MAXTICKS is one of the constants initialized in Setup 130 of INIT branch 50, remains constant for a system, and is responsible for self-tuning of the activity level. If Idle_tick does not equal IDLE MAXTICKS, the Busy_I flag is cleared at Step 210 and exits the loop proceeding to the RETURN I indirect vector 160. If, however, Idle_tick equals IDLE_MAXTICKS, Idle_tick is set equal to IDLE START_TICKS (Step 220). IDLE_START TICKS is a constant which may or may not be zero (depending on whether the particular CPU can have its clock stopped). This step determines the self-tuning of how often the rest of the sleep functions may be performed. By setting IDLE START_TICKS equal to IDLE_ MAXTICKS minus one, a continuous T(off) interval is achieved. At Step 230, the Power_level is checked. If it is equal to zero, the monitor clears the Busy_I flag (Step 210), exits the routine at RETURN I 160, and returns control to the operating system so it may continue what it was originally doing before it entered active power monitor 40.

If, however, the Power_level does not equal zero at Step 240, the routine determines whether an interrupt mask is in

8

place. An interrupt mask is set by the system/application software, and determines whether interrupts are available to monitor 40. If interrupts are NOT_AVAILABLE, the Busy_I reentry flag is cleared and control is returned to the operating system to continue what it was doing before it entered monitor 40. Operating systems, as well as application software, can set T(on) interval to yield a continuous T(on) state by setting the interrupt mask equal to NOT_ AVAILABLE.

Assuming an interrupt is AVAILABLE, monitor 40 proceeds to the SAVE POWER subroutine 250 which is fully executed during one T(off) period established by the hardware state. (For example, in the preferred embodiment of the present invention, the longest possible interval could be 18 ms, which is the longest time between two ticks or interrupts from the real-time clock.) During the SAVE POWER subroutine 250, the CPU clock is stepped down to a sleep clock level.

Once a critical I/O operation forces the T(on) intervals, the IDLE branch 60 interrupt tends to remain ready for additional critical I/O requests. As the CPU becomes busy with critical I/O, less T(off) intervals are available. Conversely, as critical I/O requests decrease, and the time intervals between them increase, more T(off) intervals are available. IDLE branch 60 is a self-tuning system based on feedback from activity interrupts and tends to provide more T(off) intervals as the activity level slows. As soon as monitor 40 has completed SAVE POWER subroutine 250, shown in FIG. 2c and more fully described below, the Busy_I reentry flag is cleared (Step 210) and control is returned at RETURN I 160 to whatever operating system originally requested monitor 40.

Consider now FIG. 2c, which is a flowchart depicting the SAVE POWER subroutine 250. Monitor 40 determines what the I/O hardware high speed clock is at Step 260. It sets the CURRENT_CLOCK_RATE equal to the relevant high speed clock and saves this value to be used for CPUs with multiple level high speed clocks. Thus, if a particular CPU has 12 MHz and 6 MHz high speed clocks, monitor 40 must determine which high speed clock the CPU is at before monitor 40 reduces power so it may reestablish the CPU at the proper high speed clock when the CPU awakens. At Step 270, the Save_clock_rate is set equal to the CURRENT_ CLOCK_RATE determined. Save_clock_rate 270 is not used when there is only one high speed clock for the CPU. Monitor 40 now continues to SLEEPCLOCK 280, where a pulse is sent to the hardware selector (shown in FIG. 3) to put the CPU clock to sleep (i.e., lower or stop its clock frequency). The I/O port hardware sleep clock is at much lower oscillations than the CPU clock normally employed.

At this point either of two events can happen. A system/ application interrupt may occur or a real-time clock interrupt may occur. If a system/application interrupt 290 occurs, monitor 40 proceeds to interrupt routine 300, processing the interrupt as soon as possible, arming interrupt I/O at Step 310, and returning to determine whether there has been an interrupt (Step 320). Since in this case there has been an interrupt, the Save_clock_rate is used (Step 330) to determine which high speed clock to return the CPU to and SAVE POWER subroutine 250 is exited at RETURN 340. If, however, a system/application interrupt is not received, the SAVE POWER subroutine 250 will continue to wait until a real-time clock interrupt has occurred (Step 320). Once such an interrupt has occurred, SAVE POWER subroutine 250 reestablishes the CPU at the stored Save-clock-rate. If the sleep clock rate was not stopped, in other words, the sleep clock rate was not zero, control is passed at a slow clock and

US 6,397,340 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

SAVE POWER subroutine 250 will execute interrupt loop 320 several times. If however, control is passed when the sleep clock rate was zero, in other words, there was no clock, the SAVE POWER subroutine 250 will execute interrupt loop 320 once before returning the CPU clock to the Save_clock_rate 330 and exiting (Step 340).

Consider now FIG. 2d which is a flowchart showing ACTIVITY branch 70 triggered by an application/system activity request via an operating system service request interrupt. ACTIVITY branch 70 begins with reentry protection. Monitor 40 determines at Step 350 whether Busy_I has been set to BUSY_FLAG. If it has, this means the system is already in IDLE branch 60 and cannot be interrupted. If Busy_I=BUSY_FLAG, monitor 40 exits to RETURN I 160, which is an indirect vector to an old activity vector interrupt for normal processing, via an interrupt vector after the operating system performs the requested service.

If however, the Busy_I flag does not equal BUSY_FLAG, which means IDLE branch 60 is not being accessed, monitor 40 determines at Step 360 if the BUSY_A flag has been set equal to BUSY_FLAG. If so, control will be returned to the system at this point because ACTIVITY branch 70 is already being used and cannot be interrupted. If the Busy_A flag has not been set, in other words, Busy A does not equal BUSY FLAG, monitor 40 sets Busy_A equal to BUSY FLAG at Step 370 so as not to be interrupted during execution of ACTIVITY branch 70. At Step 380 the Power_level is determined. If Power_level equals zero, monitor 40 exits ACTIVITY branch 70 after clearing the Busy_A reentry flag (Step 390). If however, the Power_level does not equal zero, the CURRENT_CLOCK RATE of the I/O hardware is next determined. As was true with Step 270 of FIG. 2C, Step 400 of FIG. 2d uses the CURRENT_CLOCK_RATE if there are multiple level high speed clocks for a given CPU. Otherwise, CURRENT_CLOCK_RATE always equals the CPU high speed clock. After the CURRENT_CLOCK_RATE is determined (Step 400), at Step 410 Idle_tick is set equal to the constant START_TICKS established for the previously determined CURRENT_CLOCK RATE. T(off) intervals are established based on the current high speed clock that is active.

Monitor 40 next determines that a request has been made. A request is an input by the application software running on the computer, for a particular type of service needed. At Step 420, monitor 40 determines whether the request is a CRITICAL I/O. If the request is a CRITICAL I/O, it will continuously force T(on) to lengthen until the T(on) is greater than the T(off), and monitor 40 will exit ACTIVITY branch 70 after clearing the Busy_A reentry flag (Step 390). If, on the other hand, the request is not a CRITICAL I/O, then the Activity_tick is incremented by one at Step 430. It is then determined at Step 440 whether the Activity tick now equals ACTIVITY_MAXTICKS. Step 440 allows a smoothing from a CRITICAL I/O, and makes the system ready from another CRITICAL I/O during Activity_tick T(on) intervals. Assuming Activity tick does not equal ACTIVITY_ MAXTICKS, ACTIVITY branch 70 is exited after clearing the Busy A reentry flag (Step 390). If, on the other hand, the Activity_tick equals constant ACTIVITY_MAXTICKS, at Step 450 Activity_tick is set to the constant LEVEL_ MAXTICKS established for the particular Power_level determined at Step 380.

Now monitor 40 determines whether an interrupt mask exists (Step 460). An interrupt mask is set by system/ application software. Setting it to NOT_AVAILABLE creates a continuous T(on) state. If the interrupt mask equals

NOT_AVAILABLE, there are no interrupts available at this time and monitor 40 exits ACTIVITY branch 70 after clearing the Busy_A reentry flag (Step 390). If, however, an interrupt is AVAILABLE, monitor 40 determines at Step 470 whether the request identified at Step 420 was for a SLOW I/O_INTERRUPT. SLOW I/O requests may have a delay until the I/O device becomes "ready". During the "make ready" operation, a continuous T(off) interval may be set up and executed to conserve power. Thus, if the request is not a SLOW I/O_INTERRUPT, ACTIVITY branch 70 is exited after clearing the Busy_A reentry flag (Step 390). If, however, the request is a SLOW I/O_INTERRUPT, and time yet exists before the I/O device becomes "ready", monitor 40 then determines at Step 480 whether the I/O request is COMPLETE (i.e., is I/O device ready?). If the I/O device is not ready, monitor 40 forces T(off) to lengthen, thereby forcing the CPU to wait, or sleep, until the SLOW I/O device is ready. At this point it has to save power and ACTIVITY branch 70 enters SAVE POWER subroutine 250 previously described in connection with to FIG. 2C. If, however, the I/O request is COMPLETE, control is returned to the operating system subsequently to monitor 40 exiting ACTIVITY branch 70 after clearing Busy_A reentry flag (Step 390).

Self-tuning is inherent within the control system of continuous feedback loops. The software of the present invention can detect when CPU activity is low and therefore when the power conservation aspect of the present invention may be activated. Once the power conservation monitor is activated, a prompt return to full speed CPU clock operation within the interval is achieved so as to not degrade the performance of the computer. To achieve this prompt return to full speed CPU clock operation, the preferred embodiment of the present invention employs some associated hardware.

Looking now at FIG. 3 which shows a simplified schematic diagram representing the associated hardware employed by the present invention for active power conservation. When monitor 40 (not shown) determines the CPU is ready to sleep, it writes to I/O port (not shown) which causes a pulse on the SLEEP line. The rising edge of this pulse on the SLEEP line causes flip flop 500 to clock a high to Q and a low to Q-. This causes the AND/OR logic (AND gates 510, 520; OR gate 530) to select the pulses travelling the SLEEP CLOCK line from SLEEP CLOCK oscillator 540 to be sent to and used by the CPU CLOCK. SLEEP CLOCK oscillator 540 is a slower clock than the CPU clock used during normal CPU activity. The high coming from the Q of flip flop 500 ANDed (510) with the pulses coming from SLEEP CLOCK oscillator 540 is ORed (530) with the result of the low on the Q- of flip flop 500 ANDed (520) with the pulse generated along the HIGH SPEED CLOCK line by the HIGH SPEED CLOCK oscillator 550 to yield the CPU CLOCK. When the I/O port designates SLEEP CLOCK, the CPU CLOCK is then equal to the SLEEP CLOCK oscillator 540 value. If, on the other hand, an interrupt occurs, an interrupt- value clears flip flop 500, thereby forcing the AND/OR selector (comprising 510, 520 and 530) to choose the HIGH SPEED CLOCK value, and returns the CPU CLOCK value to the value coming from HIGH SPEED CLOCK oscillator 550. Therefore, during any power conservation operation on the CPU, the detection of any interrupt within the system will restore the CPU operation at full clock rate prior to vectoring and processing the interrupt.

It should be noted that the associated hardware needed, external to each of the CPUs for any given system, may be different depending upon the operating system used,

US 6,397,340 B2

11

whether the CPU can be stopped, etc. Nevertheless, the scope of the present invention should not be limited by possible system specific modifications needed to permit the present invention to actively conserve power in the numerous available portable computer systems. For example two actual implementations are shown in FIGS. 4 and 5, discussed below.

Many VSLI designs today allow for clock switching of the CPU speed. The logic to switch from a null clock or slow clock to a fast clock logic is the same as that which allows the user to change speeds by a keyboard command. The added logic of monitor 40 working with such switching logic, causes an immediate return to a fast clock upon detection of any interrupt. This simple logic is the key to the necessary hardware support to interrupt the CPU and thereby allow the processing of the interrupt at full speed.

The method to reduce power consumption under MS-DOS employs the MS-DOS IDLE loop trap to gain access to the "do nothing" loop. The IDLE loop provides special access to application software and operating system operations that are in a state of IDLE or low activity. Careful examination is required to determine the activity level at any given point within the system. Feedback loops are used from the interrupt 21H service request to determine the activity level. The prediction of activity level is determined by interrupt 21H requests, from which the present invention thereby sets the slice periods for "sleeping" (slowing down or stopping) the CPU. An additional feature allows the user to modify the slice depending on the activity level of interrupt 21H.

Looking now at FIG. 4, which depicts a schematic of an actual sleep hardware implementation for a system such as the Intel 80386 (CPU cannot have its clock stopped). Address enable bus 600 and address bus 610 provide CPU input to demultiplexer 620. The output of demultiplexer 620 is sent along SLEEPCS- and provided as input to OR gates 630,640. The other inputs to OR gates 630,640 are the I/O write control line and the I/O read control line, respectively. The outputs of these gates, in addition to NOR gate 650, are applied to D flip flop 660 to decode the port. "INTR" is the interrupt input from the I/O port (peripherals) into NOR gate 650, which causes the logic hardware to switch back to the high speed clock. The output of flip flop 660 is then fed, along with the output from OR gate 630, to tristate buffer 670 to enable it to read back what is on the port. All of the above-identified hardware is used by the read/write I/O port (peripherals) to select the power saving "Sleep" operation. The output "SLOW" is equivalent to "SLEEP" in FIG. 2, and is inputted to flip flop 680, discussed later.

The output of SLEEP CLOCK oscillator 690 is divided into two slower clocks by D flip flops 700,710. In the particular implementation shown in FIG. 4, 16 MHz sleep clock oscillator 690 is divided into 4 MHz and 8 MHZ clocks. Jumper J1 selects which clock is to be the "SLEEP CLOCK".

In this particular implementation, high speed clock oscillator 720 is a 32 MHz oscillator, although this particular speed is not a requirement of the present invention. The 32 MHz oscillator is put in series with a resistor (for the implementation shown, 33 ohms), which is in series with two parallel capacitors (10 pF). The result of such oscillations is tied to the clocks of D flip flops 730,740.

D flip flops 680,730,740 are synchronizing flip flops; 680,730 were not shown in the simplified sleep hardware of FIG. 2. These flip flops are used to ensure the clock switch occurs only on clock edge. As can be seen in FIG. 4, as with flip flop 500 of FIG. 2, the output of flip flop 740 either

12

activates OR gate 750 or OR gate 760, depending upon whether the CPU is to sleep ("FASTEN-") or awaken ("SLOWEN-").

OR gates 750,760 and AND gate 770 are the functional equivalents to the AND/OR selector of FIG. 2. They are responsible for selecting either the "slowclk" (slow clock, also known as SLEEP CLOCK) or high speed clock (designated as 32 MHz on the incoming line). In this implementation, the Slow clock is either 4 MHz or 8 MHz, depending upon jumper J1, and the high speed clock is 32 MHz. The output of AND gate 770 (ATUCLK) establishes the rate of the CPU clock, and is the equivalent of CPU CLOCK of FIG. 2.

Consider now FIG. 5, which depicts a schematic of another actual sleep hardware implementation for a system such as the Intel 80286 (CPU can have its clock stopped) The Western Digital FE3600 VLSI is used for the speed switching with a special external PAL 780 to control the interrupt gating which wakes up the CPU on any interrupt. The software power conservation according to the present invention monitors the interrupt acceptance, activating the next P(i)deltaT, interval after the interrupt.

Any interrupt request to the CPU will return the system to normal operation. An interrupt request ("INTRQ") to the CPU will cause the PAL to issue a Wake Up signal on the RESCPU line to the FE3001 (not shown) which in turn enables the CPU and the DMA clocks to bring the system back to its normal state. This is the equivalent of the "INTERRUPT-" of FIG. 2. Interrupt Request is synchronized to avoid confusing the state machine so that Interrupt (INTDET) will only be detected while the cycle is active. The rising edge of RESCPU will wake up the FE 3001 which in turn releases the whole system from the Sleep Mode.

Implementation for the 386SX is different only in the external hardware and software power conservation loop. The software loop will set external hardware to switch to the high speed clock on interrupt prior to vectoring the interrupt. Once return is made to the power conservation software, the high speed clock cycle will be detected and the hardware will be reset for full clock operation.

Implementation for OS/2 uses the "do nothing" loop programmed as a THREAD running in background operation with low priority. Once the THREAD is activated, the CPU sleep, or low speed clock, operation will be activated until an interrupt occurs thereby placing the CPU back to the original clock rate.

Although interrupts have been employed to wake up the CPU in the preferred embodiment of the present invention, it should be realized that any periodic activity within the system, or applied to the system, could also be used for the same function.

While several implementations of the preferred embodiment of the invention has been shown and described, various modifications and alternate embodiments will occur to those skilled in the art. Accordingly, it is intended that the invention be limited only in terms of the appended claims.

We claim:

1. An apparatus, comprising:
a processor having a monitor for measuring the relative amount of idle time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor.

2. The apparatus of claim 1, wherein said monitor is a program installed on said processor.

3. The apparatus of claim 1, wherein said circuitry is external to said processor.

US 6,397,340 B2

13

4. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of idle time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor in response to usage of said processor being below a preselected level.

5. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of idle time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor to reduce the idle time in said CPU.

6. The apparatus of claim 5, wherein said monitor inhibits the modification of said clock signal while said processor is processing critical I/O.

7. The apparatus of claim 5, wherein said processor sends signals to the circuitry requesting the circuitry to demodify the clock signal being sent to the processor in response to said monitor detecting a critical I/O request.

8. The apparatus of claim 1, wherein said monitor is self-tuning.

9. The apparatus of claim 8, wherein said monitor uses a control system of continuous feedback loops.

10. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of idle time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor to minimize the relative amount of idle time in said processor.

11. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor.

12. The apparatus of claim 11, wherein said monitor inhibits the modification of said clock signal while said processor is processing critical I/O.

13. The apparatus of claim 11, wherein said processor sends signals to the circuitry requesting the circuitry to demodify the clock signal being sent to the processor in response to said monitor detecting a critical I/O request.

14. The apparatus of claim 11, wherein said monitor is self-tuning.

15. The apparatus of claim 14, wherein said monitor uses a control system of continuous feedback loops.

16. The apparatus of claim 11, wherein said monitor is a program installed on said processor.

17. The apparatus of claim 11, wherein said circuitry is external to said processor.

18. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor in response to usage of said processor being below a preselected level.

19. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor to control the amount of activity time in said processor.

14

20. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor to optimize the activity time within said CPU in response to usage of said processor being below a preselected level.

21. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of idle time and activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor.

22. The apparatus of claim 21, wherein said monitor is a program installed on said processor.

23. The apparatus of claim 21, wherein said circuitry is external to said processor.

24. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of idle time and activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor in response to usage of said processor being below a preselected level.

25. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of idle time and activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor to control the amount of idle time and activity time in said CPU.

26. The apparatus of claim 25, wherein said monitor inhibits the modification of said clock signal while said processor is processing critical I/O.

27. The apparatus of claim 25, wherein said processor sends signals to the circuitry requesting the circuitry to demodify the clock signal being sent to the processor in response to said monitor detecting a critical I/O request.

28. The apparatus of claim 25, wherein said monitor is self-tuning.

29. The apparatus of claim 28, wherein said monitor uses a control system of continuous feedback loops.

30. An apparatus, comprising:

a processor having a monitor for measuring the relative amount of idle time and activity time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor to control the amount of idle time and activity time in said processor in response to a utilization percentage of said processor being below a preselected level.

31. An apparatus, comprising:

a processor having a monitor for measuring the utilization of said processor, results of said measuring being used by said processor for providing a signal for circuitry for selectively modifying a clock signal being sent to said processor to control a utilization percentage of said processor.

32. An apparatus, comprising:

a processor coupled to a clock and having a monitor for measuring the relative amount of idle time and activity

US 6,397,340 B2

**15**

time within said processor, results of said measuring being used by said processor for providing a signal for circuitry for controlling periods of time said clock is in an OFF state, the length of said periods of time said clock is in an OFF state being appropriate to allow said processor to operate at an efficient utilization percentage.

33. The apparatus of claim 32, wherein energy consumption in said processor is at a maximum when the length of each period of time said clock is in an OFF state is at zero.

34. The apparatus of claim 32, wherein energy consumption in said processor decreases as the length of each period of time said clock is in an OFF state increases.

**16**

35. The apparatus of claim 32, wherein said periods of time said clock is in an OFF state are constantly being adjusted to optimize said utilization percentage of said processor.

36. The apparatus of claim 32, wherein said OFF state represents the minimum clock rate at which said processor can operate.

37. The apparatus of claim 32, wherein said minimum clock rate may be zero for processors that can have their clocks stopped.

38. Any one of claims 1, 4–15, 18–21, or 24–37, wherein said processor is a central processing unit (CPU).

* * * * *